United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christopher E. Blake
Mitizene D Lindo-Blake
      Debtors

Case No. 17-12184-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Apr 03, 2018
                         Form ID: pdf900     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.
```
db/jdb        +Christopher E. Blake,   Mitizene D Lindo-Blake,   133 Constitution Ave.,
               Reading, PA 19606-9410
cr             Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN  55116-0408
cr            +JPMorgan Chase Bank, National Association,   3415 Vision Drive,   Columbus, OH 43219-6009
cr            +Stearns Bank N.A.,   Pam Loehr-Collection Specialist,   Stearns Bank Equipment Finance Division,
               500 13th Street, PO Box 750,   Albany, MN 56307-0750
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 04 2018 01:50:18
               Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 165028,
               Irving, TX 75016-5028
cr             E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 04 2018 01:50:19
               Capital One Auto Finance c/o AIS Portfolio Service,   P.O. BOX 4360,   Houston, TX  77210-4360
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2018 01:50:01      Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 3
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2018 at the address(es) listed below:
```
          DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          HOWARD GERSHMAN    on behalf of Creditor    PACCAR Financial Corp. hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
          JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Mitizene D Lindo-Blake jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Christopher E. Blake jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor   Blake's Trucking, LLC jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pa-bk@logs.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          NATHALIE PAUL    on behalf of Creditor    CIT Technology Financing Services, Inc.
           npaul@weltman.com, PitEcf@weltman.com
          RICHARD W. KEIFER, III    on behalf of Creditor    Navitas Credit Corp. f/k/a Navitas Lease Corp.
           rkeifer@keiferlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christopher E. Blake<br>　　　　　Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　Movant<br>vs. | NO. 17-12184 REF |
| Christopher E. Blake<br>　　　　　Debtor | |
| Frederick L. Reigle<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The future value on the vehicle held by the Movant on the Debtor's vehicle is $36,000.29, which breaks down as follows;

| | |
|---|---|
| Principal: | $31,872.00 |
| Interest Rate: | $4.90% |
| Duration: | 60 Months |
| Payment: | $600.00/month |
| Future Value: | $36,000.29 |
| Interest Amount: | $4,128.29 |

2. The Debtor shall cure the future value of the vehicle in the following manner:

　　a). The vehicle will be paid off over a five (5) year period with direct payments to the client outside of the Bankruptcy Plan.

3. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

4. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

5. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the vehicle and applicable law.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date:   March 1, 2018

By: /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734

Date: 3/20/18

John A. DiGiamberardino, Esq
Attorney for Debtor(s)

Date: 4/2/18

Frederick L. Reigle
Trustee

Approved by the Court this 3 day of April, 2018. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Richard E. Fehling