Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA 19082

Kenworth of PA
198 Kost Rd.
Carlisle, PA 17015