## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher E. Blake ta Blake's Trucking LLC<br>            Mitizene D. Lindo-Blake<br>                                    Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation, its successors and/or assigns<br>                                    Movant<br>           vs. | NO. 17-12184 ref |
| Christopher E. Blake ta Blake's Trucking LLC<br>Mitizene D. Lindo-Blake<br>                                    Debtor<br><br>Frederick L. Reigle Esq.<br>                                    Trustee | 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Toyota Motor Credit Corporation, which was filed with the Court on or about February 27, 2018 Document No. 108.

                                        Respectfully submitted,

                                        **/s/Kevin G. McDonald, Esquire**
                                        Kevin G. McDonald, Esquire
                                        kmcdonald@kmllawgroup.com
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

June 13, 2018