IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CHRISTOPHER E. BLAKE AND      : Chapter 13
MITIZENE D. LINDO-BLAKE,     debtor      : Case No.  17-12184

## SECOND ADDENDUM TO FOURTH AMENDED CHAPTER 13 PLAN

This Addendum is filed to the Debtors' 4th Amended Chapter 13 Plan to clarify the Plan term and funding. In that regard, the following is substituted for Paragraph 2 (a)(2) of the 4th Amended Plan:

**§ 2(a)(2) Amended Plan:**

**Total Base Amount** to be paid to the Chapter 13 Trustee ("Trustee")  $57,200.00. The Plan payments by Debtor shall consist of the total amount previously paid $22,000.00 added to the new monthly Plan payments in the amount of $800.00 beginning August 28, 2018 for 44 months."

In all other respects the 4th Amended filed by the Debtors is ratified.

Dated:  8/17/18

**CASE & DIGIAMBERARDINO   P.C.**

By:    s/John A. DiGiamberardino, Esquire
        Attorney I.D. #41268
        845 N. Park Road, Ste. 101
        Wyomissing, PA  19610
        (610) 372-9900
        (610) 372-5469 -f ax
        Attorney for Debtor