UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHRISTOPHER E. BLAKE  NO. 17-12184 REF
MITZIENE D. LINDO-BLAKE  CHAPTER 13

PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN
[DOCUMENT NO. 31]

TO THE CLERK:

Please mark the Objection to Confirmation of Plan of PACCAR Financial Corp [Document No. 31] as Withdrawn, without prejudice.

Date: August 21, 2018

GERSHMAN LAW OFFICES, PC

_____
Howard Gershman, Esquire
610 York Road, Ste. 200
Jenkintown, PA 19046
(215) 886-1120

Copies served upon:

Rolando Ramos, Esquire
Staff Attorney
Standing Chapter 13 Trustee - Reading
2901 St. Lawrence Avenue, PO Box 4010
Reading, PA 19606

John A. DiGiamberardino, Esquire
Case & DiGiamberardino, PC
845 North Park Road, Suite 101
Wyomissing, PA 19610