United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Debtor(s)

CHRISTOPHER E. BLAKE AND
MTTIZENE D. LINDO-BLAKE

: Case No.: 17-12184

:

Debtor(s)

: CERTIFICATION OF BUSINESS DEBTOR
REGARDING MONTHLY REPORT

I, _Christopher Blake_, being of full age and duly sworn upon
my oath, depose(s) and say(s):

1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
_December 2017_.

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.

    This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.

Date:    12/31/17                                              Debtor

Date:    12/31/17                                              Debtor

IN THE MATTER OF:

CHRISTOPHER E. BLAKE AND
MITIZENE D. LINDO-BLAKE

DEBTOR IN POSSESSION

Case No. 17-12184

PETITION FILED: 3/29/17

MONTHLY REPORT NO. _____

MONTH ENDED December

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER _____ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) $14154.71

2. Receipts during Report Period:

   a. Salary and Commissions _____ $14092.9

   b. Interest or Dividend Income _____ N/A

   c. Real Estate Rental _____ N/A

   d. Other (Describe-Schedule A) _____ N/A

      TOTAL RECEIPTS _____ $14092.9

3. Disbursements:

   a. Taxes – IRS _____ None

   b. Taxes-State, including any
      sales tax due _____ N/A

   c. Taxes- Real Estate _____ N/A

   d. Taxes- Other _____ None

   e. Utilities _____ $500

   f. Mortgage(s) or Rent(s) _____ $4000

   g. Insurance premiums (list type) _____ 82

   h. Food _____ None

   i. Medical _____ None

   j. Car loan _____ 624

   k. Automobile expenses _____ 41731.61

CASE NO. __17 - 12184__                  MONTH ENDING _December_

    l. Clothing _____N\A_____

    m. Gifts – donations (Schedule B) ___N\A___

    n. Tuitions (Schedule B) ___N\A___

    o. Other (Describe) ___N\A___

    TOTAL DISBURSEMENTS    $

4. Balance at end of reporting period [ (1-2) – 3]  __46937.61__

5. Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date?  ___YES___

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) __Diamond   Credit Union__

    BRANCH ____Exeter____

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: ____n\A____

    BRANCH: ____N\A____

SCHEDULE A

(2)(d)  Other:


SCHEDULE B

Gifts – donations/Name(s) of recipient(s):


Tuition(s) list name and school(s):

CASE NO. ___17-12184___        MONTH ENDING _December_

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____        __12/31/17__
SIGNATURE OF DEBTOR(S)                   DATE

**Diamond Credit Union**

| | |
|---|---|
| Report Date : | 2/7/2018 |
| Name : | BLAKE'S TRUCKING LLC |
| Search Filter | Transactions for Period-Last 90 Days,Date From 12/01/2017 To 12/31/2017 |

Account : BUS EASY CHKG(***'    S60.1)

## Summary Information

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $426.22 | $426.22 | $0.00 |

| | |
|---|---|
| Last Credit | **$1,000.00** on **Jan 31, 2018** |
| Last Debit | **$300.00** on **Feb 05, 2018** |

| | |
|---|---|
| Cards Linked to Account | ********5026, ********5034 |

## Transaction Detail

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| DAVIS TRUCK REPAIR INC LUMBERTON NC | 12/28/2017 | $74.68 | | $982.42 |
| ATM WITHDRAWAL | 12/28/2017 | $100.00 | | $1,057.10 |
| BB OF BORDENTOWN #104 BORDENTOWN NJ | 12/27/2017 | $76.95 | | $1,157.10 |
| T'FER FROM ****25S60 HB | 12/27/2017 | | $600.00 | $1,234.05 |
| TIMZ DIESEL LLC 814-701-2719 PA | 12/27/2017 | $553.31 | | $634.05 |
| MULTIPLE DEPOSIT TR#1946 - BUSINESS TRANSFER | 12/26/2017 | | $500.00 | $1,187.36 |
| T'FER FROM ****25S60 HB | 12/26/2017 | | $600.00 | $687.36 |
| SUNOCO 0363420103 PHILADELPHIA PA | 12/21/2017 | $202.47 | | $87.36 |
| PAYPAL *SINAN GUL 402-935-7733 CA | 12/21/2017 | $145.00 | | $289.83 |
| BTS SMITHTON SMITHTON PA | 12/21/2017 | $460.60 | | $434.83 |
| T'FER FROM ****25S60 HB | 12/20/2017 | | $500.00 | $895.43 |
| AMERICAN AI           '1143 | 12/19/2017 | $134.93 | | $395.43 |
| ATM WITHDRAWAL | 12/16/2017 | $143.95 | | $530.36 |
| GARDEN SPOT FRAME AND LANCASTER PA | 12/13/2017 | $326.32 | . | $674.31 |
| SUNOCO 0363420103 PHILADELPHIA PA | 12/13/2017 | $200.00 | | $1,000.63 |
| T'FER FROM ****25S60 HB | 12/12/2017 | | $600.00 | $1,200.63 |
| T'FER FROM ****25S60 HB | 12/11/2017 | | $400.00 | $600.63 |
| SUNOCO 0363420103 PHILADELPHIA PA | 12/09/2017 | $200.00 | | $200.63 |
| ATM WITHDRAWAL | 12/09/2017 | $100.00 | | $400.63 |
| ATM WITHDRAWAL | 12/09/2017 | $200.00 | | $500.63 |
| T'FER FROM ****25S60 HB | 12/08/2017 | | $200.00 | $700.63 |
| T'FER FROM ****25S60 HB | 12/08/2017 | | $500.00 | $500.63 |

Diamond Credit Union 2014 - 2017

**Diamond Credit Union**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| SUNOCO 0363420103 PHILADELPHIA PA | 12/08/2017 | $61.00 | | $0.63 |
| SUNOCO 0363406002 PHILADELPHIA PA | 12/04/2017 | $200.00 | | $61.63 |
| DAT SOLUTIONS 800-328-530 | 12/02/2017 | $34.95 | | $261.63 |
| DAVIS TRUCK REPAIR INC LUMBERTON NC | 12/02/2017 | $226.83 | | $296.58 |
| T'FER FROM ****25S60 HB | 12/01/2017 | | $400.00 | $523.41 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| | |
|---|---|
| **Report Date :** | 1/2/2018 |
| **Name :** | BLAKE'S TRUCKING LLC |
| **Search Filter** | Transactions for Period-Last 60 Days,Date From 12/01/2017 To 12/31/2017 |

**Account : BUS EASY CHKG(*        S60.1)**

**Summary Information**

| **Balance** | **Available Balance** | **Minimum Balance** |
|---|---|---|
| $947.47 | $918.36 | $0.00 |

| | |
|---|---|
| Last Credit | **$600.00** on **Dec 27, 2017** |
| Last Debit | **$34.95** on **Jan 02, 2018** |

Cards Linked to Account        ********5026, ********5034

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| DAVIS TRUCK REPAIR INC LUMBERTON NC | 12/28/2017 | $74.68 | | $982.42 |
| ATM WITHDRAWAL | 12/28/2017 | $100.00 | | $1,057.10 |
| BB OF BORDENTOWN #104 BORDENTOWN NJ | 12/27/2017 | $76.95 | | $1,157.10 |
| T'FER FROM ****25S60 HB | 12/27/2017 | | $600.00 | $1,234.05 |
| TIMZ DIESEL LLC 814-701-2719 PA | 12/27/2017 | $553.31 | | $634.05 |
| MULTIPLE DEPOSIT TR#1946 - BUSINESS TRANSFER | 12/26/2017 | | $500.00 | $1,187.36 |
| T'FER FROM ****25S60 HB | 12/26/2017 | | $600.00 | $687.36 |
| SUNOCO 0363420103 PHILADELPHIA PA | 12/21/2017 | $202.47 | | $87.36 |
| PAYPAL *SINAN GUL 402-935-7733 CA | 12/21/2017 | $145.00 | | $289.83 |
| BTS SMITHTON SMITHTON PA | 12/21/2017 | $460.60 | | $434.83 |
| T'FER FROM ****25S60 HB | 12/20/2017 | | $500.00 | $895.43 |
| AMERICAN AI          '1143 | 12/19/2017 | $134.93 | | $395.43 |
| ATM WITHDRAWAL | 12/16/2017 | $143.95 | | $530.36 |
| GARDEN SPOT FRAME AND LANCASTER PA | 12/13/2017 | $326.32 | | $674.31 |
| SUNOCO 0363420103 PHILADELPHIA PA | 12/13/2017 | $200.00 | | $1,000.63 |
| T'FER FROM ****25S60 HB | 12/12/2017 | | $600.00 | $1,200.63 |
| T'FER FROM ****25S60 HB | 12/11/2017 | | $400.00 | $600.63 |
| SUNOCO 0363420103 PHILADELPHIA PA | 12/09/2017 | $200.00 | | $200.63 |
| ATM WITHDRAWAL | 12/09/2017 | $100.00 | | $400.63 |
| ATM WITHDRAWAL | 12/09/2017 | $200.00 | | $500.63 |
| T'FER FROM ****25S60 HB | 12/08/2017 | | $200.00 | $700.63 |
| T'FER FROM ****25S60 HB | 12/08/2017 | | $500.00 | $500.63 |

Diamond Credit Union 2014 - 2017

**Diamond Credit Union**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| SUNOCO 0363420103 PHILADELPHIA PA | 12/08/2017 | $61.00 | | $0.63 |
| SUNOCO 0363406002 PHILADELPHIA PA | 12/04/2017 | $200.00 | | $61.63 |
| DAT SOLUTIONS 800-328-530 | 12/02/2017 | $34.95 | | $261.63 |
| DAVIS TRUCK REPAIR INC LUMBERTON NC | 12/02/2017 | $226.83 | | $296.58 |
| T'FER FROM ****25S60 HB | 12/01/2017 | | $400.00 | $523.41 |

Diamond Credit Union 2014 - 2017