United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debtor(s)                          :
CHRISTOPHER E. BLAKE AND                  : Case No.: 17-12184
MITIZENE D. LINDO-BLAKE-                  :
                                          :
                                          : CERTIFICATION OF BUSINESS DEBTOR
                    Debtor(s)               REGARDING MONTHLY REPORT


I, _Christopher Blake_ , being of full age and duly sworn upon
my oath, depose(s) and say(s):


1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of
_January 2018_ .

3. All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.


This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.


Date: ___1/31/18___                    _____
                                                                Debtor


Date: ___1/31/18___                    _____
                                                                Debtor

IN THE MATTER OF:

CHRISTOPHER E. BLAKE AND
MITIZENE D. LINDO–BLAKE

DEBTOR IN POSSESSION

Case No. 17-12184

PETITION FILED: 3/29/17

MONTHLY REPORT NO. _____

MONTH ENDED January 31, 2018

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ___ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) 56950.39

2. Receipts during Report Period:

    a. Salary and Commissions     $15417.43

    b. Interest or Dividend Income     N/A

    c. Real Estate Rental     N/A

    d. Other (Describe-Schedule A)     N/A

           TOTAL RECEIPTS     $15417.43

3. Disbursements:

    a. Taxes – IRS     $1819.64

    b. Taxes-State, including any sales tax due     $178.31

    c. Taxes- Real Estate     N/A

    d. Taxes- Other

    e. Utilities     600

    f. Mortgage(s) or Rent(s)     $3000

    g. Insurance premiums (list type)     $15026.86

    h. Food     NONE

    i. Medical     $20

    j. Car loan     $624

    k. Automobile expenses     $52424.41

CASE NO. 17-12184 _____    MONTH ENDING _January_

l. Clothing _____ NONE _____

m. Gifts – donations (Schedule B) ____ NONE ____

n. Tuitions (Schedule B) ____ NONE ____

o. Other (Describe) ____ NONE ____

TOTAL DISBURSEMENTS _____

4. Balance at end of reporting period [ (1-2) – 3] _73693.22_

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? ____ YES ____

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) _Diamond    Credit    Union_

BRANCH ____ Exeter ____

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: ____ N/A ____

BRANCH: ____ N/A ____

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. _17-12184_          MONTH ENDING _January_

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

Kenworth of PA          $31505.86          12/30/16

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          _1/31/18_
SIGNATURE OF DEBTOR(S)                    DATE

**Diamond Credit Union**

| | | |
|---|---|---|
| Report Date : | 2/7/2018 | |
| Name : | BLAKE'S TRUCKING LLC | |
| Search Filter | Transactions for Period-Last 60 Days,Date From 01/01/2018 To 01/31/2018 | |

**Account : BUS EASY CHKG(***    ·S60.1)**

**Summary Information**

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $426.22 | $426.22 | $0.00 |

| | |
|---|---|
| Last Credit | **$1,000.00** on **Jan 31, 2018** |
| Last Debit | **$300.00** on **Feb 05, 2018** |

| | |
|---|---|
| Cards Linked to Account | ********5026, ********5034 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| T'FER FROM ****25S60 HB | 01/31/2018 | | $1,000.00 | $1,050.77 |
| USPS.COM ONLINE SHIPPING | 01/31/2018 | $6.70 | | $50.77 |
| USPS.COM ONLINE SHIPPING | 01/31/2018 | $6.70 | | $57.47 |
| SUNOCO 0363420103 PHILADELPHIA PA | 01/30/2018 | $250.00 | | $64.17 |
| LANCASTER TRAVEL PLAZA RONKS PA | 01/30/2018 | $341.02 | | $314.17 |
| T'FER FROM ****25S60 HB | 01/29/2018 | | $500.00 | $655.19 |
| ATM WITHDRAWAL | 01/29/2018 | $100.00 | | $155.19 |
| GOODYEAR COMMERCIAL TIRE BRUNSWICK | 01/27/2018 | $53.84 | | $255.19 |
| DAVIS TRUCK REPAIR INC LUMBERTON NC | 01/26/2018 | $136.43 | | $309.03 |
| ATM WITHDRAWAL | 01/26/2018 | $100.00 | | $445.46 |
| ASAP TRUCK & TRAIL 608-666-2349 WI | 01/25/2018 | $1,000.00 | | $545.46 |
| T'FER FROM ****25S60 HB | 01/25/2018 | | $1,000.00 | $1,545.46 |
| T'FER FROM ****25S60 HB | 01/25/2018 | | $400.00 | $545.46 |
| TIMZ DIESEL LLC 814-701-2719 PA | 01/25/2018 | $54.60 | | $145.46 |
| SUNOCO 0363420103 PHILADELPHIA PA | 01/23/2018 | $281.80 | | $200.06 |
| SUNOCO 0363420103 PHILADELPHIA PA | 01/23/2018 | $18.14 | | $481.86 |
| T'FER FROM ****25S60 HB | 01/22/2018 | | $500.00 | $500.00 |
| AMERICAN AI        :076 | 01/22/2018 | $198.58 | | $0.00 |
| BB OF RUTHER GLEN #46 RUTHER GLEN | 01/22/2018 | $98.00 | | $198.58 |
| MATTS HEAVY DUTY MOBILE D | 01/22/2018 | $2,475.57 | | $296.58 |
| BB OF RUTHER GLEN #46 RUTHER GLEN | 01/20/2018 | $108.00 | | $2,772.15 |
| BRADLEY UNITED TIRE POTTSTOWN PA | 01/18/2018 | $366.95 | | $2,880.15 |

Diamond Credit Union 2014 - 2017

**Diamond Credit Union**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| USPS.COM ONLINE SHIPPING | 01/18/2018 | $6.65 | | $3,247.10 |
| AMERICAN A. .53076 | 01/17/2018 | $198.58 | | $3,253.75 |
| T'FER FROM ****25S60 HB | 01/17/2018 | | $500.00 | $3,452.33 |
| T'FER FROM ****25S60 HB | 01/17/2018 | | $2,700.00 | $2,952.33 |
| PILOT # 4576 ST GEORGE SC | 01/17/2018 | $10.68 | | $252.33 |
| TIMZ DIESEL LLC 814-701-2719 PA | 01/16/2018 | $450.62 | | $263.01 |
| ATM WITHDRAWAL | 01/15/2018 | $200.00 | | $713.63 |
| ATM WITHDRAWAL | 01/15/2018 | $100.00 | | $913.63 |
| LANCASTER TRAVEL PLAZA RONKS PA | 01/13/2018 | $106.22 | | $1,013.63 |
| T'FER FROM ****25S60 HB | 01/13/2018 | | $500.00 | $1,119.85 |
| LANCASTER TRAVEL PLAZA RONKS PA | 01/09/2018 | $198.51 | | $619.85 |
| T'FER FROM ****25S60 HB | 01/09/2018 | | $500.00 | $818.36 |
| NEW JERSEY E-ZPASS NEWARK NJ | 01/08/2018 | $600.00 | | $318.36 |
| SUNOCO 0363420103 PHILADELPHIA PA | 01/08/2018 | $300.00 | | $918.36 |
| T'FER FROM ****25S60 HB | 01/08/2018 | | $300.00 | $1,218.36 |
| U-HAUL-OF-READING #81161 READING PA | 01/04/2018 | $29.11 | | $918.36 |
| DAT SOLUTIONS 800-328-530 | 01/02/2018 | $34.95 | | $947.47 |

Diamond Credit Union 2014 - 2017

| | | | | |
|---|---|---|---|---|
| **Report Date :** | 2/7/2018 | | | |
| **Name :** | BLAKE'S TRUCKING LLC | | | |
| **Search Filter** | Transactions for Period-Last 60 Days,Date From 01/01/2018 To 01/31/2018 | | | |

**Account :** BUS EASY CHKG(**' ·S60)

**Summary Information**

| **Balance** | **Available Balance** | **Minimum Balance** |
|---|---|---|
| $27,100.14 | $27,100.14 | $0.00 |

| | |
|---|---|
| Last Credit | **$3,796.93 on Feb 05, 2018** |
| Last Debit | **$3,967.02 on Feb 07, 2018** |

| | |
|---|---|
| MICR Routing Number | 154 |
| MICR Account ID(s) | 251 |
| Cards Linked to Account | ********5018, ********5042 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| PILOT TRAVEL CEN/PILOTDRAFT/013118 | 01/31/2018 | $5,950.38 | | $27,465.23 |
| NexTraq/PURCHASE/180131/CCD | 01/31/2018 | $286.96 | | $33,415.61 |
| T'FER TO ****25S60.1 HB | 01/31/2018 | $1,000.00 | | $33,702.57 |
| ATM WITHDRAWAL | 01/30/2018 | $20.00 | | $34,702.57 |
| UCR Service Fee/Payment/180129/PPD | 01/30/2018 | $1.00 | | $34,722.57 |
| UCR Reg Fee/Payment/180129/PPD | 01/30/2018 | $206.00 | | $34,723.57 |
| Merchants Mutual/InsPremium/180129 | 01/30/2018 | $221.84 | | $34,929.57 |
| SECURITY BENEFIT/SHRHD TRAN/013018 | 01/30/2018 | $261.02 | | $35,151.41 |
| Sunrise Logistic/Vdr Pymt/013018/C | 01/30/2018 | | $2,052.00 | $35,412.43 |
| SHARE DRAFT 260 | 01/29/2018 | $2,980.00 | | $33,360.43 |
| ATM WITHDRAWAL | 01/29/2018 | $400.00 | | $36,340.43 |
| ACHMA VISB/BILL PYMNT/180128/WEB | 01/29/2018 | $221.70 | | $36,740.43 |
| T'FER TO ****25S60.1 HB | 01/29/2018 | $500.00 | | $36,962.13 |
| DOUBLE RUN BR/ACH Paymen/013018/PP | 01/29/2018 | | $3,872.60 | $37,462.13 |
| ATM WITHDRAWAL | 01/27/2018 | $220.00 | | $33,589.53 |
| SHARE DRAFT 259 | 01/27/2018 | $890.63 | | $33,809.53 |
| JEFFERSONVILLE EAST COAS | 01/26/2018 | $65.00 | | $34,700.16 |
| SHARE DRAFT 258 Trace # 1338076553 26 | 01/26/2018 | $334.24 | | $34,765.16 |
| CHARGE FEE TR#375 | 01/26/2018 | $15.00 | | $35,099.40 |
| TRANSFER TR#375 | 01/26/2018 | $886.04 | | $35,114.40 |

Diamond Credit Union 2014 - 2017

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| T'FER TO ****25S60.1 HB | 01/25/2018 | $1,000.00 | | $36,000.44 |
| T'FER TO ****25S60.1 HB | 01/25/2018 | $400.00 | | $37,000.44 |
| Sunrise Logistic/Vdr Pymt/012518/C | 01/25/2018 | | $2,546.00 | $37,400.44 |
| PILOT TRAVEL CEN/PILOTDRAFT/012418 | 01/24/2018 | $5,056.51 | | $34,854.44 |
| ATM WITHDRAWAL | 01/24/2018 | $100.00 | | $39,910.95 |
| USPS KIOSK 4169309550 READING PA | 01/24/2018 | $13.40 | | $40,010.95 |
| Sunrise Logistic/Vdr Pymt/012318/C | 01/23/2018 | | $912.00 | $40,024.35 |
| T'FER TO ****25S60.1 HB | 01/22/2018 | $500.00 | | $39,112.35 |
| ATM WITHDRAWAL | 01/22/2018 | $200.00 | | $39,612.35 |
| SHARE DRAFT 257 Trace # 1256518539 22 | 01/22/2018 | $5,000.00 | | $39,812.35 |
| IRS/USATAXPYMT/012218/CCD | 01/22/2018 | $1,394.00 | | $44,812.35 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180131 | 01/22/2018 | $130.23 | | $46,206.35 |
| DOUBLE RUN BR/ACH Paymen/012518/PP | 01/22/2018 | | $3,039.66 | $46,336.58 |
| ATM WITHDRAWAL | 01/22/2018 | $220.00 | | $43,296.92 |
| MIDWAY TRUCK SERVICE INC BETHEL PA | 01/22/2018 | $84.98 | | $43,516.92 |
| TURKEY HILL #0244 Q69 READING PA | 01/22/2018 | $68.37 | | $43,601.90 |
| CASH WITHDRAWAL | 01/19/2018 | $837.91 | | $43,670.27 |
| SHARE DRAFT 255 Trace # 1241454943 19 | 01/19/2018 | $1,661.75 | | $44,508.18 |
| CHARGE FEE TR#14 | 01/19/2018 | $15.00 | | $46,169.93 |
| TRANSFER TR#14 | 01/19/2018 | $556.88 | | $46,184.93 |
| T'FER TO ****25S60.1 HB | 01/17/2018 | $500.00 | | $46,741.81 |
| T'FER TO ****25S60.1 HB | 01/17/2018 | $2,700.00 | | $47,241.81 |
| PILOT TRAVEL CEN/PILOTDRAFT/011718 | 01/17/2018 | $4,860.82 | | $49,941.81 |
| UNITED FIN CAS/INS PREM/180117/WEB | 01/17/2018 | $3,001.58 | | $54,802.63 |
| Sunrise Logistic/Vdr Pymt/011718/C | 01/16/2018 | | $2,583.50 | $57,804.21 |
| SHARE DRAFT 250 Trace # 1168704510 16 | 01/16/2018 | $20.00 | | $55,220.71 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180115 | 01/16/2018 | $48.08 | | $55,240.71 |
| ACHMA VISB/BILL PYMNT/180113/WEB | 01/16/2018 | $200.00 | | $55,288.79 |
| IRS/USATAXPYMT/011618/CCD | 01/16/2018 | $425.64 | | $55,488.79 |
| RUTTER'S FARM STRE #38 HALLAM PA | 01/16/2018 | $61.79 | | $55,914.43 |
| ATM WITHDRAWAL | 01/15/2018 | $300.00 | | $55,976.22 |
| SHARE DRAFT 254 | 01/15/2018 | $1,900.00 | | $56,276.22 |
| SHELL OIL 57546570102 AIKEN SC | 01/15/2018 | $53.60 | | $58,176.22 |
| COMFORT SUITES LITHONIA GA | 01/15/2018 | $112.08 | | $58,229.82 |
| T'FER TO ****25S60.1 HB | 01/13/2018 | $500.00 | | $58,341.90 |
| CASH WITHDRAWAL | 01/12/2018 | $200.00 | | $58,841.90 |
| SHARE DRAFT 252 | 01/12/2018 | $856.94 | | $59,041.90 |
| MULTIPLE DEPOSIT TR#1966 - BUSINESS CHK DEP | 01/12/2018 | | $14,727.28 | $59,898.84 |
| DOUBLE RUN BR/ACH Paymen/011618/PP | 01/12/2018 | | $5,129.84 | $45,171.56 |
| CIRCLE K 05144 COLUMBIA SC | 01/12/2018 | $52.61 | | $40,041.72 |
| CHARGE FEE TR#57 | 01/12/2018 | $15.00 | | $40,094.33 |

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| TRANSFER TR#57 | 01/12/2018 | $296.25 | | $40,109.33 |
| ATM WITHDRAWAL | 01/10/2018 | $400.00 | | $40,405.58 |
| PILOT TRAVEL CEN/PILOTDRAFT/011018 | 01/10/2018 | $3,564.97 | | $40,805.58 |
| TURKEY HILL #0061 Q69 READING PA | 01/10/2018 | $47.01 | | $44,370.55 |
| ATM WITHDRAWAL | 01/09/2018 | $200.00 | | $44,417.56 |
| SHARE DRAFT 243 Trace # 1103720404 09 | 01/09/2018 | $760.00 | | $44,617.56 |
| T'FER TO ****25S60.1 HB | 01/09/2018 | $500.00 | | $45,377.56 |
| USPS KIOSK 4169309550 READING PA | 01/09/2018 | $16.45 | | $45,877.56 |
| DAIRY QUEEN #11100 READING PA | 01/09/2018 | $23.99 | | $45,894.01 |
| ARDMORE TIRE CONSHOHOCKEN PA | 01/09/2018 | $419.70 | | $45,918.00 |
| SHARE DRAFT 245 Trace # 1072801705 08 | 01/08/2018 | $1,100.00 | | $46,337.70 |
| SHARE DRAFT 244 Trace # 1059536166 08 | 01/08/2018 | $3,000.00 | | $47,437.70 |
| DOUBLE RUN BR/ACH Paymen/010918/PP | 01/08/2018 | | $5,326.73 | $50,437.70 |
| T'FER TO ****25S60.1 HB | 01/08/2018 | $300.00 | | $45,110.97 |
| AUTOZONE 5295 READING PA | 01/06/2018 | $62.44 | | $45,410.97 |
| SHARE DRAFT 248 Trace # 1049848533 05 | 01/05/2018 | $618.48 | | $45,473.41 |
| SHARE DRAFT 249 | 01/05/2018 | $981.80 | | $46,091.89 |
| CHARGE FEE TR#1031 | 01/04/2018 | $15.00 | | $47,073.69 |
| TRANSFER TR#1031 | 01/04/2018 | $1,062.54 | | $47,088.69 |
| SHARE DRAFT 237 Trace # 1039638332 04 | 01/04/2018 | $2,000.00 | | $48,151.23 |
| PILOT TRAVEL CEN/PILOTDRAFT/010418 | 01/04/2018 | $3,567.00 | | $50,151.23 |
| CONIFERINSUR2634/prem 01-02/010418 | 01/04/2018 | $5,688.96 | | $53,718.23 |
| Sunrise Logistic/Vdr Pymt/010318/C | 01/04/2018 | | $2,938.00 | $59,407.19 |
| Merchants Mutual/InsPremium/180102 | 01/03/2018 | $114.48 | | $56,469.19 |
| NexTraq/PURCHASE/180103/CCD | 01/03/2018 | $286.96 | | $56,583.67 |
| UNITED FIN CAS/INS PREM/180103/WEB | 01/03/2018 | $6,000.00 | | $56,870.63 |
| USPS KIOSK 4169309550 READING PA | 01/03/2018 | $6.65 | | $62,870.63 |
| MIDWAY TRUCK SERVICE INC BETHEL PA | 01/03/2018 | $83.86 | | $62,877.28 |
| LOVES CNRY 358 HAMBURG PA | 01/03/2018 | $388.91 | | $62,961.14 |
| MULTIPLE DEPOSIT TR#2108 - BUSINESS CHK DEP | 01/02/2018 | | $6,650.27 | $63,350.05 |
| PURCHASE [MORDER] ($1,800.00) (Fee $2.50) TR#2108 | 01/02/2018 | $1,802.50 | | $56,699.78 |
| SHARE DRAFT 242 | 01/02/2018 | $3,290.00 | | $58,502.28 |
| ACHMA VISB/BILL PYMNT/180101/WEB | 01/02/2018 | $264.07 | | $61,792.28 |
| DOUBLE RUN BR/ACH Paymen/010218/PP | 01/02/2018 | | $5,235.85 | $62,056.35 |
| ATM WITHDRAWAL | 01/02/2018 | $40.00 | | $56,820.50 |
| WAWA 166 READING PA | 01/02/2018 | $75.00 | | $56,860.50 |
| WAWA 166 READING PA | 01/02/2018 | $14.89 | | $56,935.50 |
| USTIRES.COM LINDEN NJ | 01/02/2018 | $2,040.00 | | $56,950.39 |

Diamond Credit Union 2014 - 2017

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:          CHRISTOPHER E. BLAKE      : Case No.: 17-12184REF
                and
                MITIZENE D. LINDO-BLAKE :

                                         : CERTIFICATION OF BUSINESS DEBTOR
                                           REGARDING MONTHLY EPORT

I, _Christopher E Blake_, being of full age and duly sworn upon my oath,
depose(s) and say(s):

1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
    _February   2018_.

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.

        This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.

Date:        _2/28/18_ _____
                                             Debtor

Date:        _2/28/18_ _____
                                             Debtor

IN THE MATTER OF:                    Case No. _19 = 12184_

CHRISTOPHER E. BLAKE AND             PETITION FILED: _3|29|17_
MITIZENE D. LINDO-BLAKE

                                     MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION                 MONTH ENDED _February_

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

<u>CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS</u>

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) _27329.37_

2. Receipts during Report Period:

   a. Salary and Commissions          _15298.72_

   b. Interest or Dividend Income      _0.00_

   c. Real Estate Rental               _0.00_

   d. Other (Describe-Schedule A)      _____

        TOTAL RECEIPTS                    _15298.72_

3. Disbursements:

   a. Taxes -- IRS                      _2279.14_

   b. Taxes-State, including any        _285.45_
      sales tax due

   c. Taxes- Real Estate               _N|A_

   d. Taxes- Other                     _NONE_

   e. Utilities                        _$500_

   f. Mortgage(s) or Rent(s)           _NONE_

   g. Insurance premiums (list type)   _42.74_  _cargo_

   h. Food                             _57.19_

   i. Medical                          _NONE_

   j. Car loan                         _NONE_

   k. Automobile expenses              _62373.81_

CASE NO. _17-12184_                              MONTH ENDING _February_

    l. Clothing _____ N/A _____

    m. Gifts – donations (Schedule B) _____ N/A _____

    n. Tuitions (Schedule B) _____ N/A _____

    o. Other (Describe) _____ N/A _____

    TOTAL DISBURSEMENTS _____ $80807.05 _____

4. Balance at end of reporting period [ (1-2) –'3] ___ 31,971.86 ___

5. Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
    obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____ YES _____

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) __ Diamond Credit Union __

    BRANCH _____ Exeter _____

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____ N/A _____

    BRANCH: _____ N/A _____

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. _17-12184_                    MONTH ENDING _February_

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          _2/28/18_____
SIGNATURE OF DEBTOR(S)                    DATE

*Diamond Credit Union*

| | | |
|---|---|---|
| **Report Date :** | 4/8/2018 | |
| **Name :** | BLAKE'S TRUCKING LLC | |
| **Search Filter** | Transactions for Period-Last 90 Days,Date From 02/01/2018 To 02/28/2018 | |

**Account :** BUS EASY CHKG(***725-S60)

**Summary Information**

| **Balance** | **Available Balance** | **Minimum Balance** |
|---|---|---|
| $10,042.26 | $7,467.26 | $0.00 |

| | |
|---|---|
| Last Credit | **$11,846.00 on Apr 06, 2018** |
| Last Debit | **$500.00 on Apr 09, 2018** |

| | |
|---|---|
| MICR Routing Number | 54 |
| MICR Account ID(s) | 251 |
| Cards Linked to Account | ********5018, ********5042 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| PILOT TRAVEL CEN/PILOTDRAFT/180227 | 02/28/2018 | $6,259.45 | | $31,971.86 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180228 | 02/28/2018 | $42.55 | | $38,231.31 |
| IRS/USATAXPYMT/022818/CCD | 02/28/2018 | $365.02 | | $38,273.86 |
| SHARE DRAFT 263 Trace # 1770073403 27 | 02/27/2018 | $570.00 | | $38,638.88 |
| Sunrise Logistic/Vdr Pymt/022718/C | 02/27/2018 | | $3,952.50 | $39,208.88 |
| SHARE DRAFT 274 | 02/26/2018 | $3,105.00 | | $35,256.38 |
| DOUBLE RUN BR/ACH Paymen/022718/PP | 02/26/2018 | | $4,895.98 | $38,361.38 |
| AUTOZONE #5295 READING PA | 02/26/2018 | $96.95 | | $33,465.40 |
| SUNOCO 0619694300 BELMONT HILLS PA | 02/26/2018 | $28.70 | | $33,562.35 |
| ATM WITHDRAWAL | 02/26/2018 | $500.00 | | $33,591.05 |
| SHEETZ 00002733 BIRDSBORO PA | 02/26/2018 | $17.11 | | $34,091.05 |
| SQ *HOUSE OF JERK DREAD Reading PA | 02/26/2018 | $57.19 | | $34,108.16 |
| BERMAN FREIGHTLINER LEESPORT PA | 02/26/2018 | $391.26 | | $34,165.35 |
| MULTIPLE DEPOSIT TR#934 - BUSINESS CHK DEP | 02/24/2018 | | $15,900.31 | $34,556.61 |
| CASH WITHDRAWAL TR#934 | 02/24/2018 | $600.00 | | $18,656.30 |
| BIRDSBORO AUTO PAR BIRDSBORO PA | 02/24/2018 | $130.37 | | $19,256.30 |
| HARBOR FREIGHT TOOLS 162 READING PA | 02/24/2018 | $134.95 | | $19,386.67 |
| TURKEY HILL #0244 Q69 READING PA | 02/24/2018 | $68.39 | | $19,521.62 |
| SHARE DRAFT 273 Trace # 1731962747 23 | 02/23/2018 | $521.51 | | $19,590.01 |
| ATM WITHDRAWAL | 02/23/2018 | $100.00 | | $20,111.52 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| TFER TO ****25S60.1 HB | 02/23/2018 | $500.00 | | $20,211.52 |
| CHARGE FEE TR#293 | 02/23/2018 | $15.00 | | $20,711.52 |
| TRANSFER TR#293 | 02/23/2018 | $517.16 | | $20,726.52 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180228 | 02/23/2018 | $70.47 | | $21,243.68 |
| Sunrise Logistic/Vdr Pymt/022318/C | 02/23/2018 | | $1,492.00 | $21,314.15 |
| SHARE DRAFT 264 Trace # 1724778353 22 | 02/22/2018 | $760.00 | | $19,822.15 |
| Sunrise Logistic/Vdr Pymt/022218/C | 02/22/2018 | | $2,496.00 | $20,582.15 |
| USPS KIOSK 4169309550 READING PA | 02/22/2018 | $6.70 | | $18,086.15 |
| PILOT TRAVEL CEN/PILOTDRAFT/180220 | 02/21/2018 | $3,299.39 | | $18,092.85 |
| BFDS/INVESTMENT/180220/PPD | 02/21/2018 | $261.02 | | $21,392.24 |
| TFER TO ****25S60.1 HB | 02/21/2018 | $500.00 | | $21,653.26 |
| SHARE DRAFT 272 Trace # 1667660931 20 | 02/20/2018 | $484.86 | | $22,153.26 |
| SHARE DRAFT 271 Trace # 1662315197 20 | 02/20/2018 | $1,045.12 | | $22,638.12 |
| ATM WITHDRAWAL | 02/20/2018 | $420.00 | | $23,683.24 |
| AUTOZONE #5295 READING PA | 02/20/2018 | $104.30 | | $24,103.24 |
| SPEEDWAY1 GC 64070063 DOUGLASVILLE | 02/19/2018 | $150.75 | | $24,207.54 |
| JEFFERSONVILLE EAST COAS | 02/17/2018 | $63.24 | | $24,358.29 |
| MULTIPLE DEPOSIT TR#677 - BUSINESS CHK DEP | 02/17/2018 | | $6.00 | $24,421.53 |
| CASH WITHDRAWAL | 02/17/2018 | $6.00 | | $24,415.53 |
| ATM WITHDRAWAL | 02/17/2018 | $500.00 | | $24,421.53 |
| DOUBLE RUN BR/ACH Paymen/022018/PP | 02/16/2018 | | $5,255.26 | $24,921.53 |
| IRS/USATAXPYMT/021618/CCD | 02/16/2018 | $606.26 | | $19,666.27 |
| CHARGE FEE TR#124 | 02/16/2018 | $15.00 | | $20,272.53 |
| TRANSFER TR#124 | 02/16/2018 | $454.76 | | $20,287.53 |
| CLEVELAND BROS ENG06 570-535-2551 | 02/16/2018 | $479.44 | | $20,742.29 |
| MULTIPLE DEPOSIT TR#1576 | 02/15/2018 | | $12,286.24 | $21,221.73 |
| SHARE DRAFT 266 Trace # 1632309386 15 | 02/15/2018 | $1,100.00 | | $8,935.49 |
| PILOT TRAVEL CEN/PILOTDRAFT/021418 | 02/14/2018 | $3,532.07 | | $10,035.49 |
| SHARE DRAFT 268 Trace # 1583778029 13 | 02/13/2018 | $484.86 | | $13,567.56 |
| SHARE DRAFT 267 Trace # 1562574770 12 | 02/12/2018 | $1,038.31 | | $14,052.42 |
| SHARE DRAFT 265 Trace # 1573816309 12 | 02/12/2018 | $3,000.00 | | $15,090.73 |
| SHARE DRAFT 270 | 02/12/2018 | $2,969.40 | | $18,090.73 |
| SHARE DRAFT 0269 | 02/12/2018 | $500.00 | | $21,060.13 |
| IRS/USATAXPYMT/021218/CCD | 02/12/2018 | $609.18 | | $21,560.13 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180215 | 02/12/2018 | $65.65 | | $22,169.31 |
| DOUBLE RUN BR/ACH Paymen/021318/PP | 02/12/2018 | | $3,898.13 | $22,234.96 |
| GL SAYRE INC CONSHOHOCKEN PA | 02/10/2018 | $1,000.00 | | $18,336.83 |
| CHARGE FEE TR#352 | 02/09/2018 | $15.00 | | $19,336.83 |
| TRANSFER TR#352 | 02/09/2018 | $1,047.73 | | $19,351.83 |
| CONIFERINSUR2634/prem 02-07/020918 | 02/09/2018 | $42.74 | | $20,399.56 |
| MULTIPLE DEPOSIT TR#1660 - BUSINESS CHK DEP | 02/08/2018 | | $18,842.16 | $20,442.30 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| CASH WITHDRAWAL TR#1660 | 02/08/2018 | $500.00 | | $1,600.14 |
| CHECK TO - WALSH CARGO INC, TR#1660 | 02/08/2018 | $24,000.00 | | $2,100.14 |
| T'FER TO ****25S60.1 HB | 02/07/2018 | $1,000.00 | | $26,100.14 |
| PILOT TRAVEL CEN/PILOTDRAFT/020718 | 02/07/2018 | $3,967.02 | | $27,100.14 |
| ATM WITHDRAWAL | 02/07/2018 | $20.00 | | $31,067.16 |
| USPS KIOSK 4169309550 READING PA | 02/07/2018 | $6.70 | | $31,087.16 |
| USPS KIOSK 4169309550 READING PA | 02/07/2018 | $6.70 | | $31,093.86 |
| CLEVELAND BROS SOM44 SOMERSET PA | 02/07/2018 | $2,116.15 | | $31,100.56 |
| CLEVELAND BROS SOM44 SOMERSET PA | 02/07/2018 | $250.00 | | $33,216.71 |
| SHARE DRAFT 262 Trace # 1476944403 06 | 02/06/2018 | $879.68 | | $33,466.71 |
| U-HAUL-OF-READING #81161 READING PA | 02/05/2018 | $16.15 | | $34,346.39 |
| IRS/USATAXPYMT/020518/CCD | 02/05/2018 | $698.68 | | $34,362.54 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180131 | 02/05/2018 | $76.78 | | $35,061.22 |
| DOUBLE RUN BR/ACH Paymen/020618/PP | 02/05/2018 | | $3,796.93 | $35,138.00 |
| TURKEY HILL #0244 Q69 READING PA | 02/05/2018 | $67.24 | | $31,341.07 |
| MATTS HEAVY DUTY MOBILE D | 02/05/2018 | $2,000.00 | | $31,408.31 |
| HARBOR FREIGHT TOOLS 1 READING PA | 02/03/2018 | $113.63 | | $33,408.31 |
| PURCHASE [MORDER] ($1,800.00) (Fee $2.50) TR#447 | 02/03/2018 | $1,802.50 | | $33,521.94 |
| ATM WITHDRAWAL | 02/02/2018 | $160.00 | | $35,324.44 |
| SHARE DRAFT 261 Trace # 1441068009 02 | 02/02/2018 | $321.95 | | $35,484.44 |
| CHARGE FEE TR#94 | 02/02/2018 | $15.00 | | $35,806.39 |
| TRANSFER TR#94 | 02/02/2018 | $580.40 | | $35,821.39 |
| MULTIPLE DEPOSIT TR#1627 - BUSINESS CHK DEP | 02/01/2018 | | $9,072.42 | $36,401.79 |
| BTS FRYSTOWN MYERSTOWN PA | 02/01/2018 | $135.86 | | $27,329.37 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| Report Date : | 4/8/2018 |
| Name : | BLAKE'S TRUCKING LLC |
| Search Filter | Transactions for Period-Last 90 Days,Date From 02/01/2018 To 02/28/2018 |

**Account :** BUS EASY CHKG(***725-S60.1)

**Summary Information**

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $415.16 | $415.16 | $0.00 |

| Last Credit | **$500.00** on Apr 05, 2018 |
| Last Debit | **$200.00** on Apr 05, 2018 |

| Cards Linked to Account | ********5026, ********5034 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| SUNOCO 0362594400 PHILADELPHIA PA | 02/26/2018 | $202.97 | | $300.95 |
| LOVES COUNTRY ORMOND BEACH FL | 02/23/2018 | $200.00 | | $503.92 |
| TFER FROM ****25S60 HB | 02/23/2018 | | $500.00 | $703.92 |
| BB OF FREDRICKSBURG #25 | 02/22/2018 | $108.00 | | $203.92 |
| SPEEDWAY 06808 PHILADELPHIA PA | 02/21/2018 | $200.00 | | $311.92 |
| TFER FROM ****25S60 HB | 02/21/2018 | | $500.00 | $511.92 |
| FOLEY CARRIER SERVICES 860-815-0873 | 02/20/2018 | $340.00 | | $11.92 |
| ATM WITHDRAWAL | 02/19/2018 | $160.00 | | $351.92 |
| SPEEDWAY 06808 PHILADELPHIA PA | 02/15/2018 | $150.00 | | $511.92 |
| E-ZPASS MD MPC 800-950-1292 MD | 02/08/2018 | $36.00 | | $661.92 |
| AMERICAN AIR0012171870522 FORT | 02/08/2018 | $193.50 | | $697.92 |
| E-ZPASS MD MPC 800-950-1292 MD | 02/08/2018 | $99.00 | | $891.42 |
| E-ZPASS MD MPC 800-950-1292 MD | 02/08/2018 | $113.00 | | $990.42 |
| NJ E-ZPASS VIOLATIONS NEWARK NJ | 02/08/2018 | $285.00 | | $1,103.42 |
| INDIANA TOLL ROAD 574-6754010 IN | 02/08/2018 | $37.80 | | $1,388.42 |
| TFER FROM ****25S60 HB | 02/07/2018 | | $1,000.00 | $1,426.22 |
| SUNOCO 0362594400 PHILADELPHIA PA | 02/05/2018 | $300.00 | | $426.22 |
| ATM WITHDRAWAL | 02/03/2018 | $100.00 | | $726.22 |
| DAT SOLUTIONS 800-328-530 | 02/02/2018 | $34.95 | | $826.22 |
| THERMO KING CENTRAL VA ASHLAND VA | 02/01/2018 | $189.60 | | $861.17 |

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:        CHRISTOPHER E. BLAKE        : Case No.:  17-12184REF
                      and
              MITIZENE D. LINDO-BLAKE :

                                          : CERTIFICATION OF BUSINESS DEBTOR
                                            REGARDING MONTHLY EPORT

I, _Christopher E Blake_, being of full age and duly sworn upon my oath, depose(s) and say(s):

1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
_____March 2018_____.

3.  All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: _3/31/18_____
                                                    Debtor

Date: _3/31/18_____
                                                    Debtor

IN THE MATTER OF:                          Case No. _17-12184_

CHRISTOPHER E. BLAKE AND
MITIZENE D. LINDO-BLAKE                     PETITION FILED: _3/29/17_

                                           MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION                        MONTH ENDED _March_

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

<u>CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS</u>

1. Cash on Hand  (on filing date, or thereafter, from prior reporting period) _31,663.66_

2. Receipts during Report Period:

    a. Salary and Commissions             _14,553.59_

    b. Interest or Dividend Income         _N/A_

    c. Real Estate Rental                  _N/A_

    d. Other (Describe-Schedule A)         _N/A_

        TOTAL RECEIPTS                     _14,553.59_

3. Disbursements:

    a. Taxes – IRS                         _4913.27_

    b. Taxes-State, including any          _14,553.72_
       sales tax due

    c. Taxes- Real Estate                  _NONE_

    d. Taxes- Other                        _1197.66_

    e. Utilities                           _$500_

    f. Mortgage(s) or Rent(s)              _$6570_

    g. Insurance premiums (list type)      _2653.82_

    h. Food                                _NONE_

    i. Medical                             _NONE_

    j. Car loan                            _NONE_

    k. Automobile expenses                 _43,404.29_

CASE NO. _17-12184_                    MONTH ENDING _March_

   l. Clothing                _NONE_

   m. Gifts – donations (Schedule B)    _N/A_

   n. Tuitions (Schedule B)        _N/A_

   o. Other (Describe)           _NONE_

   TOTAL DISBURSEMENTS     _75 246 . 35_

4. Balance at end of reporting period [ (1-2) – 3] _14 320. 42_

5. Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
   obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date?     _YES_

Debtor in Possession Checking Account(s):

   NAME, LOCATION AND NUMBER(S) _Diamond Credit Union_

   BRANCH _Exeter_

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

   DESCRIBE: _N/A_

   BRANCH: _N/A_

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO.  _17 12184_          MONTH ENDING  _March_

<u>SCHEDULE C</u>

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          _3/31/18_
SIGNATURE OF DEBTOR(S)                      DATE

*Diamond Credit Union*

| | |
|---|---|
| Report Date : | 4/8/2018 |
| Name : | BLAKE'S TRUCKING LLC |
| Search Filter | Transactions for Period-Last 60 Days,Date From 03/01/2018 To 03/31/2018 |

**Account : BUS EASY CHKG(***725-S60.1)**

**Summary Information**

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $415.16 | $415.16 | $0.00 |

| | |
|---|---|
| Last Credit | **$500.00** on Apr 05, 2018 |
| Last Debit | **$200.00** on Apr 05, 2018 |

| | |
|---|---|
| Cards Linked to Account | ********5026, ********5034 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| PHILLY PA RED LIGHT 484-8891744 PA | 03/31/2018 | $103.50 | | $746.61 |
| T'FER FROM ****25S60 HB | 03/30/2018 | | $200.00 | $850.11 |
| T'FER FROM ****25S60 HB | 03/30/2018 | | $500.00 | $650.11 |
| SUNOCO 0362594400 PHILADELPHIA PA | 03/28/2018 | $200.00 | | $150.11 |
| T'FER FROM ****25S60 HB | 03/28/2018 | | $300.00 | $350.11 |
| ATM WITHDRAWAL | 03/27/2018 | $100.00 | | $50.11 |
| SUNOCO 0362594400 PHILADELPHIA PA | 03/23/2018 | $20.00 | | $150.11 |
| SUNOCO 0362594400 PHILADELPHIA PA | 03/23/2018 | $180.00 | | $170.11 |
| INTUIT *QB ONLINE 800-286-6800 CA | 03/22/2018 | $53.00 | | $350.11 |
| T'FER FROM ****25S60 HB | 03/22/2018 | | $200.00 | $403.11 |
| SUNOCO 0362594400 PHILADELPHIA PA | 03/17/2018 | $200.00 | | $203.11 |
| T'FER FROM ****25S60 HB | 03/16/2018 | | $400.00 | $403.11 |
| SUNOCO 0362594400 PHILADELPHIA PA | 03/16/2018 | $80.00 | | $3.11 |
| SUNRISE TRANSPORT EPHRATA PA | 03/16/2018 | $45.58 | | $83.11 |
| SUNOCO 0427121902 PHILADELPHIA PA | 03/14/2018 | $202.75 | | $128.69 |
| SHELL Service Station POLK CITY FL | 03/13/2018 | $200.00 | | $331.44 |
| FLYING J #627 BRUNSWICK GA | 03/12/2018 | $74.89 | | $531.44 |
| T'FER FROM ****25S60 HB | 03/12/2018 | | $600.00 | $606.33 |
| BB OF BORDENTOWN #104 BORDENTOWN NJ | 03/05/2018 | $70.37 | | $6.33 |
| MATTS HEAVY DUTY MOBILE D | 03/05/2018 | $2,000.00 | | $76.70 |
| PETRO #314 BORDENTOWN BORDENTOWN NJ | 03/05/2018 | $160.00 | | $2,076.70 |
| ATM WITHDRAWAL | 03/03/2018 | $223.95 | | $2,236.70 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| DAT SOLUTIONS 800-328-530 | 03/02/2018 | $34.95 | | $2,460.65 |
| TFER FROM ****25S60 HB | 03/01/2018 | | $2,000.00 | $2,495.60 |
| LOVES STORE317 SKIPPERS VA | 03/01/2018 | $305.35 | | $495.60 |
| TFER FROM ****25S60 HB | 03/01/2018 | | $500.00 | $800.95 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| | |
|---|---|
| Report Date : | 4/8/2018 |
| Name : | BLAKE'S TRUCKING LLC |
| Search Filter | Transactions for Period-Last 60 Days,Date From 03/01/2018 To 03/31/2018 |

**Account : BUS EASY CHKG(***725-S60)**

**Summary Information**

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $10,542.26 | $7,967.26 | $0.00 |

| | |
|---|---|
| Last Credit | **$11,846.00** on **Apr 06, 2018** |
| Last Debit | **$187.30** on **Apr 09, 2018** |

| | |
|---|---|
| MICR Routing Number | ¹5154 |
| MICR Account ID(s) | 7251 |
| Cards Linked to Account | ********5018, ********5042 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| T'FER TO ****25S60.1 HB | 03/30/2018 | $200.00 | | $14,320.42 |
| SHARE DRAFT 299 Trace # 2248188279 30 | 03/30/2018 | $778.10 | | $14,520.42 |
| CHARGE FEE TR#297 | 03/30/2018 | $15.00 | | $15,298.52 |
| TRANSFER TR#297 | 03/30/2018 | $1,107.22 | | $15,313.52 |
| T'FER TO ****25S60.1 HB | 03/30/2018 | $500.00 | | $16,420.74 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180331 | 03/30/2018 | $82.23 | | $16,920.74 |
| PURCHASE [MORDER] ($1,400.00) (Fee $2.50) TR#1491 | 03/29/2018 | $1,402.50 | | $17,002.97 |
| MULTIPLE DEPOSIT TR#1477 - BUSINESS CHK DEP | 03/29/2018 | | $8,988.78 | $18,405.47 |
| TIMZ DIESEL LLC SOMERSET PA | 03/29/2018 | $973.34 | | $9,416.69 |
| PILOT TRAVEL CEN/PILOTDRAFT/180327 | 03/28/2018 | $5,172.68 | | $10,390.03 |
| T'FER TO ****25S60.1 HB | 03/28/2018 | $300.00 | | $15,562.71 |
| USPS KIOSK 4169309550 READING PA | 03/28/2018 | $13.40 | | $15,862.71 |
| SHARE DRAFT 297 Trace # 2181634913 27 | 03/27/2018 | $805.81 | | $15,876.11 |
| SHARE DRAFT 283 Trace # 2200415090 27 | 03/27/2018 | $1,197.66 | | $16,681.92 |
| Sunrise Logistic/Vdr Pymt/032718/C | 03/27/2018 | | $2,496.00 | $17,879.58 |
| IRS/USATAXPYMT/032618/CCD | 03/26/2018 | $805.78 | | $15,383.58 |
| DOUBLE RUN BR/ACH Paymen/032718/PP | 03/26/2018 | | $5,047.94 | $16,189.36 |
| ATM WITHDRAWAL | 03/26/2018 | $300.00 | | $11,141.42 |
| MIDWAY TRUCK SERVICE INC BETHEL PA | 03/26/2018 | $52.78 | | $11,441.42 |
| MULTIPLE DEPOSIT TR#776 - BUSINESS CHK DEP | 03/24/2018 | | $6,504.12 | $11,494.20 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| SHARE DRAFT 296 Trace # 2152930899 23 | 03/23/2018 | $164.62 | | $4,990.08 |
| CHARGE FEE TR#213 | 03/23/2018 | $15.00 | | $5,154.70 |
| TRANSFER TR#213 | 03/23/2018 | $1,122.65 | | $5,169.70 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180331 | 03/23/2018 | $103.87 | | $6,292.35 |
| IRS/USATAXPYMT/032218/CCD | 03/22/2018 | $1,278.52 | | $6,396.22 |
| T'FER TO ****25S60.1 HB | 03/22/2018 | $200.00 | | $7,674.74 |
| PILOT TRAVEL CEN/PILOTDRAFT/180320 | 03/21/2018 | $5,436.28 | | $7,874.74 |
| BFDS/INVESTMENT/180320/PPD | 03/21/2018 | $261.02 | | $13,311.02 |
| UNITED FIN CAS/INS PREM/180321/WEB | 03/21/2018 | $2,653.82 | | $13,572.04 |
| USPS KIOSK 4169309550 READING PA | 03/21/2018 | $13.40 | | $16,225.86 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180315 | 03/20/2018 | $201.71 | | $16,239.26 |
| SHARE DRAFT 291 Trace # 2072047274 19 | 03/19/2018 | $631.48 | | $16,440.97 |
| SHARE DRAFT 290 Trace # 2063109084 19 | 03/19/2018 | $475.00 | | $17,072.45 |
| SHARE DRAFT 288 Trace # 2069186146 19 | 03/19/2018 | $1,820.00 | | $17,547.45 |
| NexTraq/PURCHASE/180319/CCD | 03/19/2018 | $286.96 | | $19,367.45 |
| ACHMA VISB/BILL PYMNT/180316/WEB | 03/19/2018 | $187.34 | | $19,654.41 |
| DOUBLE RUN BR/ACH Paymen/032018/PP | 03/19/2018 | | $2,860.99 | $19,841.75 |
| Sunrise Logistic/Vdr Pymt/031918/C | 03/19/2018 | | $2,496.00 | $16,980.76 |
| ATM WITHDRAWAL | 03/19/2018 | $500.00 | | $14,484.76 |
| MULTIPLE DEPOSIT TR#683 - BUSINESS CHK DEP | 03/17/2018 | | $7,714.76 | $14,984.76 |
| SHARE DRAFT 295 | 03/17/2018 | $3,069.00 | | $7,270.00 |
| SHARE DRAFT 293 | 03/16/2018 | $950.26 | | $10,339.00 |
| T'FER TO ****25S60.1 HB | 03/16/2018 | $400.00 | | $11,289.26 |
| CHARGE FEE TR#180 | 03/16/2018 | $15.00 | | $11,689.26 |
| TRANSFER TR#180 | 03/16/2018 | $1,103.75 | | $11,704.26 |
| SPEEDWAY 06781 DOUGLASSVILLE PA | 03/15/2018 | $34.84 | | $12,808.01 |
| SHARE DRAFT 276 Trace # 2044028409 15 | 03/15/2018 | $977.84 | | $12,842.85 |
| IRS/USATAXPYMT/031518/CCD | 03/15/2018 | $1,967.11 | | $13,820.69 |
| PILOT TRAVEL CEN/PILOTDRAFT/180313 | 03/14/2018 | $4,080.08 | | $15,787.80 |
| USPS KIOSK 4169309550 READING PA | 03/14/2018 | $20.10 | | $19,867.88 |
| TIMZ DIESEL LLC SOMERSET PA | 03/13/2018 | $262.27 | | $19,887.98 |
| SHARE DRAFT 287 Trace # 1978721269 12 | 03/12/2018 | $631.48 | | $20,150.25 |
| T'FER TO ****25S60.1 HB | 03/12/2018 | $600.00 | | $20,781.73 |
| BERMAN FREIGHTLINER LEESPORT PA | 03/12/2018 | $50.01 | | $21,381.73 |
| NEW JERSEY E-ZPASS NEWARK NJ | 03/10/2018 | $500.00 | | $21,431.74 |
| MULTIPLE DEPOSIT TR#236 - BUSINESS CHK DEP | 03/10/2018 | | $9,580.56 | $21,931.74 |
| SHARE DRAFT 289 | 03/09/2018 | $1,203.86 | | $12,351.18 |
| CHARGE FEE TR#695 | 03/09/2018 | $15.00 | | $13,555.04 |
| TRANSFER TR#695 | 03/09/2018 | $1,100.00 | | $13,570.04 |
| CASH WITHDRAWAL | 03/08/2018 | $1,000.00 | | $14,670.04 |
| SHARE DRAFT 279 Trace # 1932142488 08 | 03/08/2018 | $44.00 | | $15,670.04 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| SHARE DRAFT 284 Trace # 1913068888 07 | 03/07/2018 | $1,101.00 | | $15,714.04 |
| SHARE DRAFT 282 Trace # 1916790720 07 | 03/07/2018 | $325.00 | | $16,815.04 |
| SHARE DRAFT 278 Trace # 1905623220 07 | 03/07/2018 | $3,000.00 | | $17,140.04 |
| PILOT TRAVEL CEN/PILOTDRAFT/180306 | 03/07/2018 | $6,702.80 | | $20,140.04 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180315 | 03/06/2018 | $88.07 | | $26,842.84 |
| USPS KIOSK 4169309550 READING PA | 03/06/2018 | $13.40 | | $26,930.91 |
| THE HOME DEPOT #4164 READING PA | 03/05/2018 | $62.50 | | $26,944.31 |
| MULTIPLE DEPOSIT TR#1247 - BUSINESS CHK DEP | 03/05/2018 | | $4,919.94 | $27,006.81 |
| CASH WITHDRAWAL TR#1247 | 03/05/2018 | $1,000.00 | | $22,086.87 |
| WAWA 166 00001669 READING PA | 03/05/2018 | $52.40 | | $23,086.87 |
| TURKEY HILL #0244 Q69 READING PA | 03/05/2018 | $70.95 | | $23,139.27 |
| ATM WITHDRAWAL | 03/05/2018 | $500.00 | | $23,210.22 |
| External Transfer Withdrawal - P2P Mobile HB | 03/02/2018 | $200.00 | | $23,710.22 |
| SHARE DRAFT 285 Trace # 1837994770 02 | 03/02/2018 | $1,149.10 | | $23,910.22 |
| IRS/USATAXPYMT/030218/CCD | 03/02/2018 | $861.86 | | $25,059.32 |
| PURCHASE [MORDER] ($1,400.00) (Fee $2.50) TR#2067 | 03/01/2018 | $1,402.50 | | $25,921.18 |
| SHARE DRAFT 275 | 03/01/2018 | $285.00 | | $27,323.68 |
| T'FER TO ****25S60.1 HB | 03/01/2018 | $2,000.00 | | $27,608.68 |
| NexTraq/PURCHASE/180301/CCD | 03/01/2018 | $265.70 | | $29,608.68 |
| CHARGE FEE TR#128 | 03/01/2018 | $15.00 | | $29,874.38 |
| TRANSFER TR#128 | 03/01/2018 | $900.88 | | $29,889.38 |
| SHARE DRAFT 286 | 03/01/2018 | $350.00 | | $30,790.26 |
| T'FER TO ****25S60.1 HB | 03/01/2018 | $500.00 | | $31,140.26 |
| USPS KIOSK 4169309550 READING PA | 03/01/2018 | $23.40 | | $31,640.26 |
| BERMAN FREIGHTLINER LEESPORT PA | 03/01/2018 | $308.20 | | $31,663.66 |

Diamond Credit Union 2014 - 2017