United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Debtor(s)

Blake's Trucking, LLC   : Case No.:  17-12184

                        :

                        : CERTIFICATION OF BUSINESS DEBTOR
            Debtor(s)      REGARDING MONTHLY REPORT


I, __Christopher Blake__ , being of full age and duly sworn upon
my oath, depose(s) and say(s):


1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
__April 2018__ .

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.


        This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.


Date:        __4/30/2018__                    _____
                                                          Debtor


Date:        __4/30/2018__                    _____
                                                          Debtor

IN THE MATTER OF:                    Case No. 17-12184

Blake's Trucking LLC.    PETITION FILED: 3/29/17

                                    MONTHLY REPORT NO. April

DEBTOR IN POSSESSION         MONTH ENDED  April

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand  (on filing date, or  thereafter, from prior reporting period) 17163.76

2. Receipts during Report Period:

   a. Salary and Commissions        167084.3

   b. Interest or Dividend Income    N/A

   c. Real Estate Rental            N/A

   d. Other  (Describe-Schedule A)   N/A

              TOTAL RECEIPTS                          17163.73

3. Disbursements:

   a. Taxes -- IRS                   4062.88

   b. Taxes-State, including any     429.78
      sales tax due

   c. Taxes- Real Estate            NONE

   d. Taxes- Other                  NONE

   e. Utilities                     $500

   f. Mortgage(s) or Rent(s)        NONE

   g. Insurance premiums (list type) 82.00

   h. Food                          41.21

   i. Medical                       NONE

   j. Car loan                      NONE

   k. Automobile expenses           39816.71

CASE NO. _17 - 12184_         MONTH ENDING _April_

    l. Clothing _____ NONE

    m. Gifts -- donations (Schedule B) _____ N/A

    n. Tuitions (Schedule B) _____ N/A

    o. Other (Describe) _____ NONE

    TOTAL DISBURSEMENTS _____ 44932.58

4. Balance at end of reporting period [ (1-2) -- 3] ____ 14059.74

5. Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
   obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? ____ YES ____

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) _Diamond Credit Union_

    BRANCH _____ Exeter _____

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: ____ N/A ____

    BRANCH: _____ N/A _____

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts -- donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. _17-12184_          MONTH ENDING _April_

<u>SCHEDULE C</u>

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          _4/30/18_
SIGNATURE OF DEBTOR(S)              DATE

## *Diamond Credit Union*

| | |
|---|---|
| Report Date : | 7/14/2018 |
| Name : | BLAKE'S TRUCKING LLC |
| Search Filter | Transactions for Period-Last 120 Days,Date From 04/01/2018 To 04/30/2018 |

**Account : BUS EASY CHKG(***725-S60)**

### Summary Information

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $3,183.78 | $3,183.78 | $0.00 |

| | |
|---|---|
| Last Credit | **$4,200.00** on **Jul 12, 2018** |
| Last Debit | **$200.00** on **Jul 13, 2018** |

| | |
|---|---|
| MICR Routing Number | ¡154 |
| MICR Account ID(s) | ¿51 |
| Cards Linked to Account | ********5083, ********5109 |

### Transaction Detail

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| PURCHASE [MORDER] ($800.00) (Fee $2.50) TR#1647 | 04/30/2018 | $802.50 | | $14,059.74 |
| SHARE DRAFT 318 Trace # 2692318633 30 | 04/30/2018 | $3,240.00 | | $14,862.24 |
| SHARE DRAFT 317 Trace # 2685378837 30 | 04/30/2018 | $778.10 | | $18,102.24 |
| DOUBLE RUN BR/ACH Paymen/050118/PP | 04/30/2018 | | $4,442.84 | $18,880.34 |
| TURKEY HILL #0244 Q69 READING PA | 04/30/2018 | $61.52 | | $14,437.50 |
| ASSOCIATED TRUCK PARTS GV | 04/30/2018 | $380.00 | | $14,499.02 |
| T'FER TO ****25S60.1 HB | 04/28/2018 | $200.00 | | $14,879.02 |
| MULTIPLE DEPOSIT TR#548 - BUSINESS CHK DEP | 04/28/2018 | | $2,550.00 | $15,079.02 |
| T'FER TO ****25S60.1 HB | 04/28/2018 | $500.00 | | $12,529.02 |
| MULTIPLE DEPOSIT TR#1954 - BUSINESS CHK DEP | 04/27/2018 | | $9,656.40 | $13,029.02 |
| CASH WITHDRAWAL TR#1954 | 04/27/2018 | $1,429.05 | | $3,372.62 |
| CHARGE FEE TR#14 | 04/27/2018 | $15.00 | | $4,801.67 |
| TRANSFER TR#14 | 04/27/2018 | $890.73 | | $4,816.67 |
| PILOT TRAVEL CEN/PILOTDRAFT/180424 | 04/25/2018 | $4,962.34 | | $5,707.40 |
| NexTraq/PURCHASE/180425/CCD | 04/25/2018 | $286.96 | | $10,669.74 |
| IRS/USATAXPYMT/042518/CCD | 04/25/2018 | $1,219.70 | | $10,956.70 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180430 | 04/25/2018 | $125.56 | | $12,176.40 |
| SHARE DRAFT 314 Trace # 2583411749 23 | 04/23/2018 | $778.10 | | $12,301.96 |
| BFDS/INVESTMENT/180420/PPD | 04/23/2018 | $261.02 | | $13,080.06 |
| DOUBLE RUN BR/ACH Paymen/042418/PP | 04/23/2018 | | $4,660.60 | $13,341.08 |
| MIDWAY TRUCK SERVICE INC BETHEL PA | 04/23/2018 | $2,316.82 | | $8,680.48 |
| T'FER TO ****25S60.1 HB | 04/23/2018 | $300.00 | | $10,997.30 |
| MULTIPLE DEPOSIT TR#85 - BUSINESS CHK DEP | 04/21/2018 | | $3,880.18 | $11,297.30 |
| DAIRY QUEEN #11100 READING PA | 04/21/2018 | $29.01 | | $7,417.12 |
| READING AUTO SPRIN READING PA | 04/21/2018 | $2,195.00 | | $7,446.13 |
| SHARE DRAFT 315 | 04/20/2018 | $1,278.91 | | $9,641.13 |
| MULTIPLE DEPOSIT TR#338 | 04/20/2018 | | $4,314.00 | $10,920.04 |
| CHARGE FEE TR#133 | 04/20/2018 | $15.00 | | $6,606.04 |
| TRANSFER TR#133 | 04/20/2018 | $1,159.87 | | $6,621.04 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180415 | 04/20/2018 | $106.25 | | $7,780.91 |
| IRS/USATAXPYMT/042018/CCD | 04/20/2018 | $1,004.52 | | $7,887.16 |
| USPS KIOSK 4169309550 READING PA | 04/19/2018 | $14.00 | | $8,891.68 |

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| PILOT TRAVEL CEN/PILOTDRAFT/180417 | 04/18/2018 | $4,893.37 | | $8,905.68 |
| T'FER TO ****25S60.1 HB | 04/17/2018 | $200.00 | | $13,799.05 |
| T'FER TO ****25S60.1 HB | 04/17/2018 | $700.00 | | $13,999.05 |
| SHARE DRAFT 311 Trace # 2469382397 16 | 04/16/2018 | $640.14 | | $14,699.05 |
| T'FER TO ****25S60.1 HB | 04/16/2018 | $600.00 | | $15,339.19 |
| DOUBLE RUN BR/ACH Paymen/041718/PP | 04/16/2018 | | $4,811.42 | $15,939.19 |
| AUTOZONE #5295 READING PA | 04/16/2018 | $299.92 | | $11,127.77 |
| ASSOCIATED TRUCK PARTS GV | 04/16/2018 | $599.96 | | $11,427.69 |
| BRADLEY UNITED TIRE POTTSTOWN PA | 04/16/2018 | $1,400.00 | | $12,027.65 |
| BERMAN FREIGHTLINER LEESPORT PA | 04/16/2018 | $300.45 | | $13,427.65 |
| WM SUPERCENTER # READING PA | 04/14/2018 | $9.80 | | $13,728.10 |
| CASH WITHDRAWAL TR#731 | 04/14/2018 | $600.00 | | $13,737.90 |
| SHARE DRAFT 312 | 04/13/2018 | $1,234.77 | | $14,337.90 |
| T'FER TO ****25S60.1 HB | 04/13/2018 | $200.00 | | $15,572.67 |
| ATM WITHDRAWAL | 04/13/2018 | $350.00 | | $15,772.67 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180415 | 04/13/2018 | $91.89 | | $16,122.67 |
| IRS/USATAXPYMT/041318/CCD | 04/13/2018 | $849.98 | | $16,214.56 |
| T'FER TO ****25S60.1 HB | 04/13/2018 | $300.00 | | $17,064.54 |
| CHARGE FEE TR#12 | 04/13/2018 | $15.00 | | $17,364.54 |
| TRANSFER TR#12 | 04/13/2018 | $911.53 | | $17,379.54 |
| MULTIPLE DEPOSIT TR#1449 - BUSINESS CHK DEP | 04/12/2018 | | $15,568.44 | $18,291.07 |
| TURKEY HILL #308 BIRDSBORO PA | 04/11/2018 | $200.00 | | $2,722.63 |
| ATM WITHDRAWAL | 04/11/2018 | $200.00 | | $2,922.63 |
| T'FER TO ****25S60.1 HB | 04/11/2018 | $300.00 | | $3,122.63 |
| PILOT TRAVEL CEN/PILOTDRAFT/180410 | 04/11/2018 | $4,401.46 | | $3,422.63 |
| SHARE DRAFT 307 Trace # 2390462540 10 | 04/10/2018 | $1,263.88 | | $7,824.09 |
| T'FER TO ****25S60.1 HB | 04/10/2018 | $200.00 | | $9,087.97 |
| ACHMA VISB/BILL PYMNT/180409/WEB | 04/10/2018 | $196.54 | | $9,287.97 |
| GIBBONS FASTAG ROYERSFORD PA | 04/09/2018 | $119.00 | | $9,484.51 |
| SHARE DRAFT 308 Trace # 2381170926 09 | 04/09/2018 | $486.84 | | $9,603.51 |
| DOUBLE RUN BR/ACH Paymen/041018/PP | 04/09/2018 | | $2,623.09 | $10,090.35 |
| USTIRES.COM LINDEN NJ | 04/09/2018 | $2,495.00 | | $7,467.26 |
| USTIRES.COM LINDEN NJ | 04/09/2018 | $80.00 | | $9,962.26 |
| ATM WITHDRAWAL | 04/09/2018 | $500.00 | | $10,042.26 |
| ASSOCIATED TRUCK PARTS GV | 04/09/2018 | $187.30 | | $10,542.26 |
| CASH WITHDRAWAL TR#1674 | 04/06/2018 | $1,500.00 | | $10,729.56 |
| MULTIPLE DEPOSIT TR#1667 - BUSINESS CHK DEP | 04/06/2018 | | $11,846.00 | $12,229.56 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180331 | 04/06/2018 | $106.08 | | $383.56 |
| CHARGE FEE TR#1465 | 04/05/2018 | $15.00 | | $489.64 |
| TRANSFER TR#1465 | 04/05/2018 | $714.56 | | $504.64 |
| TFR TO BUSINESS ACCT | 04/05/2018 | | $1,500.00 | $1,219.20 |
| WAIVED FEE | 04/05/2018 | | $28.00 | ($280.80) |
| Overdraft Protection For Check No. 304 | 04/05/2018 | $28.00 | | ($308.80) |
| SHARE DRAFT 304 Trace # 2325490745 05 | 04/05/2018 | $3,000.00 | | ($280.80) |
| SHARE DRAFT 301 Trace # 2327654613 05 | 04/05/2018 | $600.00 | | $2,719.20 |
| SHARE DRAFT 300 Trace # 2326387126 05 | 04/05/2018 | $1,900.00 | | $3,319.20 |
| IRS/USATAXPYMT/040518/CCD | 04/05/2018 | $988.68 | | $5,219.20 |
| T'FER TO ****25S60.1 HB | 04/05/2018 | $500.00 | | $6,207.88 |
| SHARE DRAFT 305 Trace # 2305976012 04 | 04/04/2018 | $975.00 | | $6,707.88 |
| SHARE DRAFT 303 Trace # 2316063391 04 | 04/04/2018 | $1,101.00 | | $7,682.88 |
| SHARE DRAFT 302 Trace # 2317152427 04 | 04/04/2018 | $380.00 | | $8,783.88 |
| MTATB VIOLATION/ACH TRAN/040418/WE | 04/04/2018 | $117.00 | | $9,163.88 |
| PILOT TRAVEL CEN/PILOTDRAFT/180403 | 04/04/2018 | $5,586.68 | | $9,280.88 |

*__Diamond Credit Union__*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| USPS KIOSK 4169309550 READING PA | 04/04/2018 | $13.40 | | $14,867.56 |
| USPS KIOSK 4169309550 READING PA | 04/04/2018 | $10.00 | | $14,880.96 |
| STTC #03 READING READING PA | 04/03/2018 | $267.00 | | $14,890.96 |
| SHARE DRAFT 298 Trace # 2289050420 03 | 04/03/2018 | $805.80 | | $15,157.96 |
| VIVINT/VIVINT/040318/PPD | 04/03/2018 | $122.00 | | $15,963.76 |
| CONIFERINSUR2634/prem 03-30/040318 | 04/03/2018 | $82.00 | | $16,085.76 |
| Sunrise Logistic/Vdr Pymt/040318/C | 04/03/2018 | | $2,496.00 | $16,167.76 |
| T'FER TO ****25S60.1 HB | 04/02/2018 | $400.00 | | $13,671.76 |
| SHARE DRAFT 306 | 04/02/2018 | $3,092.00 | | $14,071.76 |
| E-ZPass MA/8776277745/180401/WEB | 04/02/2018 | $66.10 | | $17,163.76 |
| DOUBLE RUN BR/ACH Paymen/040318/PP | 04/02/2018 | | $2,909.44 | $17,229.86 |

*Diamond Credit Union*

| Report Date : | 7/14/2018 |
|---|---|
| Name : | BLAKE'S TRUCKING LLC |
| Search Filter | Transactions for Period-Last 120 Days,Date From 04/01/2018 To 04/30/2018 |

Account : BUS EASY CHKG(***725-S60.1)

### Summary Information

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $202.38 | $58.38 | $0.00 |

| Last Credit | $200.00 on Jul 13, 2018 |
|---|---|
| Last Debit | $1,099.57 on Jul 13, 2018 |

| Cards Linked to Account | ********5091, ********5117 |
|---|---|

### Transaction Detail

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| SQ *TYNSLEY'S MOBIL BRUNSWICK GA | 04/30/2018 | $826.69 | | $99.69 |
| T'FER FROM ****25S60 HB | 04/28/2018 | | $200.00 | $926.38 |
| T'FER FROM ****25S60 HB | 04/28/2018 | | $500.00 | $726.38 |
| U-HAUL-OF-READING #81161 READING PA | 04/23/2018 | $29.11 | | $226.38 |
| BB OF BORDENTOWN #104 BORDENTOWN NJ | 04/23/2018 | $76.77 | | $255.49 |
| PENN 80 MILTON GARAGE MILTON PA | 04/23/2018 | $224.46 | | $332.26 |
| PETRO #314 BORDENTOWN BORDENTOWN NJ | 04/23/2018 | $250.00 | | $556.72 |
| T'FER FROM ****25S60 HB | 04/23/2018 | | $300.00 | $806.72 |
| INTUIT *QB ONLINE 800-286-6800 CA | 04/21/2018 | $53.00 | | $506.72 |
| MULTIPLE DEPOSIT TR#338 | 04/20/2018 | | $500.00 | $559.72 |
| THE HICKORY HOUSE HARDEEVILLE SC | 04/18/2018 | $12.20 | | $59.72 |
| ATM WITHDRAWAL | 04/17/2018 | $103.95 | | $71.92 |
| STAR GARAGE HARDEEVILLE SC | 04/17/2018 | $1,234.71 | | $175.87 |
| T'FER FROM ****25S60 HB | 04/17/2018 | | $200.00 | $1,410.58 |
| T'FER FROM ****25S60 HB | 04/17/2018 | | $700.00 | $1,210.58 |
| R AND K REPAIR SERVICES I | 04/17/2018 | $129.92 | | $510.58 |
| T'FER FROM ****25S60 HB | 04/16/2018 | | $600.00 | $640.50 |
| DAVIS TRUCK REPAIR INC LUMBERTON NC | 04/14/2018 | $405.42 | | $40.50 |
| T'FER FROM ****25S60 HB | 04/13/2018 | | $200.00 | $445.92 |
| SUNOCO 0362594400 PHILADELPHIA PA | 04/13/2018 | $207.89 | | $245.92 |
| T'FER FROM ****25S60 HB | 04/13/2018 | | $300.00 | $453.81 |
| BB OF RUTHER GLEN #46 RUTHER GLEN | 04/13/2018 | $108.00 | | $153.81 |
| SUNOCO 0362594400 PHILADELPHIA PA | 04/12/2018 | $74.00 | | $261.81 |
| TIMZ DIESEL LLC SOMERSET PA | 04/12/2018 | $479.35 | | $335.81 |
| T'FER FROM ****25S60 HB | 04/11/2018 | | $300.00 | $815.16 |
| MAPLE CITY TIRE 814-634-0545 PA | 04/10/2018 | $100.00 | | $515.16 |
| T'FER FROM ****25S60 HB | 04/10/2018 | | $200.00 | $615.16 |
| RIDGE PETROLEUM PHILADELPHIA PA | 04/05/2018 | $200.00 | | $415.16 |
| T'FER FROM ****25S60 HB | 04/05/2018 | | $500.00 | $615.16 |
| NEW JERSEY E-ZPASS NEWARK NJ | 04/03/2018 | $300.00 | | $115.16 |
| T'FER FROM ****25S60 HB | 04/02/2018 | | $400.00 | $415.16 |
| DAT SOLUTIONS 800-328-530 | 04/02/2018 | $34.95 | | $15.16 |
| SUNOCO 0362594400 PHILADELPHIA PA | 04/02/2018 | $100.00 | | $50.11 |
| PAM DELAWARE DOT PRKG WEB | 04/02/2018 | $96.50 | | $150.11 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| NEW JERSEY E-ZPASS NEWARK NJ | 04/02/2018 | $500.00 | | $246.61 |

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Debtor(s)                                        :

Blake's Trucking, LLC                        :   Case No.: 17-12184

                                                               :

                                                               :   CERTIFICATION OF BUSINESS DEBTOR
                                    Debtor(s)              REGARDING MONTHLY REPORT


        I, __Christopher Blake__, being of full age and duly sworn upon
my oath, depose(s) and say(s):


1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
    ___May 2018___.

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.



        This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.



Date:          5/31/2018 _____          _____
                                                                                              Debtor


Date:          5/31/2018 _____          _____
                                                                                              Debtor

IN THE MATTER OF:                    Case No. 17-12184

Blake's Trucking LLC         PETITION FILED: 3/29/17

                             MONTHLY REPORT NO. May

DEBTOR IN POSSESSION         MONTH ENDED _____ May

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ____ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) 14046 34

2. Receipts during Report Period:

   a. Salary and Commissions          19365.34

   b. Interest or Dividend Income      N/A

   c. Real Estate Rental              N/A

   d. Other (Describe-Schedule A)      N/A

         TOTAL RECEIPTS                        19365.34

3. Disbursements:

   a. Taxes -- IRS                     5412.8

   b. Taxes-State, including any       558.2
      sales tax due

   c. Taxes- Real Estate              NONE

   d. Taxes- Other                    NONE

   e. Utilities                       $500

   f. Mortgage(s) or Rent(s)          NONE

   g. Insurance premiums (list type)  2484.85

   h. Food                            NONE

   i. Medical                         NONE

   j. Car loan                        NONE

   k. Automobile expenses             7063.7.62

CASE NO. _11-12184_          MONTH ENDING _MAY_

    l.  Clothing _____NONE_____

    m.  Gifts – donations (Schedule B) _____N/A_____

    n.  Tuitions (Schedule B) _____N/A_____

    o.  Other (Describe) _____NONE_____

TOTAL DISBURSEMENTS _____79593.47_____

4.  Balance at end of reporting period [ (1-2) – 3] _3183.78_

5.  Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6.  Is all insurance paid up-to-date? _____YES_____

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) _Diamond Credit Union_

    BRANCH _____Exeter_____

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____N/A_____

    BRANCH: _____N/A_____

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. __17-12184__                    MONTH ENDING __MAY__

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____                    __5/31/18__
SIGNATURE OF DEBTOR(S)                        DATE

*Diamond Credit Union*

| Report Date : | 7/14/2018 |
|---|---|
| Name : | BLAKE'S TRUCKING LLC |
| Search Filter | Transactions for Period-Last 90 Days,Date From 05/01/2018 To 05/31/2018 |

**Account :** BUS EASY CHKG(***725-S60.1)

**Summary Information**

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $202.38 | $58.38 | $0.00 |

| | |
|---|---|
| Last Credit | **$200.00 on Jul 13, 2018** |
| Last Debit | **$1,099.57 on Jul 13, 2018** |

| | |
|---|---|
| Cards Linked to Account | ********5091, ********5117 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| SUNOCO 0362594400 PHILADELPHIA PA | 05/30/2018 | $200.00 | | $207.11 |
| T'FER FROM ****25S60 HB | 05/29/2018 | | $200.00 | $407.11 |
| BB OF RUTHER GLEN #46 RUTHER GLEN | 05/26/2018 | $108.00 | | $207.11 |
| 107 EXPRESS FITZGERALD GA | 05/25/2018 | $200.01 | | $315.11 |
| SPEEDWAY1 GC 64070063 DOUGLASVILLE | 05/25/2018 | $149.90 | | $515.12 |
| T'FER FROM ****25S60 HB | 05/24/2018 | | $400.00 | $665.02 |
| SUNOCO 0362594400 PHILADELPHIA PA | 05/22/2018 | $205.08 | | $265.02 |
| T'FER FROM ****25S60 HB | 05/21/2018 | | $250.00 | $470.10 |
| INTUIT *QB ONLINE 800-286-6800 CA | 05/21/2018 | $53.00 | | $220.10 |
| SPEEDWAY 06808 PHILADELPHIA PA | 05/18/2018 | $202.37 | | $273.10 |
| T'FER FROM ****25S60 HB | 05/18/2018 | | $200.00 | $475.47 |
| SPEEDWAY 06796 PHILADELPHIA PA | 05/16/2018 | $200.00 | | $275.47 |
| USPS.COM CLICKNSHIP 800-344-7779 DC | 05/16/2018 | $13.40 | | $475.47 |
| T'FER FROM ****25S60 HB | 05/15/2018 | | $100.00 | $488.87 |
| SUNOCO 0768002800 PHILADELPHIA PA | 05/11/2018 | $200.00 | | $388.87 |
| DAVIS TRUCK REPAIR INC LUMBERTON NC | 05/10/2018 | $172.13 | | $588.87 |
| FLYING J #627 BRUNSWICK GA | 05/09/2018 | $10.69 | | $761.00 |
| WM SUPERCENTER # WALTERBORO SC | 05/09/2018 | $53.05 | | $771.69 |
| MULTIPLE DEPOSIT TR#313 - BUSINESS CASH DEP | 05/09/2018 | | $500.00 | $824.74 |
| T'FER FROM ****25S60 HB | 05/09/2018 | | $60.00 | $324.74 |
| T'FER FROM ****25S60 HB | 05/08/2018 | | $200.00 | $264.74 |
| SUNOCO 0004971811 PHILADELPHIA PA | 05/07/2018 | $300.00 | | $64.74 |
| T'FER FROM ****25S60 HB | 05/07/2018 | | $200.00 | $364.74 |
| DAT SOLUTIONS 800-328-530 | 05/02/2018 | $34.95 | | $164.74 |
| SUNOCO 0362594400 PHILADELPHIA PA | 05/02/2018 | $200.00 | | $199.69 |
| T'FER FROM ****25S60 HB | 05/02/2018 | | $300.00 | $399.69 |

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Debtor(s)

Blake's Trucking, LLC  : Case No.: 17-12184

:

Debtor(s)     :  CERTIFICATION OF BUSINESS DEBTOR
                     REGARDING MONTHLY REPORT

I,  Christopher Blake  , being of full age and duly sworn upon
my oath, depose(s) and say(s):

1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
 June  2018  .

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.

Date:  6/30/2018                                    _____
                                                                    Debtor

Date:  6/30/2018                                    _____
                                                                    Debtor

IN THE MATTER OF:          Case No. 17-12184

Blake's Trucking LLC      PETITION FILED: 3/29/17

                          MONTHLY REPORT NO. June

DEBTOR IN POSSESSION      MONTH ENDED    June

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand  (on filing date, or thereafter, from prior reporting period) 4817.30

2. Receipts during Report Period:

   a. Salary and Commissions          15200.83

   b. Interest or Dividend Income      N/A

   c. Real Estate Rental              N/A

   d. Other  (Describe-Schedule A)    N/A

      TOTAL RECEIPTS                              15200.83

3. Disbursements:

   a. Taxes -- IRS                     3570.54

   b. Taxes-State, including any       311.42
      sales tax due

   c. Taxes- Real Estate              NONE

   d. Taxes- Other                    NONE

   e. Utilities                       9500

   f. Mortgage(s) or Rent(s)          NONE

   g. Insurance premiums (list type)  8330.79

   h. Food                            34.94

   i. Medical                         NONE  $100.50

   j. Car loan                        NONE

   k. Automobile expenses             38220.67

CASE NO. ___17-12184___                    MONTH ENDING __June__

    l.  Clothing    __NONE__

    m.  Gifts – donations (Schedule B)    __N/A__

    n.  Tuitions (Schedule B)    __N/A__

    o.  Other (Describe)    __NONE__

    TOTAL DISBURSEMENTS    5106 8.86

4.  Balance at end of reporting period [ (1-2) – 3 ]  __11394.14__

5.  Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
    obligations and amounts due at end of current period on Schedule C.

6.  Is all insurance paid up-to-date?  __YES__

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) __Diamond Credit Union__

    BRANCH __Exeter__

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE:  __N/A__

    BRANCH:  __N/A__

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. ___17-12184___          MONTH ENDING ___June___

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          6/30/18
SIGNATURE OF DEBTOR(S)                  DATE

*Diamond Credit Union*

| Report Date : | 7/14/2018 |
| Name : | BLAKE'S TRUCKING LLC |
| Search Filter | Transactions for Period-Last 60 Days,Date From 06/01/2018 To 06/30/2018 |

**Account :** BUS EASY CHKG(***725-S60)

**Summary Information**

| Balance | Available Balance | Minimum Balance |
| --- | --- | --- |
| $3,183.78 | $3,183.78 | $0.00 |

| Last Credit | **$4,200.00 on Jul 12, 2018** |
| Last Debit | **$200.00 on Jul 13, 2018** |

| MICR Routing Number | 2   154 |
| MICR Account ID(s) | 7251 |
| Cards Linked to Account | ********5083, ********5109 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
| --- | --- | --- | --- | --- |
| MOE'S SW GRILL #6227 READING PA | 06/30/2018 | $34.94 | | $11,394.14 |
| SHARE DRAFT 348 Trace # 3555134020 29 | 06/29/2018 | $334.24 | | $11,429.08 |
| CHARGE FEE TR#186 | 06/29/2018 | $15.00 | | $11,763.32 |
| TRANSFER TR#186 | 06/29/2018 | $928.59 | | $11,778.32 |
| SUNOCO 0362594400 PHILADELPHIA PA | 06/28/2018 | $250.00 | | $12,706.91 |
| PILOT TRAVEL CEN/PILOTDRAFT/180626 | 06/27/2018 | $2,916.95 | | $12,956.91 |
| IRS/USATAXPYMT/062718/CCD | 06/27/2018 | $167.40 | | $15,873.86 |
| CONIFERINSUR2634/Prem 06/25/062718 | 06/27/2018 | $82.00 | | $16,041.26 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180630 | 06/27/2018 | $24.56 | | $16,123.26 |
| MULTIPLE DEPOSIT TR#300 - BUSINESS CHK DEP | 06/26/2018 | | $5,735.96 | $16,147.82 |
| Sunrise Logistic/Vdr Pymt/062618/C | 06/26/2018 | | $3,648.00 | $10,411.86 |
| T'FER TO ****25S60.1 HB | 06/26/2018 | $300.00 | | $6,763.86 |
| USPS.COM CLICKNSHIP 800-344-7779 DC | 06/26/2018 | $20.10 | | $7,063.86 |
| T'FER TO ****25S60.1 | 06/26/2018 | $3,325.62 | | $7,083.96 |
| SHARE DRAFT 341 Trace # 3486418677 25 | 06/25/2018 | $631.48 | | $10,409.58 |
| DOUBLE RUN BR/ACH Paymen/062618/PP | 06/25/2018 | | $3,713.26 | $11,041.06 |
| AUTOZONE #5295 READING PA | 06/25/2018 | $62.97 | | $7,327.80 |
| ATM WITHDRAWAL | 06/25/2018 | $300.00 | | $7,390.77 |
| T'FER TO ****25S60.1 HB | 06/25/2018 | $500.00 | | $7,690.77 |
| DIESEL SERVICE INC READING PA | 06/23/2018 | $1,518.53 | | $8,190.77 |
| CASH WITHDRAWAL | 06/22/2018 | $5,000.00 | | $9,709.30 |
| MULTIPLE DEPOSIT TR#628 - BUSINESS CHK DEP | 06/22/2018 | | $13,837.85 | $14,709.30 |
| NexTraq/PURCHASE/180622/CCD | 06/22/2018 | $286.96 | | $871.45 |
| VIVINT/VIVINT/062218/PPD | 06/22/2018 | $122.00 | | $1,158.41 |
| T'FER TO ****25S60.1 HB | 06/22/2018 | $500.00 | | $1,280.41 |
| ATM WITHDRAWAL | 06/22/2018 | $500.00 | | $1,780.41 |
| PA DRIVER & VEHICLE SERV | 06/22/2018 | $179.00 | | $2,280.41 |
| ATM WITHDRAWAL | 06/21/2018 | $400.00 | | $2,459.41 |
| BFDS/INVESTMENT/180620/PPD | 06/21/2018 | $261.02 | | $2,859.41 |
| TURKEY HILL #0244 Q69 READING PA | 06/21/2018 | $66.07 | | $3,120.43 |
| PILOT TRAVEL CEN/PILOTDRAFT/180619 | 06/20/2018 | $4,796.33 | | $3,186.50 |
| IRS/USATAXPYMT/062018/CCD | 06/20/2018 | $809.30 | | $7,982.83 |

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| COMMWLTHOFPA INT/PAEMPLOYTX/180615 | 06/20/2018 | $90.15 | | $8,792.13 |
| T'FER TO ****25S60.1 HB | 06/20/2018 | $200.00 | | $8,882.28 |
| Sunrise Logistic/Vdr Pymt/061918/C | 06/19/2018 | | $6,006.00 | $9,082.28 |
| SHARE DRAFT 340 | 06/18/2018 | $3,855.00 | | $3,076.28 |
| DOUBLE RUN BR/ACH Paymen/061918/PP | 06/18/2018 | | $5,869.29 | $6,931.28 |
| ASSOCIATED TRUCK PARTS GV | 06/18/2018 | $242.00 | | $1,061.99 |
| SHARE DRAFT 338 Trace # 3365735400 15 | 06/15/2018 | $631.48 | | $1,303.99 |
| SHARE DRAFT 339 | 06/15/2018 | $866.97 | | $1,935.47 |
| CHARGE FEE TR#20 | 06/15/2018 | $15.00 | | $2,802.44 |
| TRANSFER TR#20 | 06/15/2018 | $840.94 | | $2,817.44 |
| MULTIPLE DEPOSIT TR#1605 - BUSINESS CHK DEP | 06/14/2018 | | $2,550.00 | $3,658.38 |
| IPFS866-412-2560/IPFSPMTMDB/061418 | 06/14/2018 | $3,729.58 | | $1,108.38 |
| PILOT TRAVEL CEN/PILOTDRAFT/180612 | 06/13/2018 | $744.12 | | $4,837.96 |
| IRS/USATAXPYMT/061318/CCD | 06/13/2018 | $1,110.80 | | $5,582.08 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180615 | 06/13/2018 | $114.94 | | $6,692.88 |
| WAWA 166 00001669 READING PA | 06/13/2018 | $200.00 | | $6,807.82 |
| SHARE DRAFT 337 Trace # 3314584104 12 | 06/12/2018 | $1,378.44 | | $7,007.82 |
| BERMAN FREIGHTLINER LEESPORT PA | 06/12/2018 | $100.54 | | $8,386.26 |
| SHARE DRAFT 336 Trace # 3280634181 11 | 06/11/2018 | $1,257.62 | | $8,486.80 |
| SHARE DRAFT 335 Trace # 3272193556 11 | 06/11/2018 | $631.48 | | $9,744.42 |
| CONIFERINSUR2634/prem 06-07/061118 | 06/11/2018 | $4,138.00 | | $10,375.90 |
| DOUBLE RUN BR/ACH Paymen/061218/PP | 06/11/2018 | | $4,292.77 | $14,513.90 |
| TURKEY HILL #0244 Q69 READING PA | 06/11/2018 | $59.40 | | $10,221.13 |
| CHARGE FEE TR#567 | 06/08/2018 | $15.00 | | $10,280.53 |
| TRANSFER TR#567 | 06/08/2018 | $1,084.54 | | $10,295.53 |
| Merchants Mutual/InsPremium/180607 | 06/08/2018 | $381.21 | | $11,380.07 |
| T'FER TO ****25S60.1 HB | 06/07/2018 | $300.00 | | $11,761.28 |
| MULTIPLE DEPOSIT TR#1610 - BUSINESS CHK DEP | 06/07/2018 | | $8,510.31 | $12,061.28 |
| IRS/USATAXPYMT/060718/CCD | 06/07/2018 | $727.54 | | $3,550.97 |
| ACHMA VISB/BILL PYMNT/180606/WEB | 06/07/2018 | $195.00 | | $4,278.51 |
| ATM WITHDRAWAL | 06/06/2018 | $80.00 | | $4,473.51 |
| ATM WITHDRAWAL | 06/06/2018 | $220.00 | | $4,553.51 |
| PILOT TRAVEL CEN/PILOTDRAFT/180605 | 06/06/2018 | $4,247.44 | | $4,773.51 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180615 | 06/06/2018 | $81.77 | | $9,020.95 |
| T'FER TO ****25S60.1 HB | 06/06/2018 | $350.00 | | $9,102.72 |
| BFR HYDRAULICS 610-8322040 PA | 06/05/2018 | $66.91 | | $9,452.72 |
| GL SAYRE INC CONSHOHOCKEN PA | 06/05/2018 | $375.56 | | $9,519.63 |
| SHARE DRAFT 333 Trace # 3161540789 04 | 06/04/2018 | $484.86 | | $9,895.19 |
| IRS/USATAXPYMT/052918/CCD | 06/04/2018 | $137.50 | | $10,380.05 |
| IRS/USATAXPYMT/052918/CCD | 06/04/2018 | $1,618.00 | | $10,517.55 |
| DOUBLE RUN BR/ACH Paymen/060518/PP | 06/04/2018 | | $2,132.11 | $12,135.55 |
| TIRENETUSA 2157451400 PA | 06/04/2018 | $1,108.00 | | $10,003.44 |
| SHARE DRAFT 334 | 06/02/2018 | $1,042.57 | | $11,111.44 |
| J J KELLER & ASSOCIATES | 06/02/2018 | $42.89 | | $12,154.01 |
| J J KELLER & ASSOCIATES | 06/02/2018 | $42.89 | | $12,196.90 |
| MULTIPLE DEPOSIT TR#2194 - BUSINESS CHK DEP | 06/01/2018 | | $8,416.74 | $12,239.79 |
| SHARE DRAFT 328 | 06/01/2018 | $262.50 | | $3,823.05 |
| CHARGE FEE TR#697 | 06/01/2018 | $15.00 | | $4,085.55 |
| TRANSFER TR#697 | 06/01/2018 | $716.75 | | $4,100.55 |
| CHECK TO - COMMONWEALTH OF PA | 06/01/2018 | $6,000.00 | | $4,817.30 |

*Diamond Credit Union*

| Report Date : | 7/14/2018 |
| Name : | BLAKE'S TRUCKING LLC |
| Search Filter | Transactions for Period-Last 30 Days |

**Account : BUS EASY CHKG(***725-S60)**

**Summary Information**

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $3,183.78 | $3,183.78 | $0.00 |

| Last Credit | **$4,200.00 on Jul 12, 2018** |
| Last Debit | **$200.00 on Jul 13, 2018** |

| MICR Routing Number | . . . _54 |
| MICR Account ID(s) | 51 |
| Cards Linked to Account | ********5083, ********5109 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| T'FER TO ****25S60.1 HB | 07/13/2018 | $200.00 | | $3,183.78 |
| SHARE DRAFT 356 Trace # 3737251189 13 | 07/13/2018 | $778.10 | | $3,383.78 |
| SHARE DRAFT 354 Trace # 3738012332 13 | 07/13/2018 | $2,603.88 | | $4,161.88 |
| SHARE DRAFT 357 | 07/13/2018 | $1,140.10 | | $6,765.76 |
| MIDWAY TRUCK SERVICE BETHEL PA | 07/13/2018 | $381.59 | | $7,905.86 |
| T'FER TO ****25S60.1 HB | 07/12/2018 | $300.00 | | $8,287.45 |
| SHARE DRAFT 345 Trace # 3728728517 12 | 07/12/2018 | $1,101.00 | | $8,587.45 |
| MULTIPLE DEPOSIT TR#767 - BUSINESS CHK DEP | 07/12/2018 | | $4,200.00 | $9,688.45 |
| TURKEY HILL #0244 Q69 READING PA | 07/12/2018 | $55.01 | | $5,488.45 |
| T'FER TO ****25S60.1 HB | 07/11/2018 | $979.10 | | $5,543.46 |
| PILOT TRAVEL CEN/PILOTDRAFT/180710 | 07/11/2018 | $685.65 | | $6,522.56 |
| IRS/USATAXPYMT/071118/CCD | 07/11/2018 | $454.76 | | $7,208.21 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180715 | 07/11/2018 | $57.34 | | $7,662.97 |
| SHARE DRAFT 353 Trace # 3676440502 10 | 07/10/2018 | $911.89 | | $7,720.31 |
| SHARE DRAFT 346 Trace # 3680723058 10 | 07/10/2018 | $600.00 | | $8,632.20 |
| SHARE DRAFT 343 Trace # 3692416004 10 | 07/10/2018 | $760.00 | | $9,232.20 |
| SHARE DRAFT 352 Trace # 3654529382 09 | 07/09/2018 | $2,995.45 | | $9,992.20 |
| SHARE DRAFT 351 Trace # 3670141095 09 | 07/09/2018 | $2,830.69 | | $12,987.65 |
| T'FER TO ****25S60.1 HB | 07/09/2018 | $400.00 | | $15,818.34 |
| MIDWAY TRUCK SERVICE BETHEL PA | 07/09/2018 | $27.49 | | $16,218.34 |
| MULTIPLE DEPOSIT TR#402 - BUSINESS CHK DEP | 07/07/2018 | | $8,300.00 | $16,245.83 |
| PURCHASE [MORDER] ($800.00) (Fee $2.50) TR#1827 | 07/06/2018 | $802.50 | | $7,945.83 |
| SHARE DRAFT 347 Trace # 3649435193 06 | 07/06/2018 | $631.48 | | $8,748.33 |
| IPFS866-412-2560/IPFSPMTMDB/070618 | 07/06/2018 | $3,729.58 | | $9,379.81 |
| T'FER TO ****25S60.1 HB | 07/05/2018 | $550.00 | | $13,109.39 |
| T'FER TO ****25S60.1 HB | 07/05/2018 | $300.00 | | $13,659.39 |
| PILOT TRAVEL CEN/PILOTDRAFT/180703 | 07/05/2018 | $3,141.11 | | $13,959.39 |
| ACHMA VISB/BILL PYMNT/180704/WEB | 07/05/2018 | $394.68 | | $17,100.50 |
| IRS/USATAXPYMT/070518/CCD | 07/05/2018 | $520.00 | | $17,495.18 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180630 | 07/05/2018 | $53.57 | | $18,015.18 |
| ATM WITHDRAWAL | 07/05/2018 | $200.00 | | $18,068.75 |
| Sunrise Logistic/Vdr Pymt/070318/C | 07/03/2018 | | $6,336.00 | $18,268.75 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| TURKEY HILL #0244 Q69 READING PA | 07/03/2018 | $59.46 | | $11,932.75 |
| BERMAN FREIGHTLINER LEESPORT PA | 07/03/2018 | $49.40 | | $11,992.21 |
| SHARE DRAFT 349 | 07/02/2018 | $4,020.00 | | $12,041.61 |
| MULTIPLE DEPOSIT TR#686 - BUSINESS CHK DEP | 07/02/2018 | | $4,667.47 | $16,061.61 |
| MOE'S SW GRILL #6227 READING PA | 06/30/2018 | $34.94 | | $11,394.14 |
| SHARE DRAFT 348 Trace # 3555134020 29 | 06/29/2018 | $334.24 | | $11,429.08 |
| CHARGE FEE TR#186 | 06/29/2018 | $15.00 | | $11,763.32 |
| TRANSFER TR#186 | 06/29/2018 | $928.59 | | $11,778.32 |
| SUNOCO 0362594400 PHILADELPHIA PA | 06/28/2018 | $250.00 | | $12,706.91 |
| PILOT TRAVEL CEN/PILOTDRAFT/180626 | 06/27/2018 | $2,916.95 | | $12,956.91 |
| IRS/USATAXPYMT/062718/CCD | 06/27/2018 | $167.40 | | $15,873.86 |
| CONIFERINSUR2634/Prem 06/25/062718 | 06/27/2018 | $82.00 | | $16,041.26 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180630 | 06/27/2018 | $24.56 | | $16,123.26 |
| MULTIPLE DEPOSIT TR#300 - BUSINESS CHK DEP | 06/26/2018 | | $5,735.96 | $16,147.82 |
| Sunrise Logistic/Vdr Pymt/062618/C | 06/26/2018 | | $3,648.00 | $10,411.86 |
| T'FER TO ****25S60.1 HB | 06/26/2018 | $300.00 | | $6,763.86 |
| USPS.COM CLICKNSHIP 800-344-7779 DC | 06/26/2018 | $20.10 | | $7,063.86 |
| T'FER TO ****25S60.1 | 06/26/2018 | $3,325.62 | | $7,083.96 |
| SHARE DRAFT 341 Trace # 3486418677 25 | 06/25/2018 | $631.48 | | $10,409.58 |
| DOUBLE RUN BR/ACH Paymen/062618/PP | 06/25/2018 | | $3,713.26 | $11,041.06 |
| AUTOZONE #5295 READING PA | 06/25/2018 | $62.97 | | $7,327.80 |
| ATM WITHDRAWAL | 06/25/2018 | $300.00 | | $7,390.77 |
| T'FER TO ****25S60.1 HB | 06/25/2018 | $500.00 | | $7,690.77 |
| DIESEL SERVICE INC READING PA | 06/23/2018 | $1,518.53 | | $8,190.77 |
| CASH WITHDRAWAL | 06/22/2018 | $5,000.00 | | $9,709.30 |
| MULTIPLE DEPOSIT TR#628 - BUSINESS CHK DEP | 06/22/2018 | | $13,837.85 | $14,709.30 |
| NexTraq/PURCHASE/180622/CCD | 06/22/2018 | $286.96 | | $871.45 |
| VIVINT/VIVINT/062218/PPD | 06/22/2018 | $122.00 | | $1,158.41 |
| T'FER TO ****25S60.1 HB | 06/22/2018 | $500.00 | | $1,280.41 |
| ATM WITHDRAWAL | 06/22/2018 | $500.00 | | $1,780.41 |
| PA DRIVER & VEHICLE SERV | 06/22/2018 | $179.00 | | $2,280.41 |
| ATM WITHDRAWAL | 06/21/2018 | $400.00 | | $2,459.41 |
| BFDS/INVESTMENT/180620/PPD | 06/21/2018 | $261.02 | | $2,859.41 |
| TURKEY HILL #0244 Q69 READING PA | 06/21/2018 | $66.07 | | $3,120.43 |
| PILOT TRAVEL CEN/PILOTDRAFT/180619 | 06/20/2018 | $4,796.33 | | $3,186.50 |
| IRS/USATAXPYMT/062018/CCD | 06/20/2018 | $809.30 | | $7,982.83 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180615 | 06/20/2018 | $90.15 | | $8,792.13 |
| T'FER TO ****25S60.1 HB | 06/20/2018 | $200.00 | | $8,882.28 |
| Sunrise Logistic/Vdr Pymt/061918/C | 06/19/2018 | | $6,006.00 | $9,082.28 |
| SHARE DRAFT 340 | 06/18/2018 | $3,855.00 | | $3,076.28 |
| DOUBLE RUN BR/ACH Paymen/061918/PP | 06/18/2018 | | $5,869.29 | $6,931.28 |
| ASSOCIATED TRUCK PARTS GV | 06/18/2018 | $242.00 | | $1,061.99 |
| SHARE DRAFT 338 Trace # 3365735400 15 | 06/15/2018 | $631.48 | | $1,303.99 |
| SHARE DRAFT 339 | 06/15/2018 | $866.97 | | $1,935.47 |
| CHARGE FEE TR#20 | 06/15/2018 | $15.00 | | $2,802.44 |
| TRANSFER TR#20 | 06/15/2018 | $840.94 | | $2,817.44 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| | | |
|---|---|---|
| Report Date : | 7/14/2018 | |
| Name : | BLAKE'S TRUCKING LLC | |
| Search Filter | Transactions for Period-Last 30 Days | |

**Account : BUS EASY CHKG(***725-S60.1)**

**Summary Information**

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $202.38 | $58.38 | $0.00 |

| | |
|---|---|
| Last Credit | **$200.00 on Jul 13, 2018** |
| Last Debit | **$1,099.57 on Jul 13, 2018** |

| | |
|---|---|
| Cards Linked to Account | ********5091, ********5117 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| TFER FROM ****25S60 HB | 07/13/2018 | | $200.00 | $202.38 |
| SPIRIT AIRL 4870181559773 | 07/13/2018 | $1,099.57 | | $2.38 |
| SUNOCO 0362594400 PHILADELPHIA PA | 07/12/2018 | $304.29 | | $1,101.95 |
| TFER FROM ****25S60 HB | 07/12/2018 | | $300.00 | $1,406.24 |
| TFER FROM ****25S60 HB | 07/11/2018 | | $979.10 | $1,106.24 |
| FOLEY CARRIER SERVICES 860-815-0873 | 07/10/2018 | $510.00 | | $127.14 |
| TFER FROM ****25S60 HB | 07/09/2018 | | $400.00 | $637.14 |
| USPS.COM CLICKNSHIP 800-344-7779 DC | 07/07/2018 | $6.70 | | $237.14 |
| TA # 48 BLOOMSBURY BLOOMSBURY NJ | 07/06/2018 | $306.16 | | $243.84 |
| TFER FROM ****25S60 HB | 07/05/2018 | | $550.00 | $550.00 |
| ATM WITHDRAWAL | 07/05/2018 | $300.00 | | $0.00 |
| TFER FROM ****25S60 HB | 07/05/2018 | | $300.00 | $300.00 |
| ATM WITHDRAWAL | 06/26/2018 | $300.00 | | $0.00 |
| TFER FROM ****25S60 HB | 06/26/2018 | | $300.00 | $300.00 |
| TFER FROM ****25S60 | 06/26/2018 | | $3,325.62 | $0.00 |
| Overdraft Exception Card | 06/25/2018 | $30.00 | | ($3,325.62) |
| NEW JERSEY E-ZPASS 888-288-6865 NJ | 06/25/2018 | $500.00 | | ($3,295.62) |
| Overdraft Exception Card | 06/25/2018 | $30.00 | | ($2,795.62) |
| MATTS HEAVY DUTY MOBILE D | 06/25/2018 | $3,595.02 | | ($2,765.62) |
| TFER FROM ****25S60 HB | 06/25/2018 | | $500.00 | $829.40 |
| ATM WITHDRAWAL | 06/25/2018 | $220.00 | | $329.40 |
| PURCHASE RETURN | 06/22/2018 | | $198.58 | $549.40 |
| WAWA 8071 PLYMOUTH MEET PA | 06/22/2018 | $200.00 | | $350.82 |
| TFER FROM ****25S60 HB | 06/22/2018 | | $500.00 | $550.82 |
| INTUIT *QB ONLINE 800-286-6800 CA | 06/21/2018 | $53.00 | | $50.82 |
| WAWA 8071 PLYMOUTH MEET PA | 06/20/2018 | $250.00 | | $103.82 |
| TFER FROM ****25S60 HB | 06/20/2018 | | $200.00 | $353.82 |
| ATM WITHDRAWAL | 06/19/2018 | $100.00 | | $153.82 |