United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Debtor(s)                                    :

Blake's Trucking, LLC            : Case No.: 17-12184

                                                    :

                                                    :   CERTIFICATION OF BUSINESS DEBTOR
                                Debtor(s)                REGARDING MONTHLY REPORT


        I, Christopher  Blake being of full age and duly sworn upon
my oath, depose(s) and say(s):


1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
        July 2018.

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.


        This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.


Date:        7/31/2018                                          _____
                                                                         Debtor


Date:        7/31/2018                                          _____
                                                                         Debtor

IN THE MATTER OF:            Case No. 17-12184

Blake's Trucking LLC         PETITION FILED: 3/29/17

                            MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION         MONTH ENDED _____July_____

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ___ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand  (on filing date, or  thereafter, from prior reporting period)  1606l.6l

2. Receipts during Report Period:

    a. Salary and Commissions            10101.33

    b. Interest or Dividend Income        0.00

    c. Real Estate Rental                 0.00

    d. Other  (Describe-Schedule A)       0.00

        TOTAL RECEIPTS                             10101.33

3. Disbursements:

    a. Taxes -- IRS                       1715.86

    b. Taxes-State, including any         206.84
       sales tax due

    c. Taxes- Real Estate                 0.00

    d. Taxes- Other                       0.00

    e. Utilities                          $500

    f. Mortgage(s) or Rent(s)             $1640

    g. Insurance premiums (list type)     3729.58

    h. Food                               41.21

    i. Medical                            607.5

    j. Car loan                           $624

    k. Automobile expenses                38863.10

CASE NO. 17-12184                     MONTH ENDING July

    l.  Clothing                              0.00

    m.  Gifts – donations (Schedule B)        0.00

    n.  Tuitions (Schedule B)                 0.00

    o.  Other (Describe)                      0.00

    TOTAL DISBURSEMENTS                     47928.09

4.  Balance at end of reporting period [ (1-2) – 3]   3577.63

5.  Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
    obligations and amounts due at end of current period on Schedule C.

6.  Is all insurance paid up-to-date?     YES

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S)   Diamond  Credit Union

    BRANCH   Exeter

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE:   N/A

    BRANCH:   N/A

SCHEDULE A

  (2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. ___17-12184___          MONTH ENDING ___July___

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.


_____          ___7/31/18___
SIGNATURE OF DEBTOR(S)                  DATE

*Diamond Credit Union*

| Report Date : | 8/16/2018 |
| Name : | BLAKE'S TRUCKING LLC |
| Search Filter | Transactions for Period-Last 60 Days,Date From 07/01/2018 To 07/31/2018 |

**Account : BUS EASY CHKG(***725-S60.1)**

**Summary Information**

| Balance | Available Balance | Minimum Balance |
| --- | --- | --- |
| $193.39 | $89.89 | $0.00 |

| Last Credit | **$100.00 on Aug 16, 2018** |
| Last Debit | **$300.00 on Aug 16, 2018** |

| Cards Linked to Account | ********5091, ********5117 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
| --- | --- | --- | --- | --- |
| INTUIT *QB ONLINE 800-286-6800 CA | 07/30/2018 | $63.60 | | $972.91 |
| MULTIPLE DEPOSIT TR#606 | 07/30/2018 | | $1,000.00 | $1,036.51 |
| OASIS TRAVEL PLAZA LAUREL DE | 07/27/2018 | $300.32 | | $36.51 |
| WILBRI INC AVOCA NY | 07/26/2018 | $445.00 | | $336.83 |
| USPS.COM CLICKNSHIP 800-344-7779 DC | 07/26/2018 | $6.70 | | $781.83 |
| ANDERSEN WINDOWS-EMCO 612-264-5904 | 07/26/2018 | $58.10 | | $788.53 |
| MULTIPLE DEPOSIT TR#904 | 07/25/2018 | | $600.00 | $846.63 |
| ATM WITHDRAWAL | 07/25/2018 | $200.00 | | $246.63 |
| SUNOCO 0362594400 PHILADELPHIA PA | 07/24/2018 | $300.00 | | $446.63 |
| DAT SOLUTIONS 800-328-530 | 07/24/2018 | $34.95 | | $746.63 |
| ATM WITHDRAWAL | 07/23/2018 | $220.00 | | $781.58 |
| T'FER FROM ****25S60 HB | 07/21/2018 | | $900.00 | $1,001.58 |
| TRUCK PRO FOLCROFT PA | 07/21/2018 | $19.07 | | $101.58 |
| T'FER TO ****25S60 HB | 07/20/2018 | $150.00 | | $120.65 |
| SUNOCO 0362594400 PHILADELPHIA PA | 07/20/2018 | $252.47 | | $270.65 |
| GARDEN SPOT FRAME AND 717-2079790 | 07/19/2018 | $1,003.77 | | $523.12 |
| SPEEDWAY 06808 PHILADELPHIA PA | 07/19/2018 | $74.00 | | $1,526.89 |
| T'FER FROM ****25S60 HB | 07/18/2018 | | $1,500.00 | $1,600.89 |
| SPEEDWAY 06808 PHILADELPHIA PA | 07/18/2018 | $7.49 | | $100.89 |
| SUNOCO 0578202400 PHILADELPHIA PA | 07/17/2018 | $250.00 | | $108.38 |
| T'FER FROM ****25S60 HB | 07/17/2018 | | $300.00 | $358.38 |
| E-ZPASS MD MPC 800-950-1292 MD | 07/14/2018 | $36.00 | | $58.38 |
| E-ZPASS MD MPC 800-950-1292 MD | 07/14/2018 | $72.00 | | $94.38 |
| E-ZPASS MD MPC 800-950-1292 MD | 07/14/2018 | $36.00 | | $166.38 |
| T'FER FROM ****25S60 HB | 07/13/2018 | | $200.00 | $202.38 |
| SPIRIT AIRL 4870181559773 | 07/13/2018 | $1,099.57 | | $2.38 |
| SUNOCO 0362594400 PHILADELPHIA PA | 07/12/2018 | $304.29 | | $1,101.95 |
| T'FER FROM ****25S60 HB | 07/12/2018 | | $300.00 | $1,406.24 |
| T'FER FROM ****25S60 HB | 07/11/2018 | | $979.10 | $1,106.24 |
| FOLEY CARRIER SERVICES 860-815-0873 | 07/10/2018 | $510.00 | | $127.14 |
| T'FER FROM ****25S60 HB | 07/09/2018 | | $400.00 | $637.14 |
| USPS.COM CLICKNSHIP 800-344-7779 DC | 07/07/2018 | $6.70 | | $237.14 |
| TA # 48 BLOOMSBURY BLOOMSBURY NJ | 07/06/2018 | $306.16 | | $243.84 |
| T'FER FROM ****25S60 HB | 07/05/2018 | | $550.00 | $550.00 |

*__Diamond Credit Union__*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| ATM WITHDRAWAL | 07/05/2018 | $300.00 | | $0.00 |
| T'FER FROM ****25S60 HB | 07/05/2018 | | $300.00 | $300.00 |

*Diamond Credit Union*

| Report Date : | 8/16/2018 |
|---|---|
| Name : | BLAKE'S TRUCKING LLC |
| Search Filter | Transactions for Period-Last 60 Days,Date From 07/01/2018 To 07/31/2018 |

**Account : BUS EASY CHKG(***725-S60)**

### Summary Information

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $2,927.06 | $2,927.06 | $0.00 |

| Last Credit | **$816.00 on Aug 14, 2018** |
|---|---|
| Last Debit | **$100.00 on Aug 16, 2018** |

| MICR Routing Number | 154 |
|---|---|
| MICR Account ID(s) | 251 |
| Cards Linked to Account | ********5083, ********5109 |

### Transaction Detail

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| Sunrise Logistic/Vdr Pymt/073118/C | 07/31/2018 | | $816.00 | $3,577.63 |
| SHARE DRAFT 364 Trace # 3945770726 30 | 07/30/2018 | $932.50 | | $2,761.63 |
| SHARE DRAFT 363 Trace # 3935954018 30 | 07/30/2018 | $926.36 | | $3,694.13 |
| SHARE DRAFT 362 Trace # 3928978656 30 | 07/30/2018 | $631.48 | | $4,620.49 |
| SHARE DRAFT 361 Trace # 3939094666 30 | 07/30/2018 | $420.00 | | $5,251.97 |
| SHARE DRAFT 360 Trace # 3939094663 30 | 07/30/2018 | $533.00 | | $5,671.97 |
| PURCHASE [MORDER] ($800.00) (Fee $2.50) TR#606 | 07/30/2018 | $802.50 | | $6,204.97 |
| CASH WITHDRAWAL TR#606 | 07/30/2018 | $2,000.00 | | $7,007.47 |
| TRANSFER TR#606 | 07/30/2018 | $1,000.00 | | $9,007.47 |
| MULTIPLE DEPOSIT TR#585 - BUSINESS CHK DEP | 07/30/2018 | | $2,656.00 | $10,007.47 |
| DOUBLE RUN BR/ACH Paymen/073118/PP | 07/30/2018 | | $1,832.18 | $7,351.47 |
| Sunrise Logistic/Vdr Pymt/073018/C | 07/30/2018 | | $941.00 | $5,519.29 |
| ATM WITHDRAWAL | 07/30/2018 | $300.00 | | $4,578.29 |
| ATM WITHDRAWAL | 07/28/2018 | $300.00 | | $4,878.29 |
| TURKEY HILL #0244 Q69 READING PA | 07/27/2018 | $77.36 | | $5,178.29 |
| ELITE TIRE INTERNATIONAL ALLENTOWN | 07/26/2018 | $960.00 | | $5,255.65 |
| TRANSFER TR#904 | 07/25/2018 | $600.00 | | $6,215.65 |
| PILOT TRAVEL CEN/PILOTDRAFT/180724 | 07/25/2018 | $1,099.95 | | $6,815.65 |
| IRS/USATAXPYMT/072518/CCD | 07/25/2018 | $187.70 | | $7,915.60 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180731 | 07/25/2018 | $28.83 | | $8,103.30 |
| GL SAYRE INC CONSHOHOCKEN PA | 07/25/2018 | $1,600.00 | | $8,132.13 |
| STTC #03 READING READING PA | 07/24/2018 | $225.00 | | $9,732.13 |
| Sunrise Logistic/Vdr Pymt/072418/C | 07/24/2018 | | $939.50 | $9,957.13 |
| SHARE DRAFT 359 Trace # 3850741631 23 | 07/23/2018 | $426.66 | | $9,017.63 |
| SHARE DRAFT 358 Trace # 3859872409 23 | 07/23/2018 | $334.24 | | $9,444.29 |
| BFDS/INVESTMENT/180720/PPD | 07/23/2018 | $261.02 | | $9,778.53 |
| DOUBLE RUN BR/ACH Paymen/072418/PP | 07/23/2018 | | $5,405.42 | $10,039.55 |
| TURKEY HILL #0244 Q69 READING PA | 07/23/2018 | $69.32 | | $4,634.13 |
| ATM WITHDRAWAL | 07/23/2018 | $300.00 | | $4,703.45 |
| T'FER TO ****25S60.1 HB | 07/21/2018 | $900.00 | | $5,003.45 |
| CASH WITHDRAWAL TR#1937 | 07/20/2018 | $500.00 | | $5,903.45 |
| MULTIPLE DEPOSIT TR#1933 - BUSINESS CHK DEP | 07/20/2018 | | $5,382.90 | $6,403.45 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| MULTIPLE DEPOSIT TR#858 | 07/20/2018 | | $500.00 | $1,020.55 |
| T'FER FROM ****25S60.1 HB | 07/20/2018 | | $150.00 | $520.55 |
| T'FER TO ****25S60.1 HB | 07/18/2018 | $1,500.00 | | $370.55 |
| PILOT TRAVEL CEN/PILOTDRAFT/180717 | 07/18/2018 | $1,948.16 | | $1,870.55 |
| NexTraq/PURCHASE/180718/CCD | 07/18/2018 | $286.96 | | $3,818.71 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180715 | 07/18/2018 | $67.10 | | $4,105.67 |
| IRS/USATAXPYMT/071818/CCD | 07/18/2018 | $553.40 | | $4,172.77 |
| CONCENTRA PLYMOUTH MEET PA | 07/18/2018 | $97.50 | | $4,726.17 |
| SHARE DRAFT 342 Trace # 3789743711 17 | 07/17/2018 | $741.78 | | $4,823.67 |
| T'FER TO ****25S60.1 HB | 07/17/2018 | $300.00 | | $5,565.45 |
| SHARE DRAFT 355 Trace # 3753925718 16 | 07/16/2018 | $803.88 | | $5,865.45 |
| DOUBLE RUN BR/ACH Paymen/071718/PP | 07/16/2018 | | $3,892.25 | $6,669.33 |
| USPS KIOSK 4169309550 READING PA | 07/16/2018 | $6.70 | | $2,777.08 |
| ATM WITHDRAWAL | 07/14/2018 | $400.00 | | $2,783.78 |
| T'FER TO ****25S60.1 HB | 07/13/2018 | $200.00 | | $3,183.78 |
| SHARE DRAFT 356 Trace # 3737251189 13 | 07/13/2018 | $778.10 | | $3,383.78 |
| SHARE DRAFT 354 Trace # 3738012332 13 | 07/13/2018 | $2,603.88 | | $4,161.88 |
| SHARE DRAFT 357 | 07/13/2018 | $1,140.10 | | $6,765.76 |
| MIDWAY TRUCK SERVICE BETHEL PA | 07/13/2018 | $381.59 | | $7,905.86 |
| T'FER TO ****25S60.1 HB | 07/12/2018 | $300.00 | | $8,287.45 |
| SHARE DRAFT 345 Trace # 3728728517 12 | 07/12/2018 | $1,101.00 | | $8,587.45 |
| MULTIPLE DEPOSIT TR#767 - BUSINESS CHK DEP | 07/12/2018 | | $4,200.00 | $9,688.45 |
| TURKEY HILL #0244 Q69 READING PA | 07/12/2018 | $55.01 | | $5,488.45 |
| T'FER TO ****25S60.1 HB | 07/11/2018 | $979.10 | | $5,543.46 |
| PILOT TRAVEL CEN/PILOTDRAFT/180710 | 07/11/2018 | $685.65 | | $6,522.56 |
| IRS/USATAXPYMT/071118/CCD | 07/11/2018 | $454.76 | | $7,208.21 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180715 | 07/11/2018 | $57.34 | | $7,662.97 |
| SHARE DRAFT 353 Trace # 3676440502 10 | 07/10/2018 | $911.89 | | $7,720.31 |
| SHARE DRAFT 346 Trace # 3680723058 10 | 07/10/2018 | $600.00 | | $8,632.20 |
| SHARE DRAFT 343 Trace # 3692416004 10 | 07/10/2018 | $760.00 | | $9,232.20 |
| SHARE DRAFT 352 Trace # 3654529382 09 | 07/09/2018 | $2,995.45 | | $9,992.20 |
| SHARE DRAFT 351 Trace # 3670141095 09 | 07/09/2018 | $2,830.69 | | $12,987.65 |
| T'FER TO ****25S60.1 HB | 07/09/2018 | $400.00 | | $15,818.34 |
| MIDWAY TRUCK SERVICE BETHEL PA | 07/09/2018 | $27.49 | | $16,218.34 |
| MULTIPLE DEPOSIT TR#402 - BUSINESS CHK DEP | 07/07/2018 | | $8,300.00 | $16,245.83 |
| PURCHASE [MORDER] ($800.00) (Fee $2.50) TR#1827 | 07/06/2018 | $802.50 | | $7,945.83 |
| SHARE DRAFT 347 Trace # 3649435193 06 | 07/06/2018 | $631.48 | | $8,748.33 |
| IPFS866-412-2560/IPFSPMTMDB/070618 | 07/06/2018 | $3,729.58 | | $9,379.81 |
| T'FER TO ****25S60.1 HB | 07/05/2018 | $550.00 | | $13,109.39 |
| T'FER TO ****25S60.1 HB | 07/05/2018 | $300.00 | | $13,659.39 |
| PILOT TRAVEL CEN/PILOTDRAFT/180703 | 07/05/2018 | $3,141.11 | | $13,959.39 |
| ACHMA VISB/BILL PYMNT/180704/WEB | 07/05/2018 | $394.68 | | $17,100.50 |
| IRS/USATAXPYMT/070518/CCD | 07/05/2018 | $520.00 | | $17,495.18 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180630 | 07/05/2018 | $53.57 | | $18,015.18 |
| ATM WITHDRAWAL | 07/05/2018 | $200.00 | | $18,068.75 |
| Sunrise Logistic/Vdr Pymt/070318/C | 07/03/2018 | | $6,336.00 | $18,268.75 |
| TURKEY HILL #0244 Q69 READING PA | 07/03/2018 | $59.46 | | $11,932.75 |
| BERMAN FREIGHTLINER LEESPORT PA | 07/03/2018 | $49.40 | | $11,992.21 |
| SHARE DRAFT 349 | 07/02/2018 | $4,020.00 | | $12,041.61 |
| MULTIPLE DEPOSIT TR#686 - BUSINESS CHK DEP | 07/02/2018 | | $4,667.47 | $16,061.61 |

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Debtor(s)

Blake's Trucking, LLC        Case No.: 17-12184

Debtor(s)

CERTIFICATION OF BUSINESS DEBTOR
REGARDING MONTHLY REPORT

I, _Christopher Blake_, being of full age and duly sworn upon
my oath, depose(s) and say(s):

1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
_____August 2018_____.

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.

        This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.

Date:         8/31/2018                          
                                              Debtor

Date:         8/31/2018                          
                                              Debtor

IN THE MATTER OF:                     Case No. 17-12184

**Blake's Trucking LLC**              PETITION FILED: 3/29/17

                                      MONTHLY REPORT NO. August

DEBTOR IN POSSESSION                  MONTH ENDED        August

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) 3524.28

2. Receipts during Report Period:

   a. Salary and Commissions                    14324.34

   b. Interest or Dividend Income               N/A

   c. Real Estate Rental                        0.00

   d. Other (Describe-Schedule A)               0.00

      TOTAL RECEIPTS

                                                14324.34

3. Disbursements:

   a. Taxes – IRS                               2262.46

   b. Taxes-State, including any
      sales tax due                             231.62

   c. Taxes- Real Estate                        0.00

   d. Taxes- Other                              24.61

   e. Utilities                                 $500

   f. Mortgage(s) or Rent(s)                    0.00

   g. Insurance premiums (list type)            3724.58

   h. Food                                      108.31

   i. Medical                                   0.00

   j. Car loan                                  624

   k. Automobile expenses                       20321.78

CASE NO. _17-12184_          MONTH ENDING _August_

l. Clothing _____ 0.00

m. Gifts – donations (Schedule B) _____ 0.00

n. Tuitions (Schedule B) _____ 0.00

o. Other (Describe) _____ 0.00

TOTAL DISBURSEMENTS _____ 27797.36

4. Balance at end of reporting period [ (1-2) – 3] _____ 5294.15

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____ YES

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) _____ Diamond Credit Union

BRANCH _____ Exeter

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: _____ N/A

BRANCH: _____ N/A

SCHEDULE A

(2)(d) Other:


SCHEDULE B

Gifts – donations/Name(s) of recipient(s):


Tuition(s) list name and school(s):

CASE NO. ___17-12184___          MONTH ENDING ___August___

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          ___8/31/8___
SIGNATURE OF DEBTOR(S)                  DATE

United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debtor(s)                                    :

Blake's Trucking, LLC          : Case No.: 17-12184

                                                   :

                                                   :   CERTIFICATION OF BUSINESS DEBTOR
                    Debtor(s)           REGARDING MONTHLY REPORT


    I,  Christopher Blake , being of full age and duly sworn upon
my oath, depose(s) and say(s):


1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
_____September 2018_____.

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.


        This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.


Date:          9/30/18                                              _____
                                                                                    Debtor


Date:          9/30/18                                              _____
                                                                                    Debtor

IN THE MATTER OF:          Case No. 17-12184

Blake's Trucking LLC       PETITION FILED: 3/29/17

                           MONTHLY REPORT NO. September

DEBTOR IN POSSESSION       MONTH ENDED      September

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) 12325.00

2. Receipts during Report Period:

   a. Salary and Commissions          9121.88

   b. Interest or Dividend Income      0.00

   c. Real Estate Rental              0.00

   d. Other (Describe-Schedule A)     0.00

      TOTAL RECEIPTS                                    9121.88

3. Disbursements:

   a. Taxes -- IRS                     $1853.70

   b. Taxes-State, including any       204.81
      sales tax due

   c. Taxes- Real Estate              0.00

   d. Taxes- Other                    0.00

   e. Utilities                       $500

   f. Mortgage(s) or Rent(s)          1900

   g. Insurance premiums (list type)  8486.06

   h. Food                            10.63

   i. Medical                         0.00

   j. Car loan                        624

   k. Automobile expenses             3232.88

CASE NO. __17-12184__     MONTH ENDING __September__

    l. Clothing _____ 0.00

    m. Gifts – donations (Schedule B) _____ 0.00

    n. Tuitions (Schedule B) _____ 0.00

    o. Other (Describe) _____ N/A

TOTAL DISBURSEMENTS _____ 4,5704.08

4. Balance at end of reporting period [ ( 1-2) – 3] _____ 4267.37

5. Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____ YES

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) __Diamond Credit Union__

    BRANCH __Exeter__

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: __N/A__

    BRANCH: __N/A__

SCHEDULE A

  (2)(d)  Other:


SCHEDULE B

Gifts – donations/Name(s) of recipient(s):


Tuition(s) list name and school(s):

CASE NO. ___17-12184___                    MONTH ENDING ___September___

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____                    ___9/30/18___
SIGNATURE OF DEBTOR(S)                          DATE

*Diamond Credit Union*

| Report Date : | 10/7/2018 |
| Name : | BLAKE'S TRUCKING LLC |
| Search Filter | Transactions for Period-Last 60 Days,Date From 09/01/2018 To 09/30/2018 |

**Account : BUS EASY CHKG(***725-S60)**

**Summary Information**

| Balance | Available Balance | Minimum Balance |
| --- | --- | --- |
| $14,947.45 | $14,837.47 | $0.00 |

| | |
| --- | --- |
| Last Credit | **$6,440.00 on Oct 06, 2018** |
| Last Debit | **$250.00 on Oct 08, 2018** |

| MICR Routing Number | 231385154 |
| --- | --- |
| MICR Account ID(s) | 465337251 |
| Cards Linked to Account | ********5083, ********5109 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
| --- | --- | --- | --- | --- |
| SHARE DRAFT 402 | 09/28/2018 | $666.08 | | $4,267.37 |
| PURCHASE [MORDER] ($600.00) (Fee $2.50) TR#1704 | 09/27/2018 | $602.50 | | $4,933.45 |
| MULTIPLE DEPOSIT TR#1703 | 09/27/2018 | | $5,300.00 | $5,535.95 |
| CONIFERINSUR2634/prem 09-25/092718 | 09/27/2018 | $4,676.48 | | $235.95 |
| GL SAYRE INC CONSHOHOCKEN PA | 09/27/2018 | $1,500.00 | | $4,912.43 |
| PILOT TRAVEL CEN/PILOTDRAFT/180925 | 09/26/2018 | $3,362.26 | | $6,412.43 |
| CONIFERINSUR2634/prem 09-24/092618 | 09/26/2018 | $82.00 | | $9,774.69 |
| IRS/USATAXPYMT/092618/CCD | 09/26/2018 | $274.60 | | $9,856.69 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180930 | 09/26/2018 | $38.65 | | $10,131.29 |
| USPS KIOSK 4169309550 READING PA | 09/26/2018 | $16.70 | | $10,169.94 |
| T'FER TO ****25S60.1 HB | 09/26/2018 | $300.00 | | $10,186.64 |
| NEW JERSEY E-ZPASS 888-288-6865 NJ | 09/25/2018 | $400.00 | | $10,486.64 |
| VIVINT/VIVINT/092518/PPD | 09/25/2018 | $113.00 | | $10,886.64 |
| SHARE DRAFT 398 Trace # 4699500118 24 | 09/24/2018 | $2,240.00 | | $10,999.64 |
| SHARE DRAFT 397 Trace # 4686754024 24 | 09/24/2018 | $920.72 | | $13,239.64 |
| SHARE DRAFT 394 Trace # 4680341398 24 | 09/24/2018 | $334.24 | | $14,160.36 |
| MULTIPLE DEPOSIT TR#886 - BR40 MBRENV OVER | 09/24/2018 | | $0.20 | $14,494.60 |
| Credit One Bank/Payment/180921/WEB | 09/24/2018 | $200.00 | | $14,494.40 |
| DOUBLE RUN BR/ACH Paymen/092518/PP | 09/24/2018 | | $7,475.59 | $14,694.40 |
| ADVANCE AUTO PARTS #1559 SINKING | 09/24/2018 | $33.38 | | $7,218.81 |
| ATM WITHDRAWAL | 09/24/2018 | $400.00 | | $7,252.19 |
| ATM DEPOSIT | 09/24/2018 | | $6,962.30 | $7,652.19 |
| T'FER TO ****25S60.1 | 09/24/2018 | $45.41 | | $689.89 |
| SHARE DRAFT 393 Trace # 4666573851 21 | 09/21/2018 | $913.40 | | $735.30 |
| BFDS/INVESTMENT/180920/PPD | 09/21/2018 | $261.02 | | $1,648.70 |
| ATM DEPOSIT | 09/20/2018 | | $1,000.00 | $1,909.72 |
| PILOT TRAVEL CEN/PILOTDRAFT/180918 | 09/19/2018 | $1,317.78 | | $909.72 |
| IRS/USATAXPYMT/091918/CCD | 09/19/2018 | $632.96 | | $2,227.50 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180915 | 09/19/2018 | $70.42 | | $2,860.46 |
| T'FER TO ****25S60.1 HB | 09/18/2018 | $500.00 | | $2,930.88 |
| SHARE DRAFT 396 Trace # 4612580590 18 | 09/18/2018 | $1,477.34 | | $3,430.88 |
| SHARE DRAFT 395 Trace # 4587323340 17 | 09/17/2018 | $484.86 | | $4,908.22 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| IPFS866-412-2560/IPFSPMTMDB/091718 | 09/17/2018 | $3,729.58 | | $5,393.08 |
| DOUBLE RUN BR/ACH Paymen/091818/PP | 09/17/2018 | | $2,896.21 | $9,122.66 |
| ATM WITHDRAWAL | 09/15/2018 | $400.00 | | $6,226.45 |
| SHARE DRAFT 392 Trace # 4584210598 14 | 09/14/2018 | $482.50 | | $6,626.45 |
| DUNKIN #345126 Q35 READING PA | 09/14/2018 | $4.96 | | $7,108.95 |
| MULTIPLE DEPOSIT TR#1655 - BUSINESS CHK DEP | 09/13/2018 | | $4,756.00 | $7,113.91 |
| SHARE DRAFT 388 Trace # 4557860448 13 | 09/13/2018 | $741.78 | | $2,357.91 |
| ATM WITHDRAWAL | 09/13/2018 | $200.00 | | $3,099.69 |
| Sunrise Logistic/Vdr Pymt/091318/C | 09/13/2018 | | $760.00 | $3,299.69 |
| SHARE DRAFT 387 Trace # 4541958970 12 | 09/12/2018 | $600.00 | | $2,539.69 |
| PILOT TRAVEL CEN/PILOTDRAFT/180911 | 09/12/2018 | $2,547.45 | | $3,139.69 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180915 | 09/12/2018 | $45.21 | | $5,687.14 |
| IRS/USATAXPYMT/091218/CCD | 09/12/2018 | $329.32 | | $5,732.35 |
| T'FER TO ****25S60.1 HB | 09/12/2018 | $300.00 | | $6,061.67 |
| SHARE DRAFT 389 Trace # 4528934062 11 | 09/11/2018 | $760.00 | | $6,361.67 |
| SHARE DRAFT 386 Trace # 4526945731 11 | 09/11/2018 | $1,100.00 | | $7,121.67 |
| ATM WITHDRAWAL | 09/10/2018 | $200.00 | | $8,221.67 |
| SHARE DRAFT 390 Trace # 4485271449 10 | 09/10/2018 | $631.48 | | $8,421.67 |
| SHARE DRAFT 385 Trace # 4508990808 10 | 09/10/2018 | $2,830.69 | | $9,053.15 |
| DOUBLE RUN BR/ACH Paymen/091118/PP | 09/10/2018 | | $3,438.35 | $11,883.84 |
| Sunrise Logistic/Vdr Pymt/091018/C | 09/10/2018 | | $866.00 | $8,445.49 |
| ELITE TIRE INTERNATIONAL ALLENTOWN | 09/10/2018 | $620.00 | | $7,579.49 |
| TURKEY HILL #0244 Q69 READING PA | 09/10/2018 | $30.00 | | $8,199.49 |
| SHARE DRAFT 391 | 09/07/2018 | $678.35 | | $8,229.49 |
| MULTIPLE DEPOSIT TR#1218 - BUSINESS CHK DEP | 09/06/2018 | | $5,028.00 | $8,907.84 |
| PILOT TRAVEL CEN/PILOTDRAFT/180905 | 09/06/2018 | $2,820.01 | | $3,879.84 |
| DIESEL SERVICE INC READING PA | 09/06/2018 | $439.95 | | $6,699.85 |
| T'FER TO ****25S60.1 HB | 09/05/2018 | $600.00 | | $7,139.80 |
| Merchants Mutual/InsPremium/180904 | 09/05/2018 | $240.00 | | $7,739.80 |
| NexTraq/PURCHASE/180905/CCD | 09/05/2018 | $286.96 | | $7,979.80 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180831 | 09/05/2018 | $50.53 | | $8,266.76 |
| IRS/USATAXPYMT/090518/CCD | 09/05/2018 | $376.82 | | $8,317.29 |
| SHARE DRAFT 383 Trace # 4401517032 04 | 09/04/2018 | $810.21 | | $8,694.11 |
| SHARE DRAFT 382 Trace # 4391805308 04 | 09/04/2018 | $631.48 | | $9,504.32 |
| AUTOZONE #5295 READING PA | 09/04/2018 | $136.92 | | $10,135.80 |
| ATM WITHDRAWAL | 09/04/2018 | $200.00 | | $10,272.72 |
| USPS KIOSK 4169309550 READING PA | 09/04/2018 | $6.70 | | $10,472.72 |
| DAIRY QUEEN #11100 READING PA | 09/04/2018 | $43.08 | | $10,479.42 |
| MULTIPLE DEPOSIT TR#223 - BUSINESS CASH DEP | 09/01/2018 | | $800.00 | $10,522.50 |
| PURCHASE [MORDER] ($800.00) (Fee $2.50) TR#215 | 09/01/2018 | $802.50 | | $9,722.50 |
| CASH WITHDRAWAL TR#215 | 09/01/2018 | $1,800.00 | | $10,525.00 |
| SHARE DRAFT 0384 | 09/01/2018 | $1,655.00 | | $12,325.00 |
| T'FER TO ****25S60.1 HB | 09/01/2018 | $400.00 | | $13,980.00 |

*Diamond Credit Union*

| | |
|---|---|
| **Report Date :** | 10/7/2018 |
| **Name :** | BLAKE'S TRUCKING LLC |
| **Search Filter** | Transactions for Period-Last 60 Days,Date From 09/01/2018 To 09/30/2018 |

**Account :** BUS EASY CHKG(***725-S60.1)

**Summary Information**

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $833.69 | $470.69 | $0.00 |

| | |
|---|---|
| Last Credit | **$250.00 on Oct 08, 2018** |
| Last Debit | **$192.07 on Oct 06, 2018** |

Cards Linked to Account        ********5091, ********5117

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| CASH WITHDRAWAL TR#270 | 09/29/2018 | $200.00 | | $419.88 |
| MULTIPLE DEPOSIT TR#265 - BUSINESS CHK DEP | 09/29/2018 | | $600.00 | $619.88 |
| SHELL Service Station BELLMAWR NJ | 09/26/2018 | $280.12 | | $19.88 |
| T'FER FROM ****25S60 HB | 09/26/2018 | | $300.00 | $300.00 |
| T'FER FROM ****25S60 | 09/24/2018 | | $45.41 | $0.00 |
| INTUIT *QB ONLINE 800-286-6800 CA | 09/22/2018 | $63.60 | | ($45.41) |
| Overdraft Protection | 09/22/2018 | $28.00 | | $18.19 |
| ATM WITHDRAWAL | 09/21/2018 | $200.00 | | $46.19 |
| SUNOCO 0362594400 PHILADELPHIA PA | 09/21/2018 | $19.98 | | $246.19 |
| SUNOCO 0362594400 PHILADELPHIA PA | 09/20/2018 | $202.47 | | $266.17 |
| CIRCLE C SHOP WALTERBORO SC | 09/20/2018 | $41.99 | | $468.64 |
| T'FER FROM ****25S60 HB | 09/18/2018 | | $500.00 | $510.63 |
| SUNOCO 0362594400 PHILADELPHIA PA | 09/18/2018 | $300.00 | | $10.63 |
| T'FER FROM ****25S60 HB | 09/12/2018 | | $300.00 | $310.63 |
| SUNOCO 0362594400 PHILADELPHIA PA | 09/11/2018 | $300.00 | | $10.63 |
| DIESEL SERVICE INC 610-375-8572 PA | 09/07/2018 | $538.14 | | $310.63 |
| T'FER FROM ****25S60 HB | 09/05/2018 | | $600.00 | $848.77 |
| SUNOCO 0890432801 NORRISTOWN PA | 09/01/2018 | $200.00 | | $248.77 |
| T'FER FROM ****25S60 HB | 09/01/2018 | | $400.00 | $448.77 |

*Diamond Credit Union*

| | |
|---|---|
| **Report Date :** | 10/7/2018 |
| **Name :** | BLAKE'S TRUCKING LLC |
| **Search Filter** | Transactions for Period-Last 90 Days,Date From 08/01/2018 To 08/31/2018 |

**Account : BUS EASY CHKG(***725-S60)**

**Summary Information**

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $14,947.45 | $14,837.47 | $0.00 |

| | |
|---|---|
| Last Credit | **$6,440.00 on Oct 06, 2018** |
| Last Debit | **$250.00 on Oct 08, 2018** |

| | |
|---|---|
| MICR Routing Number | 231385154 |
| MICR Account ID(s) | 465337251 |
| Cards Linked to Account | ********5083, ********5109 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| DOUBLE RUN BR/ACH Paymen/090418/PP | 08/31/2018 | | $5,274.15 | $14,380.00 |
| MULTIPLE DEPOSIT TR#714 - BUSINESS CHK DEP | 08/31/2018 | | $1,044.00 | $9,105.85 |
| SHARE DRAFT 381 Trace # 4371541447 30 | 08/30/2018 | $1,010.89 | | $8,061.85 |
| SHARE DRAFT 380 Trace # 4371543006 30 | 08/30/2018 | $462.69 | | $9,072.74 |
| PILOT TRAVEL CEN/PILOTDRAFT/180828 | 08/29/2018 | $1,244.54 | | $9,535.43 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180831 | 08/29/2018 | $57.61 | | $10,779.97 |
| IRS/USATAXPYMT/082918/CCD | 08/29/2018 | $458.10 | | $10,837.58 |
| VIVINT/VIVINT/082818/PPD | 08/28/2018 | $70.00 | | $11,295.68 |
| ACHMA VISB/BILL PYMNT/180827/WEB | 08/28/2018 | $195.00 | | $11,365.68 |
| Sunrise Logistic/Vdr Pymt/082818/C | 08/28/2018 | | $1,576.00 | $11,560.68 |
| T'FER TO ****25S60.1 HB | 08/28/2018 | $300.00 | | $9,984.68 |
| SHARE DRAFT 379 Trace # 4314396615 27 | 08/27/2018 | $1,067.75 | | $10,284.68 |
| SHARE DRAFT 378 Trace # 4306949070 27 | 08/27/2018 | $437.50 | | $11,352.43 |
| SHARE DRAFT 377 Trace # 4306949071 27 | 08/27/2018 | $631.48 | | $11,789.93 |
| DOUBLE RUN BR/ACH Paymen/082818/PP | 08/27/2018 | | $4,841.49 | $12,421.41 |
| T'FER TO ****25S60.1 HB | 08/25/2018 | $500.00 | | $7,579.92 |
| T'FER TO ****25S60.1 HB | 08/24/2018 | $300.00 | | $8,079.92 |
| Sunrise Logistic/Vdr Pymt/082418/C | 08/24/2018 | | $1,442.00 | $8,379.92 |
| T'FER TO ****25S60.1 HB | 08/24/2018 | $500.00 | | $6,937.92 |
| SHARE DRAFT 376 Trace # 4282704453 23 | 08/23/2018 | $1,650.00 | | $7,437.92 |
| T'FER TO ****25S60.1 HB | 08/23/2018 | $400.00 | | $9,087.92 |
| MULTIPLE DEPOSIT TR#1206 - BUSINESS CHK DEP | 08/22/2018 | | $9,688.00 | $9,487.92 |
| Overdraft Protection For Check No. 372 | 08/22/2018 | $28.00 | | ($200.08) |
| SHARE DRAFT 372 Trace # 4263995145 22 | 08/22/2018 | $120.00 | | ($172.08) |
| Overdraft Protection | 08/22/2018 | $28.00 | | ($52.08) |
| PILOT TRAVEL CEN/PILOTDRAFT/180821 | 08/22/2018 | $2,937.98 | | ($24.08) |
| IRS/USATAXPYMT/082218/CCD | 08/22/2018 | $531.64 | | $2,913.90 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180831 | 08/22/2018 | $65.34 | | $3,445.54 |
| ATM DEPOSIT | 08/22/2018 | | $400.00 | $3,510.88 |
| ATM DEPOSIT | 08/22/2018 | | $500.00 | $3,110.88 |
| ATM DEPOSIT | 08/22/2018 | | $100.00 | $2,610.88 |
| T'FER TO ****25S60.1 HB | 08/22/2018 | $100.00 | | $2,510.88 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| SHARE DRAFT 375 Trace # 4255512780 21 | 08/21/2018 | $1,320.00 | | $2,610.88 |
| SHARE DRAFT 374 Trace # 4240499157 21 | 08/21/2018 | $1,102.43 | | $3,930.88 |
| BFDS/INVESTMENT/180820/PPD | 08/21/2018 | $261.02 | | $5,033.31 |
| SHARE DRAFT 373 Trace # 4217865703 20 | 08/20/2018 | $778.10 | | $5,294.33 |
| SHARE DRAFT 371 Trace # 4220296722 20 | 08/20/2018 | $600.00 | | $6,072.43 |
| UNEMP COMP EFT/PADLIUCCON/010731/C | 08/20/2018 | $24.61 | | $6,672.43 |
| DOUBLE RUN BR/ACH Paymen/082118/PP | 08/20/2018 | | $3,769.98 | $6,697.04 |
| T'FER TO ****25S60.1 HB | 08/16/2018 | $100.00 | | $2,927.06 |
| T'FER TO ****25S60.1 HB | 08/16/2018 | $350.00 | | $3,027.06 |
| PILOT TRAVEL CEN/PILOTDRAFT/180814 | 08/15/2018 | $2,219.73 | | $3,377.06 |
| IRS/USATAXPYMT/081518/CCD | 08/15/2018 | $407.72 | | $5,596.79 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180815 | 08/15/2018 | $53.52 | | $6,004.51 |
| Sunrise Logistic/Vdr Pymt/081418/C | 08/14/2018 | | $816.00 | $6,058.03 |
| SHARE DRAFT 370 Trace # 4144423176 13 | 08/13/2018 | $865.00 | | $5,242.03 |
| SHARE DRAFT 369 Trace # 4130567844 13 | 08/13/2018 | $880.14 | | $6,107.03 |
| SHARE DRAFT 368 Trace # 4125525479 13 | 08/13/2018 | $631.48 | | $6,987.17 |
| DOUBLE RUN BR/ACH Paymen/081418/PP | 08/13/2018 | | $4,217.70 | $7,618.65 |
| ATM WITHDRAWAL | 08/13/2018 | $200.00 | | $3,400.95 |
| ROCCO'S BRICK OVEN PIZZER | 08/11/2018 | $9.05 | | $3,600.95 |
| T'FER TO ****25S60.1 HB | 08/10/2018 | $600.00 | | $3,610.00 |
| Sunrise Logistic/Vdr Pymt/081018/C | 08/10/2018 | | $720.00 | $4,210.00 |
| T'FER TO ****25S60.1 HB | 08/09/2018 | $300.00 | | $3,490.00 |
| IPFS866-412-2560/IPFSPMTMDB/080818 | 08/08/2018 | $3,729.58 | | $3,790.00 |
| PILOT TRAVEL CEN/PILOTDRAFT/180807 | 08/08/2018 | $2,408.65 | | $7,519.58 |
| IRS/USATAXPYMT/080818/CCD | 08/08/2018 | $459.10 | | $9,928.23 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180815 | 08/08/2018 | $59.41 | | $10,387.33 |
| Sunrise Logistic/Vdr Pymt/080818/C | 08/08/2018 | | $1,732.00 | $10,446.74 |
| MULTIPLE DEPOSIT TR#1012 | 08/07/2018 | | $2,088.00 | $8,714.74 |
| SHARE DRAFT 367 Trace # 4066052679 07 | 08/07/2018 | $970.00 | | $6,626.74 |
| FREIGHTLINER OF HARRISBUR | 08/06/2018 | $81.58 | | $7,596.74 |
| SHARE DRAFT 365 Trace # 4022341440 06 | 08/06/2018 | $778.10 | | $7,678.32 |
| DOUBLE RUN BR/ACH Paymen/080718/PP | 08/06/2018 | | $4,323.22 | $8,456.42 |
| AUTOZONE #5295 READING PA | 08/06/2018 | $98.23 | | $4,133.20 |
| ATM WITHDRAWAL | 08/06/2018 | $340.00 | | $4,231.43 |
| ASSOCIATED TRUCK PARTS GV | 08/06/2018 | $74.70 | | $4,571.43 |
| SHARE DRAFT 366 | 08/04/2018 | $975.14 | | $4,646.13 |
| MULTIPLE DEPOSIT TR#2081 - BUSINESS CHK DEP | 08/03/2018 | | $1,336.16 | $5,621.27 |
| MULTIPLE DEPOSIT TR#1771 - BUSINESS CHK DEP | 08/03/2018 | | $2,632.00 | $4,285.11 |
| ASSOCIATED TRUCK PARTS GV | 08/02/2018 | $51.60 | | $1,653.11 |
| PILOT TRAVEL CEN/PILOTDRAFT/180731 | 08/01/2018 | $1,413.67 | | $1,704.71 |
| IRS/USATAXPYMT/080118/CCD | 08/01/2018 | $405.90 | | $3,118.38 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180731 | 08/01/2018 | $53.35 | | $3,524.28 |

*Diamond Credit Union*

| | | |
|---|---|---|
| Report Date : | 10/7/2018 | |
| Name : | BLAKE'S TRUCKING LLC | |
| Search Filter | Transactions for Period-Last 90 Days,Date From 08/01/2018 To 08/31/2018 | |

**Account :** BUS EASY CHKG(***725-S60.1)

**Summary Information**

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $833.69 | $470.69 | $0.00 |

| | |
|---|---|
| Last Credit | **$250.00** on Oct 08, 2018 |
| Last Debit | **$192.07** on Oct 06, 2018 |

Cards Linked to Account        ********5091, ********5117

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| BLUE GRAY TOWING AND REP 3017396961 | 08/29/2018 | $603.00 | | $48.77 |
| ROYAL FARMS 105 Q79 NELSONIA VA | 08/28/2018 | $87.16 | | $651.77 |
| T'FER FROM ****25S60 HB | 08/28/2018 | | $300.00 | $738.93 |
| USPS.COM CLICKNSHIP 800-344-7779 DC | 08/28/2018 | $6.70 | | $438.93 |
| WM SUPERCENTER # EAST LAMPETER PA | 08/27/2018 | $27.25 | | $445.63 |
| ATM WITHDRAWAL | 08/27/2018 | $241.75 | | $472.88 |
| T'FER FROM ****25S60 HB | 08/25/2018 | | $500.00 | $714.63 |
| PTC EZ PASS CSC state.pa.us PA | 08/25/2018 | $561.19 | | $214.63 |
| T'FER FROM ****25S60 HB | 08/24/2018 | | $300.00 | $775.82 |
| ATM WITHDRAWAL | 08/24/2018 | $140.00 | | $475.82 |
| T'FER FROM ****25S60 HB | 08/24/2018 | | $500.00 | $615.82 |
| SUNOCO 0362594400 PHILADELPHIA PA | 08/23/2018 | $302.47 | | $115.82 |
| T'FER FROM ****25S60 HB | 08/23/2018 | | $400.00 | $418.29 |
| T'FER FROM ****25S60 HB | 08/22/2018 | | $100.00 | $18.29 |
| INTUIT *QB ONLINE 800-286-6800 CA | 08/21/2018 | $63.60 | | ($81.71) |
| Overdraft Protection | 08/21/2018 | $28.00 | | ($18.11) |
| NEW JERSEY E-ZPASS 888-288-6865 NJ | 08/18/2018 | $80.00 | | $9.89 |
| PHILLY PA RED LIGHT 484-8891744 PA | 08/17/2018 | $103.50 | | $89.89 |
| T'FER FROM ****25S60 HB | 08/16/2018 | | $100.00 | $193.39 |
| SUNOCO 0362594400 PHILADELPHIA PA | 08/16/2018 | $300.00 | | $93.39 |
| T'FER FROM ****25S60 HB | 08/16/2018 | | $350.00 | $393.39 |
| ATM WITHDRAWAL | 08/14/2018 | $200.00 | | $43.39 |
| USPS.COM CLICKNSHIP 800-344-7779 DC | 08/14/2018 | $6.70 | | $243.39 |
| WM SUPERCENTER # EAST LAMPETER PA | 08/13/2018 | $13.32 | | $250.09 |
| PENNFLEET CORP 610-9401507 PA | 08/13/2018 | $418.46 | | $263.41 |
| T'FER FROM ****25S60 HB | 08/10/2018 | | $600.00 | $681.87 |
| SPEEDWAY 06808 PHILADELPHIA PA | 08/10/2018 | $200.00 | | $81.87 |
| ATM WITHDRAWAL | 08/10/2018 | $200.00 | | $281.87 |
| T'FER FROM ****25S60 HB | 08/09/2018 | | $300.00 | $481.87 |
| TRANSFER TR#1012 | 08/07/2018 | $2,088.00 | | $181.87 |
| MULTIPLE DEPOSIT TR#1009 - BUSINESS CHK DEP | 08/07/2018 | | $2,088.00 | $2,269.87 |
| ATM WITHDRAWAL | 08/06/2018 | $200.00 | | $181.87 |
| DAT SOLUTIONS 800-328-530 | 08/06/2018 | $31.57 | | $381.87 |
| SPEEDWAY 06808 PHILADELPHIA PA | 08/03/2018 | $250.00 | | $413.44 |

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| WAL-MART #5384 BRIDGETON NJ | 08/02/2018 | $9.47 | | $663.44 |
| TURKEY HILL #308 BIRDSBORO PA | 08/01/2018 | $200.00 | | $672.91 |
| TURKEY HILL #308 BIRDSBORO PA | 08/01/2018 | $100.00 | | $872.91 |

Diamond Credit Union 2014 - 2017