# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Christopher E. Blake, t/a Blake's Trucking, LLC | : | Bankruptcy Case# 17-12184-ref |
| And Mitizene D. Lindo-Blake | : | |

## **ORDER**

AND NOW, it is hereby ORDERED and DECREED that relief from stay is GRANTED and Movant may proceed with all available state court remedies to gain possession of the collateral.

**Date: March 26, 2019**

BY THE COURT:

_____
Richard E. Fehling, U.S.B.J.