United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christopher E. Blake
Mitizene D Lindo-Blake
    Debtors

Case No. 17-12184-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 2     Date Rcvd: Mar 26, 2019
                   Form ID: pdf900     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.
```
db/jdb         +Christopher E. Blake,    Mitizene D Lindo-Blake,    133 Constitution Ave.,
                 Reading, PA 19606-9410
cr              Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr             +Federal Home Loan Mortgage Corp,    c/o Shellpoint Mortgage Servicing,    PO BOX 10826,
                 GREENVILLE, SC 29603-0826
cr             +JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Columbus, OH 43219-6009
cr             +Stearns Bank N.A.,    Pam Loehr-Collection Specialist,    Stearns Bank Equipment Finance Division,
                 500 13th Street, PO Box 750,    Albany, MN 56307-0750
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 27 2019 02:45:31
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 27 2019 02:45:50
                 Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 02:45:30      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 3
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:
```
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              HOWARD   GERSHMAN    on behalf of Creditor    PACCAR Financial Corp. hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              HOWARD   GERSHMAN    on behalf of Defendant    Paccar Financial Corp. hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Christopher E. Blake jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Christopher E. Blake jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor    Blake's Trucking, LLC jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Mitizene D Lindo-Blake jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Mitizene D Lindo-Blake jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              LESLIE J. RASE    on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com,
               lerase@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2            Date Rcvd: Mar 26, 2019
                              Form ID: pdf900         Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         NATHALIE PAUL    on behalf of Creditor    CIT Technology Financing Services, Inc. npaul@weltman.com, PitEcf@weltman.com
         RICHARD W. KEIFER, III    on behalf of Creditor    Navitas Credit Corp. f/k/a Navitas Lease Corp. rkeifer@keiferlaw.com
         SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                         TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Christopher E. Blake, t/a Blake's Trucking, LLC | : | Bankruptcy Case# 17-12184-ref |
| And Mitizene D. Lindo-Blake | : | |

## **ORDER**

AND NOW, it is hereby ORDERED and DECREED that relief from stay is GRANTED and Movant may proceed with all available state court remedies to gain possession of the collateral.

**Date: March 26, 2019**

BY THE COURT:

_____
Richard E. Fehling, U.S.B.J.