United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debtor(s)

**Blake's Trucking, LLC**                    : Case No.: 17-12184

                                             :

                                             :    CERTIFICATION OF BUSINESS DEBTOR
                    Debtor(s)                 :    REGARDING MONTHLY REPORT

        I, _Christopher Blake_, being of full age and duly sworn upon
my oath, depose(s) and say(s):

1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
    _October_

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.


        This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.


Date: _____   10|31|18
                                           _____
                                              Debtor


Date: _____   10|31|18
                                           _____
                                              Debtor

IN THE MATTER OF:          Case No. 17-12184

Blake's Trucking LLC       PETITION FILED: 3/29/17

                           MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION       MONTH ENDED   October

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

<u>CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS</u>

1. Cash on Hand  (on filing date, or thereafter, from prior reporting period) $4067.37

2. Receipts during Report Period:

    a. Salary and Commissions            $7314.57

    b. Interest or Dividend Income        $0.00

    c. Real Estate Rental                 $0.00

    d. Other  (Describe-Schedule A)       $0.00

          TOTAL RECEIPTS                              $7314.57

3. Disbursements:

    a. Taxes -- IRS                       $1828.94

    b. Taxes-State, including any         $237.17
       sales tax due

    c. Taxes- Real Estate                 $0.00

    d. Taxes- Other                       $0.00

    e. Utilities                          $400

    f. Mortgage(s) or Rent(s)             $0.00

    g. Insurance premiums (list type)     $3989.54

    h. Food                               $124.36

    i. Medical                            $0.00

    j. Car loan                           $1224

    k. Automobile expenses                $22568.94

CASE NO. _17-12184_                MONTH ENDING _October_

    l. Clothing _____ $0.00

    m. Gifts -- donations (Schedule B) _____ $0.00

    n. Tuitions (Schedule B) _____ $0.00

    o. Other (Describe) _____ $0.00

TOTAL DISBURSEMENTS _____ $30372.95

4. Balance at end of reporting period [ (1-2) -- 3] $5869.54

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding
    obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____ YES

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) _Diamond Credit Union_

    BRANCH _____ Exeter

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____ N/A

    BRANCH: _____ N/A

SCHEDULE A

(2)(d) Other: _____ N/A

SCHEDULE B

Gifts -- donations/Name(s) of recipient(s): _____ N/A

Tuition(s) list name and school(s): _____ N/A

CASE NO. _17-12184_          MONTH ENDING _October_

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          _10/31/18_
SIGNATURE OF DEBTOR(S)             DATE

United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debtor(s)

Blake's Trucking, LLC    :    Case No.: 17-12184

                         :

                         :    CERTIFICATION OF BUSINESS DEBTOR
            Debtor(s)         REGARDING MONTHLY REPORT

I, _____Christopher Blake_____, being of full age and duly sworn upon
my oath, depose(s) and say(s):

1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
    _____November_____.

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.


        This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.


Date: _____    11/30/18
                                            _____
                                                Debtor


Date: _____    11/30/18
                                            _____
                                                Debtor

IN THE MATTER OF:          Case No. 17-12184

Blake's Trucking LLC.      PETITION FILED: 3/29/17

                           MONTHLY REPORT NO. November

DEBTOR IN POSSESSION       MONTH ENDED    November

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

<u>CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS</u>

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) $5731.13

2. Receipts during Report Period:

   a. Salary and Commissions .................. $5694.42

   b. Interest or Dividend Income          $0.00

   c. Real Estate Rental                   $0.00

   d. Other (Describe-Schedule A)          $0.00

      TOTAL RECEIPTS                            $5694.42

3. Disbursements:

   a. Taxes -- IRS                         $673.52

   b. Taxes-State, including any           $98.62
      sales tax due

   c. Taxes- Real Estate                   $0.00

   d. Taxes- Other                         $138.41

   e. Utilities                            $400

   f. Mortgage(s) or Rent(s)               $5220.08

   g. Insurance premiums (list type)       $3909.58

   h. Food                                 $25.97

   i. Medical                              $0.00

   j. Car loan                             $624

   k. Automobile expenses                  $19353.76

CASE NO. _17-12184_          MONTH ENDING _November_

l. Clothing _____ 0.00

m. Gifts – donations (Schedule B) _____ 0.00

n. Tuitions (Schedule B) _____ 0.00

o. Other (Describe) _____ 0.00

TOTAL DISBURSEMENTS _$30443.94_

4. Balance at end of reporting period [ (1-2) – 3] _____ 12105.80

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _YES_

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) _Diamond Credit Union_

BRANCH _Exeter_

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: _N/A_

BRANCH: _N/A_

SCHEDULE A

(2)(d)  Other:

N/A

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

N/A

Tuition(s) list name and school(s):

N/A

CASE NO. _17-12184_                    MONTH ENDING _November_

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____
SIGNATURE OF DEBTOR(S)

_11/30/18_
DATE

United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debtor(s)

**Blake's Trucking, LLC** : Case No.: **17-12184**

: CERTIFICATION OF BUSINESS DEBTOR
Debtor(s)          REGARDING MONTHLY REPORT

I, **Christopher Blake**, being of full age and duly sworn upon
my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of
**December**.

3. All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.

Date:    **12/31/18**                                    _____
                                                                        Debtor

Date:    **12/31/18**                                    _____
                                                                        Debtor

IN THE MATTER OF:                    Case No. 17-12184

Blake's Trucking LLC        PETITION FILED: 3/29/17

                                     MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION        MONTH ENDED   December

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ____ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) $1647.30

2. Receipts during Report Period:

   a. Salary and Commissions               $4758.06

   b. Interest or Dividend Income          0.00

   c. Real Estate Rental                   0.00

   d. Other (Describe-Schedule A)          0.00

      TOTAL RECEIPTS                       4758.06

3. Disbursements:

   a. Taxes -- IRS                         $610.44

   b. Taxes-State, including any           $90.18
      sales tax due

   c. Taxes- Real Estate                   0.00

   d. Taxes- Other                         0.00

   e. Utilities                            $500

   f. Mortgage(s) or Rent(s)               $2000

   g. Insurance premiums (list type)       $3871.56

   h. Food                                 0.00

   i. Medical                              0.00

   j. Car loan                             $624

   k. Automobile expenses                  $9009.49

CASE NO. 17-12184                    MONTH ENDING December

    l. Clothing _____ 0.00

    m. Gifts – donations (Schedule B) _____ 0.00

    n. Tuitions (Schedule B) _____ 0.00

    o. Other (Describe) _____ 0.00

    TOTAL DISBURSEMENTS _____ 21463.73

4. Balance at end of reporting period [ (1-2) – 3]  7199.99

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? ___ YES ___

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) Diamond Credit Union

    BRANCH _____ Exeter

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: ___ N/A ___

    BRANCH: ___ N/A ___

SCHEDULE A

(2)(d)  Other:

    N/A

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

    N/A

Tuition(s) list name and school(s):

    N/A

CASE NO. ___17-12184___         MONTH ENDING ___December___

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

N/A

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____        ___12/31/18___
SIGNATURE OF DEBTOR(S)              DATE

United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debtor(s)

Blake's Trucking, LLC                          : Case No.: 17-12184

                                               :

                                               : CERTIFICATION OF BUSINESS DEBTOR
          Debtor(s)                              REGARDING MONTHLY REPORT

I, Christopher Blake, being of full age and duly sworn upon
my oath, depose(s) and say(s):

1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
    January.

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.


      This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.



Date:  1/31/19                                                    
                                                                  Debtor


Date:  1/31/19                                                    
                                                                  Debtor

IN THE MATTER OF:                    Case No. 17-12184

Blake's Trucking LLC                 PETITION FILED: 3/29/17

                                     MONTHLY REPORT NO. January

DEBTOR IN POSSESSION                 MONTH ENDED  January

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

<u>CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS</u>

1. Cash on Hand  (on filing date, or thereafter, from prior reporting period) $6899.99

2. Receipts during Report Period:

    a.  Salary and Commissions      $4568.2

    b.  Interest or Dividend Income      0.00

    c.  Real Estate Rental      0.00

    d.  Other  (Describe-Schedule A)      $0.00

        TOTAL RECEIPTS      $4568.2

3. Disbursements:

    a.  Taxes -- IRS      $686.02

    b.  Taxes-State, including any      $105.15
        sales tax due

    c.  Taxes- Real Estate      0.00

    d.  Taxes- Other      $36.19

    e.  Utilities      $500

    f.  Mortgage(s) or Rent(s)      $0.00

    g.  Insurance premiums (list type)      $8791.05

    h.  Food      $5.00

    i.  Medical      0.00

    j.  Car loan      $624

    k.  Automobile expenses      $7200.32

CASE NO. __17-12184__                    MONTH ENDING __January__

l. Clothing _____ _0.00_

m. Gifts -- donations (Schedule B) _0.00_

n. Tuitions (Schedule B) _____ _0.00_

o. Other (Describe) _____ _0.00_

TOTAL DISBURSEMENTS _$32840.93_

4. Balance at end of reporting period [ (1-2) -- 3] _$4973.97_

5. Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____YES_____

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) __ _Diamond Credit Union_

BRANCH _____ _____ _Exeter_

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: _____ _N/A_

BRANCH: _____ _N/A_

SCHEDULE A

(2)(d)  Other:



SCHEDULE B

Gifts -- donations/Name(s) of recipient(s):

N/A

Tuition(s) list name and school(s):

N/A

CASE NO. _17-12184_          MONTH ENDING _January_

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

N/A

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          _1/31/19_____
SIGNATURE OF DEBTOR(S)           DATE

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Debtor(s)

Blake's Trucking, LLC          : Case No.: 17-12184

                                              :

                                              :   CERTIFICATION OF BUSINESS DEBTOR
          Debtor(s)              REGARDING MONTHLY REPORT

     I, _Christopher Blake_ , being of full age and duly sworn upon
my oath, depose(s) and say(s):

1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
_February_ .

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.

    This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.

Date:  _2/28/19_ _____
                                              Debtor

Date:  _2/28/19_ _____
                                              Debtor

IN THE MATTER OF:                        Case No. 17-12184

Blake's Trucking LLC                     PETITION FILED: 3/29/17

                                         MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION                     MONTH ENDED  February

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) $27797

2. Receipts during Report Period:

   a. Salary and Commissions              $2415.95

   b. Interest or Dividend Income         0.00

   c. Real Estate Rental                  0.00

   d. Other (Describe-Schedule A)         0.00

      TOTAL RECEIPTS                          $2415.95

3. Disbursements:

   a. Taxes -- IRS                        $641.86

   b. Taxes-State, including any          $200.94
      sales tax due

   c. Taxes- Real Estate                  0.00

   d. Taxes- Other                        8.31

   e. Utilities                           $500

   f. Mortgage(s) or Rent(s)              $2000

   g. Insurance premiums (list type)      $3962-43

   h. Food                                0.00

   i. Medical                             0.00

   j. Car loan                            $624

   k. Automobile expenses                 $8200.84

CASE NO. 17-12184          MONTH ENDING February

    l.  Clothing                      0.00

    m.  Gifts – donations (Schedule B)     0.00

    n.  Tuitions (Schedule B)          0.00

    o.  Other (Describe)             0.00

TOTAL DISBURSEMENTS      $18 554.33

4.  Balance at end of reporting period [ (1-2) – 3]  $7 298.78

5.  Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6.  Is all insurance paid up-to-date? _____ YES

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) _____ Diamond Credit Union

    BRANCH _____ Exeter

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____ N/A

    BRANCH: _____ N/A

SCHEDULE A

(2)(d)  Other:

    N/A

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

    N/A

Tuition(s) list name and school(s):

    N/A

CASE NO. ___17 - 12184___          MONTH ENDING __February__

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

N/A

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          ___2/28/19___
SIGNATURE OF DEBTOR(S)                         DATE

*Diamond Credit Union*

| | |
|---|---|
| **Report Date :** | 3/24/2019 |
| **Name :** | BLAKE'S TRUCKING LLC |
| **Search Filter** | Transactions for Period-Last 90 Days,Date From 01/01/2019 To 01/31/2019 |

**Account :** BUS EASY CHKG(***725-S60.1)

**Summary Information**

| **Balance** | **Available Balance** | **Minimum Balance** |
|---|---|---|
| $251.29 | $60.42 | $0.00 |

| | |
|---|---|
| Last Credit | **$250.00 on Mar 25, 2019** |
| Last Debit | **$63.60 on Mar 22, 2019** |

| | |
|---|---|
| Cards Linked to Account | ********5091, ********5117 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| WAL-MART #2334 LANCASTER PA | 01/31/2019 | $6.30 | | $125.54 |
| DAT SOLUTIONS 800-328-530 | 01/26/2019 | $34.95 | | $131.84 |
| TFER FROM ****25S60 HB | 01/25/2019 | | $150.00 | $166.79 |
| SUNOCO 0362594400 PHILADELPHIA PA | 01/24/2019 | $302.57 | | $16.79 |
| TFER FROM ****25S60 HB | 01/24/2019 | | $300.00 | $319.36 |
| ATM WITHDRAWAL | 01/22/2019 | $31.75 | | $19.36 |
| INTUIT *QB ONLINE 800-286-6800 CA | 01/22/2019 | $63.60 | | $51.11 |
| CONIFER HOLDING INC 248-262-5406 MI | 01/22/2019 | $375.00 | | $114.71 |
| TFER FROM ****25S60 HB | 01/21/2019 | | $300.00 | $489.71 |
| SUNOCO 0362594400 PHILADELPHIA PA | 01/18/2019 | $300.00 | | $189.71 |
| TFER FROM ****25S60 HB | 01/17/2019 | | $200.00 | $489.71 |
| SUNOCO 0362594400 PHILADELPHIA PA | 01/11/2019 | $304.57 | | $289.71 |
| TFER FROM ****25S60 HB | 01/11/2019 | | $500.00 | $594.28 |
| ATM WITHDRAWAL | 01/09/2019 | $31.75 | | $94.28 |
| NEW JERSEY E-ZPASS 888-288-6865 NJ | 01/07/2019 | $200.00 | | $126.03 |
| TFER FROM ****25S60 HB | 01/05/2019 | | $200.00 | $326.03 |
| TA BRUNSWICK #258 BRUNSWICK GA | 01/05/2019 | $27.81 | | $126.03 |
| PTC EZ PASS CSC state.pa.us PA | 01/05/2019 | $374.12 | | $153.84 |
| TFER FROM ****25S60 HB | 01/04/2019 | | $200.00 | $527.96 |
| SUNOCO 0362594400 PHILADELPHIA PA | 01/04/2019 | $306.47 | | $327.96 |
| TFER FROM ****25S60 HB | 01/04/2019 | | $300.00 | $634.43 |
| TFER FROM ****25S60 HB | 01/02/2019 | | $300.00 | $334.43 |

*Diamond Credit Union*

| | | |
|---|---|---|
| Report Date : | 3/24/2019 | |
| Name : | BLAKE'S TRUCKING LLC | |
| Search Filter | Transactions for Period-Last 90 Days,Date From 01/01/2019 To 01/31/2019 | |

**Account** : BUS EASY CHKG(***725-S60)

**Summary Information**

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $20,811.80 | $20,540.16 | $0.00 |

| | |
|---|---|
| Last Credit | **$13,240.50 on Mar 22, 2019** |
| Last Debit | **$250.00 on Mar 25, 2019** |

| | |
|---|---|
| MICR Routing Number | 231385154 |
| MICR Account ID(s) | 7251 |
| Cards Linked to Account | ********5083, ********5109 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| PURCHASE [MORDER] ($800.00) (Fee $2.50) TR#1602 | 01/31/2019 | $802.50 | | $4,973.97 |
| PURCHASE [MORDER] ($800.00) (Fee $2.50) TR#1602 | 01/31/2019 | $802.50 | | $5,776.47 |
| CASH WITHDRAWAL TR#1602 | 01/31/2019 | $2,100.00 | | $6,578.97 |
| SHARE DRAFT 445 Trace # 6407697647 31 | 01/31/2019 | $631.48 | | $8,678.97 |
| PILOT TRAVEL CEN/PILOTDRAFT/190129 | 01/30/2019 | $635.78 | | $9,310.45 |
| COMMWLTHOFPA INT/PAEMPLOYTX/190131 | 01/30/2019 | $30.70 | | $9,946.23 |
| IRS/USATAXPYMT/013019/CCD | 01/30/2019 | $222.00 | | $9,976.93 |
| SHARE DRAFT 444 Trace # 6337855284 28 | 01/28/2019 | $778.10 | | $10,198.93 |
| MULTIPLE DEPOSIT TR#2317 | 01/25/2019 | | $10,038.50 | $10,977.03 |
| TFER TO ****25S60.1 HB | 01/25/2019 | $150.00 | | $938.53 |
| TFER TO ****25S60.1 HB | 01/24/2019 | $300.00 | | $1,088.53 |
| WHITE PINE INSUR/INS PREMIU/190121 | 01/24/2019 | $4,686.47 | | $1,388.53 |
| BFDS/INVESTMENT/190123/PPD | 01/24/2019 | $422.61 | | $6,075.00 |
| PILOT TRAVEL CEN/PILOTDRAFT/190122 | 01/23/2019 | $1,265.57 | | $6,497.61 |
| Credit One Bank/Payment/190120/WEB | 01/23/2019 | $200.00 | | $7,763.18 |
| COMMWLTHOFPA INT/PAEMPLOYTX/190131 | 01/23/2019 | $12.28 | | $7,963.18 |
| IRS/USATAXPYMT/012319/CCD | 01/23/2019 | $61.20 | | $7,975.46 |
| Sunrise Logistic/Vdr Pymt/012319/C | 01/22/2019 | | $2,304.00 | $8,036.66 |
| ATM DEPOSIT | 01/22/2019 | | $2,000.00 | $5,732.66 |
| TFER TO ****25S60.1 HB | 01/21/2019 | $300.00 | | $3,732.66 |
| ATM WITHDRAWAL | 01/18/2019 | $340.00 | | $4,032.66 |
| JEAR LOGISTICS/1/17/2019/011819/PP | 01/18/2019 | | $2,231.00 | $4,372.66 |
| TFER TO ****25S60.1 HB | 01/17/2019 | $200.00 | | $2,141.66 |
| PILOT TRAVEL CEN/PILOTDRAFT/190115 | 01/16/2019 | $772.18 | | $2,341.66 |
| IRS/USATAXPYMT/011619/CCD | 01/16/2019 | $61.20 | | $3,113.84 |
| COMMWLTHOFPA INT/PAEMPLOYTX/190115 | 01/16/2019 | $12.28 | | $3,175.04 |
| IPFS866-412-2560/IPFSPMTMDB/011519 | 01/15/2019 | $3,729.58 | | $3,187.32 |
| SHARE DRAFT 442 Trace # 6169282079 14 | 01/14/2019 | $335.24 | | $6,916.90 |
| TFER TO ****25S60.1 HB | 01/11/2019 | $500.00 | | $7,252.14 |
| Sunrise Logistic/Vdr Pymt/011119/C | 01/11/2019 | | $2,546.00 | $7,752.14 |
| MULTIPLE DEPOSIT TR#1598 - BUSINESS CASH DEP | 01/10/2019 | | $400.00 | $5,206.14 |
| WAIVED FEE AS COURTESY | 01/10/2019 | | $32.00 | $4,806.14 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| Returned Fee ACH | 01/10/2019 | $32.00 | | $4,774.14 |
| ACH UNCOLLECTED FUNDS | 01/10/2019 | | | $0.00 |
| ATM DEPOSIT | 01/09/2019 | | $5,000.00 | $4,806.14 |
| 2019 OOPS & 1 FEE COURTESY REFUND | 01/09/2019 | | $59.00 | ($193.86) |
| Overdraft Protection | 01/09/2019 | $29.50 | | ($252.86) |
| Overdraft Protection | 01/09/2019 | $29.50 | | ($223.36) |
| Overdraft Protection | 01/09/2019 | $29.50 | | ($193.86) |
| PILOT TRAVEL CEN/PILOTDRAFT/190108 | 01/09/2019 | $509.29 | | ($164.36) |
| IRS/USATAXPYMT/010919/CCD | 01/09/2019 | $112.80 | | $344.93 |
| COMMWLTHOFPA INT/PAEMPLOYTX/190115 | 01/09/2019 | $18.42 | | $457.73 |
| ATM DEPOSIT | 01/09/2019 | | $320.00 | $476.15 |
| Overdraft Protection For Check No. 441 | 01/08/2019 | $29.50 | | $156.15 |
| SHARE DRAFT 441 Trace # 6109488972 08 | 01/08/2019 | $6,000.00 | | $185.65 |
| SHARE DRAFT 438 Trace # 6095121929 08 | 01/08/2019 | $600.00 | | $6,185.65 |
| ATM DEPOSIT | 01/08/2019 | | $2,000.00 | $6,785.65 |
| SHARE DRAFT 440 Trace # 6064851389 07 | 01/07/2019 | $484.86 | | $4,785.65 |
| T'FER TO ****25S60.1 HB | 01/05/2019 | $200.00 | | $5,270.51 |
| SHARE DRAFT 434 Trace # 6052524028 04 | 01/04/2019 | $305.00 | | $5,470.51 |
| T'FER TO ****25S60.1 HB | 01/04/2019 | $200.00 | | $5,775.51 |
| COMMWLTHOFPA INT/PAEMPLOYTX/181231 | 01/04/2019 | $31.47 | | $5,975.51 |
| IRS/USATAXPYMT/010419/CCD | 01/04/2019 | $228.82 | | $6,006.98 |
| T'FER TO ****25S60.1 HB | 01/04/2019 | $300.00 | | $6,235.80 |
| SHARE DRAFT 439 Trace # 6046155270 03 | 01/03/2019 | $361.19 | | $6,535.80 |
| DEBIT CARD NON-USE 12/01-12/31 | 01/02/2019 | $3.00 | | $6,896.99 |
| T'FER TO ****25S60.1 HB | 01/02/2019 | $300.00 | | $6,899.99 |

*Diamond Credit Union*

| | |
|---|---|
| Report Date : | 3/24/2019 |
| Name : | BLAKE'S TRUCKING LLC |
| Search Filter | Transactions for Period-Last 60 Days,Date From 02/01/2019 To 02/28/2019 |

Account : BUS EASY CHKG(***725-S60)

**Summary Information**

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $20,811.80 | $20,540.16 | $0.00 |

| | |
|---|---|
| Last Credit | **$13,240.50 on Mar 22, 2019** |
| Last Debit | **$250.00 on Mar 25, 2019** |

| | |
|---|---|
| MICR Routing Number | 231385154 |
| MICR Account ID(s) | 251 |
| Cards Linked to Account | ********5083, ********5109 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| ATM DEPOSIT | 02/28/2019 | | $5,300.00 | $7,298.78 |
| T'FER TO ****25S60.1 HB | 02/27/2019 | $350.00 | | $1,998.78 |
| PILOT TRAVEL CEN/PILOTDRAFT/190226 | 02/27/2019 | $1,437.03 | | $2,348.78 |
| Sunrise Logistic/Vdr Pymt/022619/C | 02/26/2019 | | $2,304.00 | $3,785.81 |
| BFDS/INVESTMENT/190222/PPD | 02/25/2019 | $422.61 | | $1,481.81 |
| CUMBERLAND TRUCK EQUIPME EPHRATA PA | 02/23/2019 | $40.39 | | $1,904.42 |
| PURCHASE RETURN | 02/23/2019 | | $71.55 | $1,944.81 |
| CUMBERLAND TRUCK EQUIPME EPHRATA PA | 02/23/2019 | $71.55 | | $1,873.26 |
| CUMBERLAND TRUCK EQUIPME EPHRATA PA | 02/23/2019 | $158.98 | | $1,944.81 |
| SHARE DRAFT 451 Trace # 6692695628 22 | 02/22/2019 | $484.86 | | $2,103.79 |
| T'FER TO ****25S60.1 HB | 02/22/2019 | $70.00 | | $2,588.65 |
| T'FER TO ****25S60.1 HB | 02/22/2019 | $300.00 | | $2,658.65 |
| Credit One Bank/Payment/190217/WEB | 02/20/2019 | $200.00 | | $2,958.65 |
| COMMWLTHOFPA INT/PAEMPLOYTX/190215 | 02/20/2019 | $19.96 | | $3,158.65 |
| IRS/USATAXPYMT/022019/CCD | 02/20/2019 | $126.46 | | $3,178.61 |
| ACHMA VISB/BILL PYMNT/190216/WEB | 02/19/2019 | $200.00 | | $3,305.07 |
| SHARE DRAFT 449 Trace # 6608896864 15 | 02/15/2019 | $521.51 | | $3,505.07 |
| CASH WITHDRAWAL TR#1481 | 02/14/2019 | $1,535.00 | | $4,026.58 |
| IPFS866-412-2560/IPFSPMTMDB/021419 | 02/14/2019 | $3,729.58 | | $5,561.58 |
| PILOT TRAVEL CEN/PILOTDRAFT/190212 | 02/13/2019 | $1,499.02 | | $9,291.16 |
| COMMWLTHOFPA INT/PAEMPLOYTX/190215 | 02/13/2019 | $30.70 | | $10,790.18 |
| IRS/USATAXPYMT/021319/CCD | 02/13/2019 | $222.00 | | $10,820.88 |
| ATM DEPOSIT | 02/13/2019 | | $4,680.00 | $11,042.88 |
| Sunrise Logistic/Vdr Pymt/021219/C | 02/12/2019 | | $2,258.00 | $6,362.88 |
| SHARE DRAFT 448 Trace # 6522025737 11 | 02/11/2019 | $778.10 | | $4,104.88 |
| T'FER TO ****25S60.1 HB | 02/09/2019 | $300.00 | | $4,882.98 |
| SHARE DRAFT 447 Trace # 6508890510 08 | 02/08/2019 | $600.00 | | $5,182.98 |
| ATM DEPOSIT | 02/08/2019 | | $2,352.00 | $5,782.98 |
| PILOT TRAVEL CEN/PILOTDRAFT/190205 | 02/06/2019 | $614.15 | | $3,430.98 |
| IRS/USATAXPYMT/020619/CCD | 02/06/2019 | $167.40 | | $4,045.13 |
| COMMWLTHOFPA INT/PAEMPLOYTX/190215 | 02/06/2019 | $24.56 | | $4,212.53 |
| T'FER TO ****25S60.1 HB | 02/06/2019 | $1,500.00 | | $4,237.09 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| ATM DEPOSIT | 02/06/2019 | | $2,650.00 | $5,737.09 |
| Merchants Mutual/InsPremium/190204 | 02/05/2019 | $232.85 | | $3,087.09 |
| COMMWLTHOFPA INT/PAEMPLOYTX/180331 | 02/04/2019 | $125.72 | | $3,319.94 |
| UNEMP COMP EFT/PADLIUCCON/010731/C | 02/04/2019 | $8.31 | | $3,445.66 |
| T'FER TO ****25S60.1 HB | 02/04/2019 | $600.00 | | $3,453.97 |
| DEBIT CARD NON-USE 01/01-01/31 | 02/01/2019 | $3.00 | | $4,053.97 |
| SHARE DRAFT 446 Trace # 6421551499 01 | 02/01/2019 | $2,970.00 | | $4,056.97 |
| IRS/USATAXPYMT/020119/CCD | 02/01/2019 | $126.00 | | $7,026.97 |
| VIVINT/VIVINT/020119/PPD | 02/01/2019 | $125.00 | | $7,152.97 |
| Sunrise Logistic/Vdr Pymt/020119/C | 02/01/2019 | | $2,304.00 | $7,277.97 |

Diamond Credit Union 2014 - 2017

*Diamond Credit Union*

| | |
|---|---|
| **Report Date :** | 3/24/2019 |
| **Name :** | BLAKE'S TRUCKING LLC |
| **Search Filter** | Transactions for Period-Last 60 Days,Date From 02/01/2019 To 02/28/2019 |

**Account : BUS EASY CHKG(***725-S60.1)**

**Summary Information**

| Balance | Available Balance | Minimum Balance |
|---|---|---|
| $251.29 | $60.42 | $0.00 |

| | |
|---|---|
| Last Credit | **$250.00** on Mar 25, 2019 |
| Last Debit | **$63.60** on Mar 22, 2019 |

| | |
|---|---|
| Cards Linked to Account | ********5091, ********5117 |

**Transaction Detail**

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| SUNOCO 0362594400 PHILADELPHIA PA | 02/28/2019 | $300.00 | | $51.40 |
| T'FER FROM ****25S60 HB | 02/27/2019 | | $350.00 | $351.40 |
| SUNOCO 0362594400 PHILADELPHIA PA | 02/22/2019 | $300.00 | | $1.40 |
| T'FER FROM ****25S60 HB | 02/22/2019 | | $70.00 | $301.40 |
| T'FER FROM ****25S60 HB | 02/22/2019 | | $300.00 | $231.40 |
| INTUIT *QB ONLINE 800-286-6800 CA | 02/22/2019 | $63.60 | | ($68.60) |
| Overdraft Protection | 02/22/2019 | $29.50 | | ($5.00) |
| SUNPASS*ACC67402955 888-865-5352 FL | 02/18/2019 | $8.81 | | $24.50 |
| SUNOCO 0362594400 PHILADELPHIA PA | 02/11/2019 | $300.00 | | $33.31 |
| T'FER FROM ****25S60 HB | 02/09/2019 | | $300.00 | $333.31 |
| GARDEN SPOT FRAME AND 717-2079790 | 02/07/2019 | $1,432.87 | | $33.31 |
| DAT SOLUTIONS 800-328-530 | 02/07/2019 | $33.82 | | $1,466.18 |
| T'FER FROM ****25S60 HB | 02/06/2019 | | $1,500.00 | $1,500.00 |
| SUNOCO 0362594400 PHILADELPHIA PA | 02/06/2019 | $157.63 | | $0.00 |
| TRUCK PRO FOLCROFT PA | 02/06/2019 | $72.04 | | $157.63 |
| PTC EZ PASS CSC state.pa.us PA | 02/05/2019 | $374.12 | | $229.67 |
| T'FER FROM ****25S60 HB | 02/04/2019 | | $600.00 | $603.79 |
| ATM WITHDRAWAL | 02/01/2019 | $121.75 | | $3.79 |