UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  CHRISTOPHER BLAKE AND
MITIZENE LINDO-BLAKE,                               Case No.   17-12184-ref
     Debtor                                                     Chapter      13

In re:  BLAKE'S TRUCKING, LLC                       Case No.   17-12182-ref
     Debtor -in-Possession                             Chapter      11

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

     Movant, Christopher Blake and Mitizene Lindo-Blake, have filed a Motion to Deconsolidate and/or Sever Cases with the court.

     1.    <u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

     2.    If you do not want the court to grant the relief sought in the Motion of if you want the court to consider your views on the Motion, then on or before **June 3, 2019** you or your attorney must file a response to the Motion (see Instructions on next page)

     3.    A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling on **June 13, 2019 at 9:30 a.m.** in courtroom 1, United States Bankruptcy Court, 400 Washington Street, third floor, The Madison Bldg., Reading, PA  19601. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

     4.    If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting relief requested in the Motion.

     5.    You may contact the Bankruptcy Clerk's Office for Reading cases at 610-208-5040 and for Philadelphia cases at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

     6.    If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:

> Clerk, U.S. Bankruptcy Court
> 400 Washington Street, third floor
> The Madison Bldg.
> Reading, PA  19601

9. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

> John A. DiGiamberardino, Esquire
> Case & DiGiamberardino, P.C.
> 845 N. Park Rd., Ste. 101
> Wyomissing, PA  19610
> 610-372-9900   610-372-5469 – fax
> jad@cdllawoffice.com

Date:  5/20/19                                                  s/John A. DiGiamberardino, Esquire