United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12184-amc
Christopher E. Blake                                                    Chapter 13
Mitizene D Lindo-Blake
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Nancy              Page 1 of 4              Date Rcvd: Jun 04, 2019
                              Form ID: 167             Total Noticed: 93

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2019.
```
db/jdb         +Christopher E. Blake,    Mitizene D Lindo-Blake,    133 Constitution Ave.,
                 Reading, PA 19606-9410
cr             +Federal Home Loan Mortgage Corp,    c/o Shellpoint Mortgage Servicing,    PO BOX 10826,
                 GREENVILLE, SC 29603-0826
cr             +JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Columbus, OH 43219-6009
13891425       +AES Educational Services,    P. O. Box 61047,    Harrisburg, PA 17106-1047
13908537       +American Express,    Customer Service,    P.O. Box 981535,    El Paso, TX 79998-1535
13956227        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13908538       +Blake's Trucking, LLC,    133 Constitution Ave.,    Reading, PA 19606-9410
13908539       +Blue Vine,   401 Warren St. #300,    Redwood City, CA 94063-1578
13928843       +CIT Technology Financing Services Inc.,    1 CIT Drive Suite 3251-9,    Livingston NJ 07039-5703
13989289       +CIT Technology Financing Services, Inc,    Weltman, Weinberg, Reis Co., LPA,
                 436 Seventh Avenue, Suite 2400,    Pittsburgh, PA 15219-1826
14052373       +Case & DiGiamberardino, P.C.,    845 North Park Road, Ste. 101,    Wyomissing, PA 19610-1342
13908542       +Case & DiGiamberardino, PC,    845 North Park Road,    Wyomissing, PA 19610-1342
13891431       +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
13891433       +Citibank, N.A.,    P. O. Box 6241,    Sioux Falls, SD 57117-6241
14113238       +Credit Mediators, Inc.,    P.O. Box 456,    Upper Darby, PA 19082-0456
13908543       +ESA,   PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
14073114        Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
13891441       +Fed Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
13891442       +Federal  Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
14285245       +Federal Home Loan Mortgage Corp,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
13891443       +Federal Loan Servcing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
13908544       +Fleetcard USA,    P.O. Box 77081,    Atlanta, GA 30357-1081
13908545       +Howard Gershman, Esq.,    Gershman Law Offices PC,    610 York Road, Ste. 200,
                 Jenkintown, PA 19046-2867
13899815       +JP Morgan Chase Bank, NA,    c/o Kevin S. Frankel, Esq.,    3600 Horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
13968914       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
14002830        JPMorgan Chase Bank, National Association,    Chase Records Center,,
                 ATTN: Correspondence Mail,,    Mail Code LA4-5555, 700 Kansas Lane,,    Monroe, LA 71203
14113239       +Kenworth of PA,    198 Kost Rd.,    Carlisle, PA 17015-9775
13928844       +Keri E. Ebeck, Esquire,    Weltman, Weinberg & Reis Co., L.P.A.,    436 7th Ave., Ste. 2500,
                 Pittsburgh, PA 15219-1842
13908546       +Lending Club Business,    71 Stevenson St., Ste. 300,    San Francisco, CA 94105-2985
13891450       +MCA Recovery LLC,    17 State Street,    Suite 4000,    New York, NY 10004-1508
13891451       +National Tire and Battery/ Citi Card,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13908547      #+Navitas Credit Corp.,    111 Executive Center Dr., Ste. 102,    Columbia, SC 29210-8414
13904216       +Navitas Credit Corp.,    c/o Richard W. Keifer, III Esq.,    311 Market Street,
                 Kingston, PA 18704-5428
13904167       +PACCAR Financial Corporation,    c/o Howard Gershman, Esq.,    610 York Road, Suite 200,
                 Jenkintown, PA 19046-2867
13901163       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13908549       +Paccar Financial Group,    P.O. Box 1518,    Bellevue, WA 98009-1518
13908551      #+Paradigm Equipment Finance,    585 W. 500 South, Ste. 250,    Bountiful, UT 84010-8351
13891452       +Renata Bukhman, Esq.,    17 State Street,    Suite 4000,    New York, NY 10004-1508
13908552       +Richard W. Keifer, III, Esquire,    311 Market St.,    Kingston, PA 18704-5428
13908553       +Spark Funding, LLC,    95 Route 17 South, Ste. 310B,    Paramus, NJ 07652-2626
13891453        Spark Funding, LLC,    95 South 17 South, Suite 310B,    Paramus, NJ 07652
13928821       +Steams Bank-EFD,    PO Box 750,    Albany, MN 56307-0750
14019136       +Stearns Bank N.A.,    Pam Loehr-Collection Specialist,    Stearns Bank Equipment Finance Division,
                 500 13th Street, PO Box 750,    Albany, MN 56307-0750
13908554       +Stearns Financial,    500 13th St.,    P.O. Box 750,    Albany, MN 56307-0750
13891458       +Toyota Motor Credit Comapny,    240 Gibralter Rd Suite 260,    Horsham, PA 19044-2387
13906930       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14061659       +Toyota Motor Credit Corporation,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
13985993        U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA  17106-9184
13891461       +Wells Fargo Bank,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
13891459       +Wells Fargo Bank,    MAC F8235-02F,    PO Box 10438,    Des Moines, IA 50306-0438
13891460       +Wells Fargo Bank,    Attn.: Bankruptcy Department,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7200
13908556       +Wells Fargo Bank, N.A.,    MAC F8235-02F,    P.O. Box 10438,    Des Moines, IA 50306-0438
13963630        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
13902948       +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
13908557       +Wells Fargo Bank, N.A.,    P.O. Box 29482, MAC S4101-08C,    Phoenix, AZ 85038-9482
13891463       +YellowStone Capital LLC,    1 Evertrust Plaza,    14th Floor,    Jersey City, NJ 07302-3088
13891462       +YellowStone Capital LLC,    30 Broad Street, 14th Floor,    Suite 1462,    New York, NY 10004-2906
```

```
District/off: 0313-4          User: Nancy              Page 2 of 4               Date Rcvd: Jun 04, 2019
                              Form ID: 167             Total Noticed: 93
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr                E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 05 2019 03:07:08
                  Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,   Houston, TX  77210-4360
cr               +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:04      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13891428          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2019 03:07:29
                  Capital One Bank USA NA,    15000 Capital One Drive,   Richmond, VA 23238
13891434          E-mail/Text: megan.harper@phila.gov Jun 05 2019 03:03:47      City of Philadelphia,
                  1401 JFK Blvd.,   Philadelphia, PA 19107
13897568         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 05 2019 03:06:48
                  Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                  Irving, TX 75016-5028
13912700         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 05 2019 03:06:48
                  Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave, Dept APS,
                  Oklahoma City OK 73118-7901
13891427         +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 05 2019 03:07:11
                  Capital One Auto Financial,    7933 Preston Road,   Plano, TX 75024-2302
13891430         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2019 03:06:47      Capital One Bank, NA,
                  PO Box 30281,   Salt Lake City, UT 84130-0281
13908541         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2019 03:07:30      Capital One NA,
                  P.O. Box 30281,   Salt Lake City, UT 84130-0281
13891432         +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 05 2019 03:03:52
                  Citadel Federal Credit Union,    P.O. Box 147,   Thorndale, PA 19372-0147
14003446         +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 05 2019 03:03:52
                  Citadel Federal Credit Union,    520 Eagleview Blvd,   Exton, PA 19341-1119
13891435         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 05 2019 03:02:52      Comenity Bank/Express,
                  Po Box 182789,   Columbus, OH 43218-2789
13891436         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 05 2019 03:02:52      Comenity Capital/Boscovs,
                  P.O. Box 182120,   Columbus, OH 43218-2120
13891437         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 05 2019 03:02:52
                  Comenity Capital/Children’s Place,    Po Box 182120,   Columbus, OH 43218-2120
13891438         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 05 2019 03:02:52      ComenityCapital/Boscovs,
                  P.O. Box 182120,   Columbus, OH 43218-2120
13891439          E-mail/Text: mrdiscen@discover.com Jun 05 2019 03:02:31      Discover Financial  Services LLC,
                  P.O. Box 15316,   Wilmington, DE 19850
13896821          E-mail/Text: mrdiscen@discover.com Jun 05 2019 03:02:31      Discover Bank,
                  Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14183549         +E-mail/Text: cio.bncmail@irs.gov Jun 05 2019 03:02:40      Internal Revenue Service,
                  Centralized Insolvency Operation,    Po Box 7317,   Philadelphia, Pa 19101-7317
13974411          E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2019 03:18:13
                  LVNV Funding, LLC its successors and assigns as,    assignee of LendingClub Corporation &,
                  LC Trust I,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13945312          E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2019 03:17:55
                  LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13974412          E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2019 03:18:04
                  LVNV Funding, LLC its successors and assigns as,    assignee of Murray Hill Grantor Trust,
                  2016-LC1,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14025327          E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2019 03:17:55
                  LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                  Greenville, SC  29603-0587
13891448         +E-mail/Text: bk@lendingclub.com Jun 05 2019 03:03:50      Lending Club Corp,
                  71 Stevenson Street Ste 300,    San Francisco, CA 94105-2985
13970954         +E-mail/Text: bankruptcydpt@mcmcg.com Jun 05 2019 03:03:20      MIDLAND FUNDING LLC,
                  PO Box 2011,   Warren, MI 48090-2011
13904115          E-mail/Text: pfc.bankruptcy.packages@paccar.com Jun 05 2019 03:03:50      PACCAR Financial Corp.,
                  Attn:  Linda Markle, BK Specialist,    PO Box 1518,   Bellevue, WA  98009
13975332          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2019 03:28:47
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13892244         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2019 03:07:32
                  PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13908548          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2019 03:03:14      Pa. Dept. of Revenue,
                  Bureau of Compliance,    Dept. 280946,   Harrisburg, PA 17128-0946
13908550         +E-mail/Text: pfc.bankruptcy.packages@paccar.com Jun 05 2019 03:03:50
                  Paccar Financial Services,    777 106th Ave. N.E.,   Bellevue, WA 98004-5027
14008941          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2019 03:03:14
                  Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
13937571          E-mail/Text: bnc-quantum@quantum3group.com Jun 05 2019 03:02:57
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13891454         +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:06:44      Synchrony Bank/Amazon,
                  P.O. Box 965015,   Orlando, FL 32896-5015
13891455         +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:04      Synchrony Bank/Banana Republic,
                  Po Box 965005,   Orlando, FL 32896-5005
13891456         +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:04      Synchrony Bank/HH Gregg,
                  P.O. Box 965036,   Orlando, FL 32896-5036
```

```
District/off: 0313-4          User: Nancy              Page 3 of 4              Date Rcvd: Jun 04, 2019
                              Form ID: 167             Total Noticed: 93
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13891457      +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:06:44      Synchrony Bank/Sleepys,
               P.O. Box 965036,    Orlando, FL 32896-5036
13948639      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2019 03:18:13      Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 36

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
               Irving, TX 75016-5028
cr*            Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr*           +Stearns Bank N.A.,    Pam Loehr-Collection Specialist,    Stearns Bank Equipment Finance Division,
               500 13th Street, PO Box 750,    Albany, MN 56307-0750
13891426*     +AES Educational Services,    Pob 61047,    Harrisburg, PA 17106-1047
13891429*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank USA NA,     15000 Capital One Dr,
               Richmond, VA 23238)
13908540*      Capital One Auto Financial,    7933 Preston Road,    Plano, TX 75024-2302
13891440*    ++DISCOVER FINANCIAL SERVICES LLC,     PO BOX 3025,    NEW ALBANY OH 43054-3025
              (address filed with court: Discover Financial Services LLC,     P.O. Box 15316,
               Wilmington, DE 19850)
13891444*     +Federal Loan Servcing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
13891446*     +Federal Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
13891445*     +Federal Loan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
13891447*     +Federal Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
13926221*     +JP Morgan Chase Bank, NA,    c/o Kevin S. Frankel, Esq.,    3600 Horizon Drive, Suite 150,
               King of Prussia, PA 19406-4702
13891449*     +Lending Club Corp.,    71 Stevenson Street Suite 300,    San Francisco, CA 94105-2985
13908555*     +Wells Fargo Bank,    Attn.: Bankruptcy Department,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7200
13963635*      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
                                                                                TOTALS: 0, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
              DAVE P. ADAMS     on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              HOWARD   GERSHMAN    on behalf of Creditor    PACCAR Financial Corp. hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              HOWARD   GERSHMAN    on behalf of Defendant    Paccar Financial Corp. hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOHN A. DIGIAMBERARDINO     on behalf of Plaintiff Christopher E. Blake jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO     on behalf of Debtor Christopher E. Blake jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO     on behalf of Debtor    Blake's Trucking, LLC jad@cdllawoffice.com,
               dmk@cdllawoffice.com
```

```
District/off: 0313-4          User: Nancy            Page 4 of 4            Date Rcvd: Jun 04, 2019
                              Form ID: 167           Total Noticed: 93
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Mitizene D Lindo-Blake jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Mitizene D Lindo-Blake jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pa-bk@logs.com
          LESLIE J. RASE    on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com,
           lerase@logs.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          NATHALIE  PAUL    on behalf of Creditor    CIT Technology Financing Services, Inc.
           npaul@weltman.com, PitEcf@weltman.com
          RICHARD W. KEIFER, III    on behalf of Creditor    Navitas Credit Corp. f/k/a Navitas Lease Corp.
           rkeifer@keiferlaw.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 18
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christopher E. Blake and
Mitizene D Lindo−Blake
      Debtor(s)               Case No: 17−12184−amc
                          Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

RESCHEDULED CONFIRMATION HEARING AND TRUSTEE'S MOTION TO DISMISS CASE.

on: 7/11/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  6/4/19

Timothy B. McGrath
Clerk of Court

152 − 72
Form 167