IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CHRISTOPHER E. BLAKE AND	: Chapter 13
MITIZENE D. LINDO-BLAKE,       debtor	: Case No.  17-12184

**CERTIFICATE OF SERVICE**

      I, John A. DiGiamberardino, Esquire, attorney for Debtor, certify that I served a true and correct copy of the Debtor's Fifth Amended Chapter 13 Plan filed July 9, 2019 upon the following by electronic means on July 9, 2019:

DAVE P. ADAMS on behalf of U.S. Trustee United States Trustee at dave.p.adams@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

KEVIN S. FRANKEL on behalf of Creditor JPMorgan Chase Bank, National Association at pa-bk@logs.com

HOWARD GERSHMAN on behalf of Creditor PACCAR Financial Corp. at hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

HOWARD GERSHMAN on behalf of Defendant Paccar Financial Corp. at hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

RICHARD W. KEIFER, III on behalf of Creditor Navitas Credit Corp. f/k/a Navitas Lease Corp. rkeifer@keiferlaw.com

KEVIN G. MCDONALD on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

NATHALIE PAUL on behalf of Creditor CIT Technology Financing Services, Inc. npaul@weltman.com, PitEcf@weltman.com

LESLIE J. RASE on behalf of Creditor JPMorgan Chase Bank, National Association pabk@logs.com, lerase@logs.com

JASON BRETT SCHWARTZ on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) at ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

and upon the following at the addresses listed below, by first class mail, on July 11, 2019:

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

JP Morgan Chase Bank, N.A.
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas lane
Monroe, LA  71203

Christopher Blake and Mitizene Lindo-Blake
133 Constitution Ave.
Reading PA  19606

PA Dept. of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA  17128-0946

Commonwealth of Pa UCTS
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 702
Harrisburg, PA 17121

Paradigm Equipment Finance
Attn: Tyler Deters, President
585 W. 500 South, Ste. 250
Bountiful UT 84010

Stearns Bank N.A.
Pam Loehr-Collection Specialist
Stearns Bank Equipment Finance Division
500 13th Street
PO Box 750
Albany, MN 56307

Stearns Bank, N.A.
Attn: Kelly Skalicky, President
500 13th Street
PO Box 750
Albany, MN 56307

**CASE & DIGIAMBERARDINO, P.C.**
By:    s/John A. DiGiamberardino, Esquire
Attorney for Debtor