UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  CHRISTOPHER AND
MITIZENE LINDO-BLAKE,           Case No.   17-12184-ref amc
    Debtor                           Chapter    13

In re:  Blake's Trucking, LLC           Case No.   17-12182-ref amc
    Debtor -in-Possession            Chapter    11

## ORDER

Upon consideration of the Motion to Deconsolidate and/or Sever Case, it is Ordered that the Motion to Deconsolidate and/or Sever Case is granted and the above case is hereby severed so as to allow the debtors to proceed to complete their Chapter 11 and Chapter 13 cases separately.

BY THE COURT:

8/8/19

_____ J.