UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHRISTOPHER E. BLAKE                NO. 17-12184 AMC
MITIZENE LINDO-BLAKE                CHAPTER 13

PRAECIPE TO WITHDRAW
OBJECTION OF PACCAR FINANCIAL CORP TO CONFIRMATION
OF DEBTORS' SEVENTH AMENDED CHAPTER 13 PLAN [DOC. 161]

TO THE CLERK:

Please mark as withdrawn the objection of PAACAR Financial Corp to Confirmation of Debtors' Seventh Amended Chapter 13 Plan.

September 16, 2016

GERSHMAN LAW OFFICES PC

Howard Gershman
610 York Road, Ste. 200
Jenkintown, PA 19046
215 886 1120

I certify a true and correct copy hereof served this date upon:

John DiGiamberardino, Esquire
Case & Di Giamberardino PC
845 North Park Road, Ste. 101
Wyomissing, PA 19601

Dave P. Adams, Esquire
Office of US Trustee
200 Chestnut Street, Ste. 502
Philadelphia, PA 19106

Scott F. Waterman, Trustee
2901 St Lawrence Avenue
Suite 100
Reading, PA 19606