United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christopher E. Blake
Mitizene D Lindo-Blake
    Debtors

Case No. 17-12184-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Oct 03, 2019
                       Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
db/jdb      +Christopher E. Blake,    Mitizene D Lindo-Blake,    133 Constitution Ave.,     Reading, PA 19606-9410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:
         DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
         HOWARD GERSHMAN    on behalf of Creditor    PACCAR Financial Corp. hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
         HOWARD GERSHMAN    on behalf of Defendant    Paccar Financial Corp. hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
         JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com
         JOHN A. DIGIAMBERARDINO    on behalf of Debtor    Blake's Trucking, LLC jad@cdllawoffice.com, dmk@cdllawoffice.com
         JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Mitizene D Lindo-Blake jad@cdllawoffice.com, dmk@cdllawoffice.com
         JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Mitizene D Lindo-Blake jad@cdllawoffice.com, dmk@cdllawoffice.com
         JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Christopher E. Blake jad@cdllawoffice.com, dmk@cdllawoffice.com
         JOHN A. DIGIAMBERARDINO    on behalf of Debtor Christopher E. Blake jad@cdllawoffice.com, dmk@cdllawoffice.com
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association pa-bk@logs.com
         LESLIE J. RASE    on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com, lerase@logs.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         NATHALIE PAUL    on behalf of Creditor    CIT Technology Financing Services, Inc. npaul@weltman.com, PitEcf@weltman.com
         RICHARD W. KEIFER, III    on behalf of Creditor    Navitas Credit Corp. f/k/a Navitas Lease Corp. rkeifer@keiferlaw.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Christopher E. Blake and Mitizene D Lindo−Blake

    Debtor(s)

Chapter: 13

Bankruptcy No: 17−12184−amc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this October 3, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

169
Form 155