UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   CHRISTOPHER AND
MITIZENE LINDO-BLAKE,            Case No.   17-12184-ref
Debtor                           Chapter    13

## CERTIFICATION OF NO OBJECTION FILED

    I, John A. DiGiamberardino, Esquire, attorney for debtor, do hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer or Objection within the time set by the court and the applicant's Application for Allowance of Counsel Fees is uncontested.

Dated: 11/29/19              **CASE & DIGIAMBERARDINO, P.C.**

                            By:   s/John A. DiGiamberardino, Esquire
                                Attorney I.D. #41268
                                845 N. Park Road, Ste. 101
                                Wyomissing, PA  19610
                                (610) 372-9900
                                (610) 372-5469 -fax
                                Attorney for Debtor