UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  CHRISTOPHER AND
MITIZENE LINDO-BLAKE,                                    Case No.    17-12184-ref
                    Debtor                               Chapter     13

## **ORDER**

Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $9,344.28 and advanced costs in the amount of $655.72.

BY THE COURT:

**Date: December 4, 2019**

_____
United States Bankruptcy Judge