United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 17-12184-pmm
Christopher E. Blake   Chapter 13
Mitizene D Lindo-Blake
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Antoinett          Page 1 of 1               Date Rcvd: Jul 14, 2020
                          Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.
14285245       +Federal Home Loan Mortgage Corp,   Shellpoint Mortgage Servicing,   P.O. Box 10826,
                 Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:

    DAVE P. ADAMS   on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
    HOWARD GERSHMAN   on behalf of Creditor    PACCAR Financial Corp. hg229ecf@gmail.com,
     229ecf@glpoc.comcastbiz.net
    HOWARD GERSHMAN   on behalf of Defendant    Paccar Financial Corp. hg229ecf@gmail.com,
     229ecf@glpoc.comcastbiz.net
    JASON BRETT SCHWARTZ   on behalf of Creditor    Capital One Auto Finance
     jschwartz@mesterschwartz.com
    JOHN A. DIGIAMBERARDINO   on behalf of Debtor    Blake's Trucking, LLC jad@cdllawoffice.com,
     dmk@cdllawoffice.com
    JOHN A. DIGIAMBERARDINO   on behalf of Joint Debtor Mitizene D Lindo-Blake jad@cdllawoffice.com,
     dmk@cdllawoffice.com
    JOHN A. DIGIAMBERARDINO   on behalf of Plaintiff Mitizene D Lindo-Blake jad@cdllawoffice.com,
     dmk@cdllawoffice.com
    JOHN A. DIGIAMBERARDINO   on behalf of Plaintiff Christopher E. Blake jad@cdllawoffice.com,
     dmk@cdllawoffice.com
    JOHN A. DIGIAMBERARDINO   on behalf of Debtor Christopher E. Blake jad@cdllawoffice.com,
     dmk@cdllawoffice.com
    KEVIN G. MCDONALD   on behalf of Creditor    Toyota Motor Credit Corporation
     bkgroup@kmllawgroup.com
    KEVIN S. FRANKEL   on behalf of Creditor    JPMorgan Chase Bank, National Association
     pa-bk@logs.com
    LESLIE J. RASE   on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com,
     lerase@logs.com
    LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
    MATTEO SAMUEL WEINER   on behalf of Creditor    Toyota Motor Credit Corporation
     bkgroup@kmllawgroup.com
    NATHALIE PAUL   on behalf of Creditor    CIT Technology Financing Services, Inc.
     npaul@weltman.com,   pitecf@weltman.com
    RICHARD W. KEIFER, III   on behalf of Creditor    Navitas Credit Corp. f/k/a Navitas Lease Corp.
     rkeifer@keiferlaw.com
    SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 18

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-12184-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher E. Blake
133 Constitution Ave.
Reading PA 19606

Mitizene D Lindo-Blake
133 Constitution Ave.
Reading PA 19606

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/13/2020.

Name and Address of Alleged Transferor(s):

Claim No. 23: Federal Home Loan Mortgage Corp, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/16/20

Tim McGrath
**CLERK OF THE COURT**