UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: CHRISTOPHER AND
MITIZENE LINDO-BLAKE,   Case No.   17-12184
      Debtor   Chapter   13

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

To the debtor and all parties in interest, NOTICE is hereby given:

That the debtors herein have filed a Motion to Modify Debtors' Plan Post-Confirmation providing for payments of $500.00 per month for an additional 40 months, and includes amounts already distributed by the Trustee to creditors.

1. <u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

2. If you do not want the court to grant the relief sought in the Motion of if you want the court to consider your views on the Motion, then on or before **January 27, 2021** you or your attorney must file a response to the Motion (see Instructions on next page)

3. Unless otherwise ordered, a hearing on the Motion is scheduled to be held telephonically before the Honorable Patricia M. Mayer on **February 4, 2021 at 10:00 a.m.** in the United States Bankruptcy Court, 201 Penn St., 4th floor, The Gateway Building, Reading, PA  19601 by dialing 1-888-636-3807, access code 4954493.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Reading cases at 610-208-5040 and for Philadelphia cases at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:

Clerk, U.S. Bankruptcy Court
201 Penn St., Room 103
The Gateway Building
Reading, PA  19601

9. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

John A. DiGiamberardino, Esquire
Case & DiGiamberardino, P.C.
845 N. Park Rd., Ste. 101
Wyomissing, PA  19610
610-372-9900   610-372-5469 – fax
jad@cdllawoffice.com

Date:  1/6/2021                                                    s/John A. DiGiamberardino, Esquire