UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  CHRISTOPHER AND
MITIZENE LINDO-BLAKE,                         Case No.   17-12184
  Debtor                                      Chapter    13

**ORDER**

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' 9th Amended Chapter 13 Plan dated February 10, 2021 is **APPROVED**.

Dated:                                        BY THE COURT:

                                              _____
                                                                          J.