UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  CHRISTOPHER AND
MITIZENE LINDO-BLAKE,           Case No.   17-12184
     Debtor           Chapter    13

**ORDER**

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' 10th Amended Chapter 13 Plan dated March 2, 2021 is **APPROVED**.

Dated:           BY THE COURT:

         _____
         J.