UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  CHRISTOPHER AND
MITIZENE LINDO-BLAKE,          Case No.    17-12184
　　　　　Debtor                 Chapter     13

## CERTIFICATE OF SERVICE

  I, John A. DiGiamberardino, Esquire, attorney for debtors, do hereby certify that I served a copy of the 10th Amended Plan to Motion to Modify Debtors' Plan Post-Confirmation upon the below listed individuals, entities and/or creditors, by electronic means, or first class mail on March 2, 2021:

DAVE P. ADAMS on behalf of U.S. Trustee United States Trustee
dave.p.adams@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

KEVIN S. FRANKEL on behalf of Creditor JPMorgan Chase Bank, National Association
pa-bk@logs.com

HOWARD GERSHMAN on behalf of Creditor PACCAR Financial Corp.
hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

HOWARD GERSHMAN on behalf of Defendant Paccar Financial Corp.
hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

RICHARD W. KEIFER, III on behalf of Creditor Navitas Credit Corp. f/k/a Navitas Lease Corp.
rkeifer@keiferlaw.com

KEVIN G. MCDONALD on behalf of Creditor Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com

NATHALIE PAUL on behalf of Creditor CIT Technology Financing Services, Inc.
npaul@weltman.com, pitecf@weltman.com

LESLIE J. RASE on behalf of Creditor JPMorgan Chase Bank, National Association
pabk@logs.com, lerase@logs.com

JASON BRETT SCHWARTZ on behalf of Creditor Capital One Auto Finance
jschwartz@mesterschwartz.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) at ECFMail@ReadingCh13.com

MATTEO SAMUEL WEINER on behalf of Creditor Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com

and by first class mail on March 5, 2021 to the following:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101

Christopher Blake
Mitizene Lindo-Blake
133 Constitution Ave.
Reading PA  19606

PA. Dept. of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA  17128-0946

and by certified mail, return receipt requested, upon the following on March 5, 2021:

Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Thomas J. Gohsler, Esquire
Office of Chief Counsel
PA Dept. of Revenue
Strawberry Square, Room 1032
Harrisburg, PA  17128

C. Daniel Hassell
Secretary of PA Dept. of Revenue
11th Floor, Strawberry Square
Harrisburg, PA 17128-1100


Dated:  3/5/21                              s/John A. DiGiamberardino, Esquire