United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12184-pmm |
| Christopher E. Blake | Chapter 13 |
| Mitizene D Lindo-Blake | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14519489 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| HOWARD GERSHMAN | on behalf of Creditor PACCAR Financial Corp. hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| HOWARD GERSHMAN | on behalf of Defendant Paccar Financial Corp. hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Debtor Blake's Trucking  LLC jad@cdllawoffice.com, dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Joint Debtor Mitizene D Lindo-Blake jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Plaintiff Mitizene D Lindo-Blake jad@cdllawoffice.com  dmk@cdllawoffice.com |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Mar 23, 2021     Form ID: trc     Total Noticed: 1

JOHN A. DIGIAMBERARDINO
: on behalf of Plaintiff Christopher E. Blake jad@cdllawoffice.com dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
: on behalf of Debtor Christopher E. Blake jad@cdllawoffice.com dmk@cdllawoffice.com

KEVIN G. MCDONALD
: on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
: on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com

LESLIE J. RASE
: on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com, lerase@logs.com

LISA MARIE CIOTTI
: on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
: on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

NATHALIE PAUL
: on behalf of Creditor CIT Technology Financing Services Inc. npaul@weltman.com, pitecf@weltman.com

RICHARD W. KEIFER, III
: on behalf of Creditor Navitas Credit Corp. f/k/a Navitas Lease Corp. rkeifer@keiferlaw.com

SCOTT F. WATERMAN (Chapter 13)
: ECFMail@ReadingCh13.com

United States Trustee
: USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 18

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-12184-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Christopher E. Blake<br>133 Constitution Ave.<br>Reading PA 19606 | Mitizene D Lindo-Blake<br>133 Constitution Ave.<br>Reading PA 19606 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/22/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 23: NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  03/25/21

Tim McGrath
**CLERK OF THE COURT**