UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: CHRISTOPHER AND
MITIZENE LINDO-BLAKE,    Case No.    17-12184
    Debtor    Chapter    13

**ORDER**

    **AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

    It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' 10th Amended Chapter 13 Plan dated March 2, 2021 is **APPROVED**.

Dated:    BY THE COURT:

*Patricia M. Mayer*
    J.

**Date: April 8, 2021**