### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christopher E. Blake and
Mitizene D Lindo–Blake

        Debtor(s)

Case No: 17–12184–pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor Toyota
Motor Credit Corporation

      on: 5/27/21

      at: 11:00 AM

      in: HRG will be held via Telephone Hearing, For
connection dial in information see, Standing Order
M–20–3003

For The Court

Date:  4/26/21

Timothy B. McGrath
Clerk of Court

205 – 204
Form 167