United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-12184-pmm
Christopher E. Blake  Chapter 13
Mitizene D Lindo-Blake
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 5
Date Rcvd: Apr 26, 2021      Form ID: 167      Total Noticed: 93

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher E. Blake, Mitizene D Lindo-Blake, 133 Constitution Ave., Reading, PA 19606-9410 |
| cr | + | Federal Home Loan Mortgage Corp, c/o Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 13891425 | + | AES Educational Services, P. O. Box 61047, Harrisburg, PA 17106-1047 |
| 13908537 | + | American Express, Customer Service, P.O. Box 981535, El Paso, TX 79998-1535 |
| 13956227 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13908538 | + | Blake's Trucking, LLC, 133 Constitution Ave., Reading, PA 19606-9410 |
| 13908539 | + | Blue Vine, 401 Warren St. #300, Redwood City, CA 94063-1578 |
| 13928843 | + | CIT Technology Financing Services Inc., 1 CIT Drive Suite 3251-9, Livingston NJ 07039-5703 |
| 13989289 | + | CIT Technology Financing Services, Inc, Weltman, Weinberg, Reis Co., LPA, 436 Seventh Avenue, Suite 2400, Pittsburgh, PA 15219-1826 |
| 14052373 | + | Case & DiGiamberardino, P.C., 845 North Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 13908542 | + | Case & DiGiamberardino, PC, 845 North Park Road, Wyomissing, PA 19610-1342 |
| 14113238 | + | Credit Mediators, Inc., P.O. Box 456, Upper Darby, PA 19082-0456 |
| 13908543 | + | ESA, PHEAA, P.O. Box 8147, Harrisburg, PA 17105-8147 |
| 14073114 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 13891441 | + | Fed Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 13891442 | + | Federal Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14285245 | + | Federal Home Loan Mortgage Corp, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13891443 | + | Federal Loan Servcing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 13908544 | + | Fleetcard USA, P.O. Box 77081, Atlanta, GA 30357-1081 |
| 13908545 | + | Howard Gershman, Esq., Gershman Law Offices PC, 610 York Road, Ste. 200, Jenkintown, PA 19046-2867 |
| 13899815 | + | JP Morgan Chase Bank, NA, c/o Kevin S. Frankel, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14002830 | | JPMorgan Chase Bank, National Association, Chase Records Center,, ATTN: Correspondence Mail,, Mail Code LA4-5555, 700 Kansas Lane,, Monroe, LA 71203 |
| 14113239 | + | Kenworth of PA, 198 Kost Rd., Carlisle, PA 17015-9775 |
| 13928844 | + | Keri E. Ebeck, Esquire, Weltman, Weinberg & Reis Co., L.P.A., 436 7th Ave., Ste. 2500, Pittsburgh, PA 15219-1842 |
| 13908546 | + | Lending Club Business, 71 Stevenson St., Ste. 300, San Francisco, CA 94105-2985 |
| 13891450 | + | MCA Recovery LLC, 17 State Street, Suite 4000, New York, NY 10004-1508 |
| 13891451 | + | National Tire and Battery/ Citi Card, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 13904216 | + | Navitas Credit Corp., c/o Richard W. Keifer, III Esq., 311 Market Street, Kingston, PA 18704-5428 |
| 14519489 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13904167 | + | PACCAR Financial Corporation, c/o Howard Gershman, Esq., 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |
| 13901163 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13908549 | + | Paccar Financial Group, P.O. Box 1518, Bellevue, WA 98009-1518 |
| 13891452 | + | Renata Bukhman, Esq., 17 State Street, Suite 4000, New York, NY 10004-1508 |
| 13908552 | + | Richard W. Keifer, III, Esquire, 311 Market St., Kingston, PA 18704-5428 |
| 13908553 | + | Spark Funding, LLC, 95 Route 17 South, Ste. 310B, Paramus, NJ 07652-2626 |
| 13891453 | | Spark Funding, LLC, 95 South 17 South, Suite 310B, Paramus, NJ 07652 |
| 13928821 | + | Steams Bank-EFD, PO Box 750, Albany, MN 56307-0750 |
| 13908554 | + | Stearns Financial, 500 13th St., P.O. Box 750, Albany, MN 56307-0750 |
| 13891458 | + | Toyota Motor Credit Comapny, 240 Gibraltar Rd Suite 260, Horsham, PA 19044-2387 |
| 13906930 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| District/off: 0313-4 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 26, 2021 | Form ID: 167 | Total Noticed: 93 |

| | | |
|---|---|---|
| 14061659 | + | Toyota Motor Credit Corporation, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 13985993 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 13891461 | + | Wells Fargo Bank, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 13891460 | + | Wells Fargo Bank, Attn.: Bankruptcy Department, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 13891459 | + | Wells Fargo Bank, MAC F8235-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 13908556 | + | Wells Fargo Bank, N.A., MAC F8235-02F, P.O. Box 10438, Des Moines, IA 50306-0438 |
| 13963630 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13902948 | + | Wells Fargo Bank, N.A., Business Direct Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 13908557 | + | Wells Fargo Bank, N.A., P.O. Box 29482, MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 13891462 | + | YellowStone Capital LLC, 30 Broad Street, 14th Floor, Suite 1462, New York, NY 10004-2906 |
| 13891463 | + | YellowStone Capital LLC, 1 Evertrust Plaza, 14th Floor, Jersey City, NJ 07302-3088 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 27 2021 02:36:13 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| cr | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 27 2021 02:37:08 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Apr 27 2021 02:36:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13891428 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 27 2021 02:37:08 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 13891434 | Email/Text: megan.harper@phila.gov | Apr 27 2021 02:23:00 | City of Philadelphia, 1401 JFK Blvd., Philadelphia, PA 19107 |
| 13912700 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 27 2021 02:38:03 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City OK 73118-7901 |
| 13897568 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 27 2021 02:38:03 | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 13891427 | + Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Apr 27 2021 02:36:14 | Capital One Auto Financial, 7933 Preston Road, Plano, TX 75024-2302 |
| 13891430 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 27 2021 02:37:08 | Capital One Bank, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 13908541 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 27 2021 02:38:02 | Capital One NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14003446 | + Email/Text: bankruptcycollections@citadelbanking.com | Apr 27 2021 02:23:00 | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 13891432 | + Email/Text: bankruptcycollections@citadelbanking.com | Apr 27 2021 02:23:00 | Citadel Federal Credit Union, P.O. Box 147, Thorndale, PA 19372-0147 |
| 13891433 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2021 02:38:08 | Citibank, N.A., P. O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13891435 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2021 02:23:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 13891436 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2021 02:23:00 | Comenity Capital/Boscovs, P.O. Box 182120, Columbus, OH 43218-2120 |
| 13891437 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2021 02:23:00 | Comenity Capital/Children's Place, Po Box 182120, Columbus, OH 43218-2120 |
| 13891438 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2021 02:23:00 | ComenityCapital/Boscovs, P.O. Box 182120, Columbus, OH 43218-2120 |
| 13891439 | | Email/Text: mrdiscen@discover.com | | |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| 13896821 | Email/Text: mrdiscen@discover.com | Apr 27 2021 02:23:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| | | Apr 27 2021 02:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14183549 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2021 02:23:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, Pa 19101-7317 |
| 13891431 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 27 2021 02:36:13 | Chase Mortgage, P.O. Box 24696, Columbus, OH 43224 |
| 13968914 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 27 2021 02:36:13 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13974412 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2021 02:36:15 | LVNV Funding, LLC its successors and assigns as, assignee of Murray Hill Grantor Trust, 2016-LC1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13974411 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2021 02:37:09 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13945312 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2021 02:37:10 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14025327 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2021 02:36:15 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 13891448 | + Email/Text: bk@lendingclub.com | Apr 27 2021 02:23:00 | Lending Club Corp, 71 Stevenson Street Ste 300, San Francisco, CA 94105-2985 |
| 13970954 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2021 02:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13908547 | Email/Text: ServicingAdmin@navitascredit.com | Apr 27 2021 02:23:00 | Navitas Credit Corp., 111 Executive Center Dr., Ste. 102, Columbia, SC 29210 |
| 13904115 | Email/Text: pfc.bankruptcy.packages@paccar.com | Apr 27 2021 02:23:00 | PACCAR Financial Corp., Attn: Linda Markle, BK Specialist, PO Box 1518, Bellevue, WA 98009 |
| 13975332 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2021 02:38:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13892244 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2021 02:38:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13908548 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2021 02:23:00 | Pa. Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 13908550 | + Email/Text: pfc.bankruptcy.packages@paccar.com | Apr 27 2021 02:23:00 | Paccar Financial Services, 777 106th Ave. N.E., Bellevue, WA 98004-5027 |
| 14008941 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2021 02:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 13937571 | Email/Text: bnc-quantum@quantum3group.com | Apr 27 2021 02:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14019136 | Email/Text: Bankruptcy@stearnsbank.com | Apr 27 2021 02:23:00 | Stearns Bank N.A., Pam Loehr-Collection Specialist, Stearns Bank Equipment Finance Division, 500 13th Street, PO Box 750, Albany, MN 56307 |
| 13891454 | + Email/PDF: gecsedi@recoverycorp.com | Apr 27 2021 02:37:08 | Synchrony Bank/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 13891455 | + Email/PDF: gecsedi@recoverycorp.com | Apr 27 2021 02:37:08 | Synchrony Bank/Banana Republic, Po Box |

| Recip ID | Bypass | Email/Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 965005, Orlando, FL 32896-5005 |
| 13891456 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2021 02:37:08 | Synchrony Bank/HH Gregg, P.O. Box 965036, Orlando, FL 32896-5036 |
| 13891457 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2021 02:37:07 | Synchrony Bank/Sleepys, P.O. Box 965036, Orlando, FL 32896-5036 |
| 13948639 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 27 2021 02:38:07 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | Wilmington Savings Fund Society |
| 14592103 | | Wilmington Savings Fund Society, FSB, d/b/a, Christiana Trust |
| cr | *+ | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *P++ | STEARNS BANK NATIONAL ASSOCIATION, ATTN LEGAL DEPARTMENT, 4191 2ND STREET SOUTH, ST CLOUD MN 56301-3761, address filed with court:, Stearns Bank N.A., Pam Loehr-Collection Specialist, Stearns Bank Equipment Finance Division, 500 13th Street, PO Box 750, Albany, MN 56307 |
| 13891426 | *+ | AES Educational Services, Pob 61047, Harrisburg, PA 17106-1047 |
| 13891429 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 13908540 | * | Capital One Auto Financial, 7933 Preston Road, Plano, TX 75024-2302 |
| 13891440 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 13891444 | *+ | Federal Loan Servcing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 13891446 | *+ | Federal Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 13891445 | *+ | Federal Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 13891447 | *+ | Federal Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13926221 | *+ | JP Morgan Chase Bank, NA, c/o Kevin S. Frankel, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13891449 | *+ | Lending Club Corp., 71 Stevenson Street Suite 300, San Francisco, CA 94105-2985 |
| 13908555 | *+ | Wells Fargo Bank, Attn.: Bankruptcy Department, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 13963635 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13908551 | ##+ | Paradigm Equipment Finance, 585 W. 500 South, Ste. 250, Bountiful, UT 84010-8351 |

TOTAL: 3 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

**Name**          **Email Address**

Case 17-12184-pmm    Doc 206    Filed 04/28/21    Entered 04/29/21 00:47:45    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0313-4 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 26, 2021 | Form ID: 167 | Total Noticed: 93 |

| | |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| HOWARD GERSHMAN | on behalf of Creditor PACCAR Financial Corp. hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| HOWARD GERSHMAN | on behalf of Defendant Paccar Financial Corp. hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Plaintiff Christopher E. Blake jad@cdllawoffice.com dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Debtor Christopher E. Blake jad@cdllawoffice.com dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Debtor Blake's Trucking LLC jad@cdllawoffice.com, dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Joint Debtor Mitizene D Lindo-Blake jad@cdllawoffice.com dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Plaintiff Mitizene D Lindo-Blake jad@cdllawoffice.com dmk@cdllawoffice.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com |
| LESLIE J. RASE | on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com, lerase@logs.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| NATHALIE PAUL | on behalf of Creditor CIT Technology Financing Services Inc. npaul@weltman.com, pitecf@weltman.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| RICHARD W. KEIFER, III | on behalf of Creditor Navitas Credit Corp. f/k/a Navitas Lease Corp. rkeifer@keiferlaw.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christopher E. Blake and
Mitizene D Lindo−Blake
      Debtor(s)                      Case No: 17−12184−pmm
                                          Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor Toyota Motor Credit Corporation

      on: 5/27/21

      at: 11:00 AM

      in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

                                          For The Court

Date:  4/26/21
                                          Timothy B. McGrath
                                          Clerk of Court

205 − 204
Form 167