## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Mitizene D. Lindo-Blake | |
|                  Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation, its successors and/or assigns | |
|                  Movant | |
|      vs. | |
| | NO. 17-12184 PMM |
| Mitizene D. Lindo-Blake | |
|                  Debtor(s) | |
| Scott Waterman Esq. | |
|                  Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of Toyota Motor Credit Corporation, which was filed with the Court on or about **April 19, 2021 (Doc. No. 203)**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.

_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: May 25, 2021