| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-12184-PMM

CHRISTOPHER E BLAKE  
MITIZENE D LINDO-BLAKE  
133 CONSTITUTION AVE  
READING  PA    19606  

Petition Filed Date: 03/29/2017  
341 Hearing Date: 06/06/2017  
Confirmation Date: 10/03/2019  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/10/2020 | $2,040.00 | | 06/05/2020 | $2,040.00 | | 08/14/2020 | $1,020.00 | |
| 10/13/2020 | $2,040.00 | | 10/21/2020 | $2,040.00 | | 12/21/2020 | $1,020.00 | |
| 01/14/2021 | $1,000.00 | | 01/28/2021 | $1,020.00 | | 03/01/2021 | $1,020.00 | |
| 04/20/2021 | $500.00 | | 06/08/2021 | $500.00 | | | | |

**Total Receipts for the Period:  $14,240.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $47,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 567 | PACCAR FINANCIAL CORPORATION<br>»»  567 (COMBINED CLAIMS) | Secured Creditors | $15,002.20 | $15,002.20 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $10,000.00 | $10,000.00 | $0.00 |
| 568 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $3,781.75 | $0.00 | $3,781.75 |
| 569 | DISCOVER BANK<br>»»  002 | Unsecured Creditors | $8,056.35 | $0.00 | $8,056.35 |
| 570 | EDUCATIONAL CREDIT MGMT CORP<br>»»  003 | Unsecured Creditors | $1,894.56 | $0.00 | $1,894.56 |
| 571 | WELLS FARGO BANK<br>»»  004 | Unsecured Creditors | $1,179.18 | $0.00 | $1,179.18 |
| 572 | TOYOTA MOTOR CREDIT CORP<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 573 | CAPITAL ONE AUTO<br>»»  009 | Secured Creditors | $1,247.80 | $0.00 | $1,247.80 |
| 574 | STEAMS BANK-EFD<br>»»  10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 575 | STEAMS BANK-EFD<br>»»  10U | Unsecured Creditors | $19,765.04 | $0.00 | $19,765.04 |
| 576 | STEAMS BANK-EFD<br>»»  11S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 577 | STEAMS BANK-EFD<br>»»  11U | Unsecured Creditors | $3,032.04 | $0.00 | $3,032.04 |
| 578 | MOMA FUNDING LLC<br>»»  012 | Unsecured Creditors | $717.01 | $0.00 | $717.01 |
| 579 | MOMA FUNDING LLC<br>»»  013 | Unsecured Creditors | $2,615.80 | $0.00 | $2,615.80 |
| 580 | LVNV FUNDING LLC<br>»»  014 | Unsecured Creditors | $8,256.87 | $0.00 | $8,256.87 |

| | | | | | |
|---|---|---|---|---|---:|
| 581 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 015 | Unsecured Creditors | $298.56 | $0.00 | $298.56 |
| 582 | AMERICAN EXPRESS NATIONAL BANK »» 016 | Unsecured Creditors | $12,647.82 | $0.00 | $12,647.82 |
| 583 | WELLS FARGO BANK NEVADA NA »» 017 | Unsecured Creditors | $3,041.58 | $0.00 | $3,041.58 |
| 584 | WELLS FARGO BANK NEVADA NA »» 018 | Unsecured Creditors | $5,100.78 | $0.00 | $5,100.78 |
| 585 | MOMA FUNDING LLC »» 019 | Unsecured Creditors | $486.68 | $0.00 | $486.68 |
| 586 | MOMA FUNDING LLC »» 020 | Unsecured Creditors | $684.11 | $0.00 | $684.11 |
| 587 | MOMA FUNDING LLC »» 021 | Unsecured Creditors | $1,220.78 | $0.00 | $1,220.78 |
| 588 | MOMA FUNDING LLC »» 022 | Unsecured Creditors | $305.02 | $0.00 | $305.02 |
| 589 | SELENE FINANCE »» 023 | Mortgage Arrears | $3,648.13 | $0.00 | $3,648.13 |
| 590 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 024 | Unsecured Creditors | $4,022.19 | $0.00 | $4,022.19 |
| 591 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 025 | Unsecured Creditors | $2,311.96 | $0.00 | $2,311.96 |
| 592 | PORTFOLIO RECOVERY ASSOCIATES »» 028 | Unsecured Creditors | $3,532.78 | $0.00 | $3,532.78 |
| 593 | PORTFOLIO RECOVERY ASSOCIATES »» 029 | Unsecured Creditors | $2,921.34 | $0.00 | $2,921.34 |
| 594 | PORTFOLIO RECOVERY ASSOCIATES »» 030 | Unsecured Creditors | $6,104.05 | $0.00 | $6,104.05 |
| 595 | PORTFOLIO RECOVERY ASSOCIATES »» 031 | Unsecured Creditors | $2,482.03 | $0.00 | $2,482.03 |
| 596 | PORTFOLIO RECOVERY ASSOCIATES »» 032 | Unsecured Creditors | $7,664.82 | $0.00 | $7,664.82 |
| 597 | LVNV FUNDING LLC »» 026 | Unsecured Creditors | $7,414.49 | $0.00 | $7,414.49 |
| 598 | LVNV FUNDING LLC »» 027 | Unsecured Creditors | $4,393.29 | $0.00 | $4,393.29 |
| 599 | CIT TECHNOLOGY FINANCING SERVICES, INC. »» 034 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 600 | JP MORGAN CHASE BANK NA »» 035 | Mortgage Arrears | $190.82 | $0.00 | $190.82 |
| 601 | CITADEL FEDERAL CREDIT UNION »» 036 | Unsecured Creditors | $11,626.84 | $0.00 | $11,626.84 |
| 602 | PA DEPARTMENT OF REVENUE »» 37P | Priority Creditors | $618.44 | $618.44 | $0.00 |
| 603 | PA DEPARTMENT OF REVENUE »» 37U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 604 | UNITED STATES TREASURY (IRS) »» 39P | Priority Creditors | $22,590.78 | $16,403.06 | $6,187.72 |
| 605 | UNITED STATES TREASURY (IRS) »» 39U | Unsecured Creditors | $9,476.94 | $0.00 | $9,476.94 |
| 606 | FEDERAL LOAN SERVICING »» 033 | Unsecured Creditors | $81,844.15 | $0.00 | $81,844.15 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |

**Chapter 13 Case No. 17-12184-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $47,500.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $42,023.70 | Arrearages: | $350.00 |
| Paid to Trustee: | $4,026.30 | Total Plan Base: | $60,450.00 |
| Funds on Hand: | $1,450.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.