UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   CHRISTOPHER AND
MITIZENE LINDO-BLAKE,                         Case No.   17-12184-ref
       Debtor                               Chapter    13

## CERTIFICATION OF NO OBJECTION FILED

    I, John A. DiGiamberardino, Esquire, attorney for debtor, do hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer or Objection within the time set by the court and the applicant's Supplemental Application for Allowance of Counsel Fees is uncontested.

Dated:  9/1/21                    **CASE & DIGIAMBERARDINO, P.C.**

                            By:    s/John A. DiGiamberardino, Esquire
                                    Attorney I.D. #41268
                                    845 N. Park Road, Ste. 101
                                    Wyomissing, PA  19610
                                    (610) 372-9900
                                    (610) 372-5469 -f ax
                                    Attorney for Debtor