United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12184-pmm |
| Christopher E. Blake | Chapter 13 |
| Mitizene D Lindo-Blake | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher E. Blake, Mitizene D Lindo-Blake, 133 Constitution Ave., Reading, PA 19606-9410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2021         Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| HOWARD GERSHMAN | on behalf of Creditor PACCAR Financial Corp. hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| HOWARD GERSHMAN | on behalf of Defendant Paccar Financial Corp. hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Debtor Blake's Trucking  LLC jad@cdllawoffice.com, dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | |

| | |
|---|---|
| | on behalf of Joint Debtor Mitizene D Lindo-Blake jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | |
| | on behalf of Plaintiff Mitizene D Lindo-Blake jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | |
| | on behalf of Plaintiff Christopher E. Blake jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | |
| | on behalf of Debtor Christopher E. Blake jad@cdllawoffice.com  dmk@cdllawoffice.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | |
| | on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com |
| LESLIE J. RASE | |
| | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, lerase@logs.com |
| LISA MARIE CIOTTI | |
| | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | |
| | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| NATHALIE PAUL | |
| | on behalf of Creditor CIT Technology Financing Services  Inc. npaul@weltman.com, pitecf@weltman.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| RICHARD W. KEIFER, III | |
| | on behalf of Creditor Navitas Credit Corp. f/k/a Navitas Lease Corp. rkeifer@keiferlaw.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CHRISTOPHER E. BLAKE AND  : Chapter 13
MITIZENE D. LINDO-BLAKE, debtor  : Case No.  17-12184

**O R D E R**

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's Certification of no Response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,000.00, ($958.14 fees and $41.86  costs/expenses).**

3. The Chapter 13 Trustee is authorized to distribute to the Applicant, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2, to the extent such distribution is authorized under the terms of the confirmed chapter 13 Plan.

**Date:**  9/2/21                                              BY THE COURT:

_____
**U.S. BANKRUPTCY JUDGE**
Hon. Patricia M. Mayer