Certificate Number: 14912-PAE-DE-036413667

Bankruptcy Case Number: 17-12184



14912-PAE-DE-036413667

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2022, at 12:12 o'clock PM EDT, Mitizene Lindo Blake completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 21, 2022            By: /s/Jai Bhatt

                                Name: Jai Bhatt

                                Title: Counselor

Certificate Number: 14912-PAE-DE-036413668

Bankruptcy Case Number: 17-12184



14912-PAE-DE-036413668

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 21, 2022</u>, at <u>12:12</u> o'clock <u>PM EDT</u>, <u>Christopher Blake</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 21, 2022</u>         By:   <u>/s/Jai Bhatt</u>

                                    Name:  <u>Jai Bhatt</u>

                                    Title: <u>Counselor</u>