# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:  Christopher E. Blake and**
**Mitizene D. Lindo-Blake,**             :        Chapter 13
                                          :
                                          :        Case No.   17-12184 (PMM)
                                          :
**Debtors.**                              :

------------------------------------------------

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan (doc. # 220, the "Motion");

71 is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 221) is **approved**.

*Patricia M. Mayer*

**Date:  4/14/22**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**