United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-12184-pmm
Christopher E. Blake  Chapter 13
Mitizene D Lindo-Blake
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Apr 14, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher E. Blake, Mitizene D Lindo-Blake, 133 Constitution Ave., Reading, PA 19606-9410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:

**Name**      **Email Address**

DAVE P. ADAMS
     on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

HOWARD GERSHMAN
     on behalf of Creditor PACCAR Financial Corp. hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

HOWARD GERSHMAN
     on behalf of Defendant Paccar Financial Corp. hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

JASON BRETT SCHWARTZ
     on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com

JOHN A. DIGIAMBERARDINO
     on behalf of Debtor Blake's Trucking  LLC jad@cdllawoffice.com, dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
     on behalf of Plaintiff Mitizene D Lindo-Blake jad@cdllawoffice.com  dmk@cdllawoffice.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

JOHN A. DIGIAMBERARDINO
    on behalf of Plaintiff Christopher E. Blake jad@cdllawoffice.com  dmk@cdllawoffice.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com

LESLIE J. RASE
    on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, lerase@logs.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

NATHALIE PAUL
    on behalf of Creditor CIT Technology Financing Services  Inc. npaul@weltman.com, pitecf@weltman.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

RICHARD W. KEIFER, III
    on behalf of Creditor Navitas Credit Corp. f/k/a Navitas Lease Corp. rkeifer@keiferlaw.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Joint Debtor Mitizene D Lindo-Blake steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Christopher E. Blake steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 19

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Christopher E. Blake and
Mitizene D. Lindo-Blake, : Chapter 13
:
: Case No.  17-12184 (PMM)
:
**Debtors.** :

-------------------------------------------------

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan (doc. # 220, the "Motion");

71 is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 221) is **approved**.

*Patricia M. Mayer*

Date:  4/14/22

**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**