United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12184-pmm |
| Christopher E. Blake | Chapter 13 |
| Mitizene D Lindo-Blake | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 6 |
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 95 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher E. Blake, Mitizene D Lindo-Blake, 133 Constitution Ave., Reading, PA 19606-9410 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| 13908538 | + | Blake's Trucking, LLC, 133 Constitution Ave., Reading, PA 19606-9410 |
| 13908539 | + | Blue Vine, 401 Warren St. #300, Redwood City, CA 94063-1578 |
| 13928843 | + | CIT Technology Financing Services Inc., 1 CIT Drive Suite 3251-9, Livingston NJ 07039-5703 |
| 13989289 | + | CIT Technology Financing Services, Inc, Weltman, Weinberg, Reis Co., LPA, 436 Seventh Avenue, Suite 2400, Pittsburgh, PA 15219-1844 |
| 14052373 | + | Case & DiGiamberardino, P.C., 845 North Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 13908542 | + | Case & DiGiamberardino, PC, 845 North Park Road, Wyomissing, PA 19610-1342 |
| 14113238 | + | Credit Mediators, Inc., P.O. Box 456, Upper Darby, PA 19082-0456 |
| 13908543 | + | ESA, PHEAA, P.O. Box 8147, Harrisburg, PA 17105-8147 |
| 13908544 | + | Fleetcard USA, P.O. Box 77081, Atlanta, GA 30357-1081 |
| 13908545 | + | Howard Gershman, Esq., Gershman Law Offices PC, 610 York Road, Ste. 200, Jenkintown, PA 19046-2867 |
| 13899815 | + | JP Morgan Chase Bank, NA, c/o Kevin S. Frankel, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14113239 | + | Kenworth of PA, 198 Kost Rd., Carlisle, PA 17015-9775 |
| 13928844 | + | Keri E. Ebeck, Esquire, Weltman, Weinberg & Reis Co., L.P.A., 436 7th Ave., Ste. 2500, Pittsburgh, PA 15219-1842 |
| 13908546 | + | Lending Club Business, 71 Stevenson St., Ste. 300, San Francisco, CA 94105-2985 |
| 13891450 | + | MCA Recovery LLC, 17 State Street, Suite 4000, New York, NY 10004-1501 |
| 13891451 | + | National Tire and Battery/ Citi Card, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 13904216 | + | Navitas Credit Corp., c/o Richard W. Keifer, III Esq., 311 Market Street, Kingston, PA 18704-5428 |
| 13904167 | + | PACCAR Financial Corporation, c/o Howard Gershman, Esq., 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |
| 13908549 | + | Paccar Financial Group, P.O. Box 1518, Bellevue, WA 98009-1518 |
| 13891452 | + | Renata Bukhman, Esq., 17 State Street, Suite 4000, New York, NY 10004-1501 |
| 13908552 | + | Richard W. Keifer, III, Esquire, 311 Market St., Kingston, PA 18704-5428 |
| 13908553 | + | Spark Funding, LLC, 95 Route 17 South, Ste. 310B, Paramus, NJ 07652-2626 |
| 13891453 | | Spark Funding, LLC, 95 South 17 South, Suite 310B, Paramus, NJ 07652 |
| 13928821 | + | Steams Bank-EFD, PO Box 750, Albany, MN 56307-0750 |
| 13908554 | + | Stearns Financial, 500 13th St., P.O. Box 750, Albany, MN 56307-0750 |
| 14061659 | + | Toyota Motor Credit Corporation, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 13891461 | + | Wells Fargo Bank, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 13891460 | + | Wells Fargo Bank, Attn.: Bankruptcy Department, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 13891459 | + | Wells Fargo Bank, MAC F8235-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 13908556 | + | Wells Fargo Bank, N.A., MAC F8235-02F, P.O. Box 10438, Des Moines, IA 50306-0438 |
| 13963630 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13902948 | + | Wells Fargo Bank, N.A., Business Direct Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 13908557 | + | Wells Fargo Bank, N.A., P.O. Box 29482, MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 13891463 | + | YellowStone Capital LLC, 1 Evertrust Plaza, 14th Floor, Jersey City, NJ 07302-3088 |
| 13891462 | + | YellowStone Capital LLC, 30 Broad Street, 14th Floor, Suite 1462, New York, NY 10004-2906 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 27 2022 00:05:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 27 2022 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13891425 | + | Email/Text: bncnotifications@pheaa.org | Apr 27 2022 00:05:00 | AES Educational Services, P. O. Box 61047, Harrisburg, PA 17106-1047 |
| 13908537 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2022 00:13:09 | American Express, Customer Service, P.O. Box 981535, El Paso, TX 79998-1535 |
| 13956227 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2022 00:13:22 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13891428 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2022 00:13:15 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 13891434 | | Email/Text: megan.harper@phila.gov | Apr 27 2022 00:05:00 | City of Philadelphia, 1401 JFK Blvd., Philadelphia, PA 19107 |
| 13912700 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2022 00:13:22 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City OK 73118-7901 |
| 13897568 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2022 00:13:22 | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 13891427 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 27 2022 00:13:16 | Capital One Auto Financial, 7933 Preston Road, Plano, TX 75024-2302 |
| 13891430 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2022 00:13:22 | Capital One Bank, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 13908541 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2022 00:13:08 | Capital One NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14003446 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 27 2022 00:05:00 | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 13891432 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 27 2022 00:05:00 | Citadel Federal Credit Union, P.O. Box 147, Thorndale, PA 19372-0147 |
| 13891433 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:11 | Citibank, N.A., P. O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13891435 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2022 00:05:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 13891436 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2022 00:05:00 | Comenity Capital/Boscovs, P.O. Box 182120, Columbus, OH 43218-2120 |
| 13891437 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2022 00:05:00 | Comenity Capital/Children's Place, Po Box 182120, Columbus, OH 43218-2120 |
| 13891438 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2022 00:05:00 | ComenityCapital/Boscovs, P.O. Box 182120, Columbus, OH 43218-2120 |
| 13891439 | | Email/Text: mrdiscen@discover.com | Apr 27 2022 00:04:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 13896821 | | Email/Text: mrdiscen@discover.com | Apr 27 2022 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14073114 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 27 2022 00:05:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 13891441 | + | Email/Text: bncnotifications@pheaa.org | Apr 27 2022 00:05:00 | Fed Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |

| District/off: 0313-4 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 95 |

| | | | |
|---|---|---|---|
| 13891442 | + Email/Text: bncnotifications@pheaa.org | Apr 27 2022 00:05:00 | Federal Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14285245 | + Email/Text: mtgbk@shellpointmtg.com | Apr 27 2022 00:05:00 | Federal Home Loan Mortgage Corp, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13891443 | + Email/Text: bncnotifications@pheaa.org | Apr 27 2022 00:05:00 | Federal Loan Servcing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14183549 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2022 00:05:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, Pa 19101-7317 |
| 13891431 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2022 00:13:22 | Chase Mortgage, P.O. Box 24696, Columbus, OH 43224 |
| 13968914 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2022 00:13:15 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14002830 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2022 00:13:15 | JPMorgan Chase Bank, National Association, Chase Records Center,, ATTN: Correspondence Mail,, Mail Code LA4-5555, 700 Kansas Lane,, Monroe, LA 71203 |
| 13974412 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 00:13:10 | LVNV Funding, LLC its successors and assigns as, assignee of Murray Hill Grantor Trust, 2016-LC1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13974411 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 00:13:24 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13945312 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 00:13:24 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14025327 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 00:13:10 | LVNV Funding, LLC its successors and assigns as, PO Box 10587, Greenville, SC 29603-0587 |
| 13891448 | + Email/Text: bk@lendingclub.com | Apr 27 2022 00:05:00 | Lending Club Corp, 71 Stevenson Street Ste 300, San Francisco, CA 94105-2985 |
| 13970954 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2022 00:05:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13908547 | Email/Text: ServicingAdmin@navitascredit.com | Apr 27 2022 00:04:00 | Navitas Credit Corp., 111 Executive Center Dr., Ste. 102, Columbia, SC 29210 |
| 14519489 | Email/Text: mtgbk@shellpointmtg.com | Apr 27 2022 00:05:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13904115 | Email/Text: pfc.bankruptcy.packages@paccar.com | Apr 27 2022 00:05:00 | PACCAR Financial Corp., Attn: Linda Markle, BK Specialist, PO Box 1518, Bellevue, WA 98009 |
| 13901163 | + Email/Text: bncnotifications@pheaa.org | Apr 27 2022 00:05:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13975332 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2022 00:13:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13892244 | + Email/PDF: rmscedi@recoverycorp.com | Apr 27 2022 00:13:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13908548 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2022 00:05:00 | Pa. Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 13908550 | + Email/Text: pfc.bankruptcy.packages@paccar.com | Apr 27 2022 00:05:00 | Paccar Financial Services, 777 106th Ave. N.E., Bellevue, WA 98004-5027 |
| 14008941 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
|  |  | Apr 27 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 13937571 | Email/Text: bnc-quantum@quantum3group.com | Apr 27 2022 00:05:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14019136 | Email/Text: Bankruptcy@stearnsbank.com | Apr 27 2022 00:04:00 | Stearns Bank N.A., Pam Loehr-Collection Specialist, Stearns Bank Equipment Finance Division, 500 13th Street, PO Box 750, Albany, MN 56307 |
| 13891454 | + Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 00:13:23 | Synchrony Bank/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 13891455 | + Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 00:13:23 | Synchrony Bank/Banana Republic, Po Box 965005, Orlando, FL 32896-5005 |
| 13891456 | + Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 00:13:22 | Synchrony Bank/HH Gregg, P.O. Box 965036, Orlando, FL 32896-5036 |
| 13891457 | + Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 00:13:23 | Synchrony Bank/Sleepys, P.O. Box 965036, Orlando, FL 32896-5036 |
| 13891458 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 27 2022 00:05:00 | Toyota Motor Credit Comapny, 240 Gibraltar Rd Suite 260, Horsham, PA 19044-2387 |
| 13906930 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 27 2022 00:05:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13985993 | Email/Text: bncnotifications@pheaa.org | Apr 27 2022 00:05:00 | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 13948639 | + Email/PDF: ebn_ais@aisinfo.com | Apr 27 2022 00:13:09 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 55

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14592103 |  | Wilmington Savings Fund Society, FSB, d/b/a, Christiana Trust |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13891426 | *+ | AES Educational Services, Pob 61047, Harrisburg, PA 17106-1047 |
| 13891429 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 13908540 | * | Capital One Auto Financial, 7933 Preston Road, Plano, TX 75024-2302 |
| 13891440 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 13891444 | *+ | Federal Loan Servcing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 13891446 | *+ | Federal Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 13891445 | *+ | Federal Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 13891447 | *+ | Federal Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13926221 | *+ | JP Morgan Chase Bank, NA, c/o Kevin S. Frankel, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13891449 | *+ | Lending Club Corp., 71 Stevenson Street Suite 300, San Francisco, CA 94105-2985 |
| 13908555 | *+ | Wells Fargo Bank, Attn.: Bankruptcy Department, 3476 Stateview Blvd., Fort Mill, SC 29715-7200 |
| 13963635 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13908551 | ##+ | Paradigm Equipment Finance, 585 W. 500 South, Ste. 250, Bountiful, UT 84010-8351 |

TOTAL: 1 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-4 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 95 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

**Name**  **Email Address**

DAVE P. ADAMS
    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

HOWARD GERSHMAN
    on behalf of Creditor PACCAR Financial Corp. hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

HOWARD GERSHMAN
    on behalf of Defendant Paccar Financial Corp. hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

JASON BRETT SCHWARTZ
    on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com

JOHN A. DIGIAMBERARDINO
    on behalf of Plaintiff Christopher E. Blake jad@cdllawoffice.com dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
    on behalf of Debtor Blake's Trucking  LLC jad@cdllawoffice.com, dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
    on behalf of Plaintiff Mitizene D Lindo-Blake jad@cdllawoffice.com dmk@cdllawoffice.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com

LESLIE J. RASE
    on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, lerase@logs.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

NATHALIE PAUL
    on behalf of Creditor CIT Technology Financing Services  Inc. npaul@weltman.com, pitecf@weltman.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

RICHARD W. KEIFER, III
    on behalf of Creditor Navitas Credit Corp. f/k/a Navitas Lease Corp. rkeifer@keiferlaw.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Christopher E. Blake steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO
    on behalf of Joint Debtor Mitizene D Lindo-Blake steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4 User: admin Page 6 of 6
Date Rcvd: Apr 26, 2022 Form ID: 138OBJ Total Noticed: 95
TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christopher E. Blake and Mitizene D
Lindo−Blake

        Debtor(s)                      Case No: 17−12184−pmm

                                                Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/26/22