United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12184-pmm |
| Christopher E. Blake | Chapter 13 |
| Mitizene D Lindo-Blake | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 22, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher E. Blake, Mitizene D Lindo-Blake, 133 Constitution Ave., Reading, PA 19606-9410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2022            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society cwohlrab@raslg.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| HOWARD GERSHMAN | on behalf of Creditor PACCAR Financial Corp. hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| HOWARD GERSHMAN | on behalf of Defendant Paccar Financial Corp. hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Debtor Blake's Trucking  LLC jad@cdllawoffice.com, dmk@cdllawoffice.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 22, 2022 | Form ID: 195 | Total Noticed: 1 |

JOHN A. DIGIAMBERARDINO
    on behalf of Plaintiff Mitizene D Lindo-Blake jad@cdllawoffice.com dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
    on behalf of Plaintiff Christopher E. Blake jad@cdllawoffice.com dmk@cdllawoffice.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com

LESLIE J. RASE
    on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com, lerase@logs.com

LILY CHRISTINA CALKINS
    on behalf of Creditor JPMorgan Chase Bank National Association logsecf@logs.com, lcalkins@logs.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

NATHALIE PAUL
    on behalf of Creditor CIT Technology Financing Services Inc. npaul@weltman.com, pitecf@weltman.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

RICHARD W. KEIFER, III
    on behalf of Creditor Navitas Credit Corp. f/k/a Navitas Lease Corp. rkeifer@keiferlaw.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Joint Debtor Mitizene D Lindo-Blake steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Christopher E. Blake steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 21

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Christopher E. Blake and Mitizene D Lindo−Blake  : Case No. 17−12184−pmm
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 22,2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

243
Form 195